IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number 2:05-CR-00011 |
| | ) | |
| | ) | JUDGE GREGORY L. FROST |
| DARYL LAWRENCE | ) | |
| Defendant | ) | |

## <u>ORDER</u>

This matter comes before the Court for consideration of *Defendant Daryl Lawrence's*

*Motion for Appointment of Counsel for Proceedings Pursuant to 28 U.S.C. § 2255 and 18 U.S.C.*

*§ 3599(a)(2)* (Doc. 300). The motion is GRANTED. It is hereby ordered that Miriam Gohara, an

Assistant Federal Defender with the Office of the Federal Capital Habeas Project of the Federal

Defender for the District of Maryland, is appointed pursuant to 18 U.S.C. § 3599(a)(2) to

represent Mr. Lawrence in his post-conviction proceedings under 28 U.S.C. § 2255.

IT IS SO ORDERED this ___ day of December, 2014.


_____
UNITED STATES DISTRICT JUDGE