**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**                          **Case No. 2:05-cr-011**

   **v.**

                                             **JUDGE FROST**

**DARYL LAWRENCE,**

       **Defendant.**

## ORDER

Defendant Daryl Lawrence's Motion for Exculpatory and Impeachment Information and

Motion for Subpoenas to Produce Documents, Information or Objects (ECF Nos. 320 & 321)

shall come on for a non-oral hearing on November 17, 2015 at 8:00 a.m.

    **IT IS SO ORDERED.**

                                    /s/ Gregory L. Frost
                                   GREGORY L. FROST
                                   UNITED STATES DISTRICT JUDGE