## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN OHIO DISTRICT
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

    **v.**

**DARYL LAWRENCE,**

    **Defendant.**

        **Case No. 2:05-cr-011**

        **JUDGE GREGORY L. FROST**

## ORDER

This matter is before the Court on Defendant's Motion for Leave to Conduct Discovery (ECF No. 323) filed on November 9, 2015. The Court therefore sets the following briefing schedule on the pending motion:

(1) Plaintiff shall file a memorandum in opposition on or before November 20, 2015.

(2) Defendant shall file a reply memorandum on or before November 25, 2015.

(3) The motion shall come on for a non-oral hearing on November 30, 2015.

**IT IS SO ORDERED.**

         /s/ Gregory L. Frost
        GREGORY L. FROST, JUDGE
        UNITED STATES DISTRICT COURT