# Exhibit 10:

# Alana Robinson Declaration

## Declaration of Alana Robinson

1. My name is Alana Robinson.  I live in Columbus, Ohio.

2. I have known Daryl Lawrence since 1975 and was asked to provide the following information by Daryl's current lawyers.

3. I am the daughter of Eileen and Manuel "Pee Wee" Lopez. My sisters and brothers are Aleta, Dwight, Manuel Jr. (Ricky), Eileen (Beanie), Yolanda, and Conchita (Lisa). Daryl is the son of my first cousin, Leondra, who was the daughter of my father's sister, Florence. My parents took Daryl into their home as an infant. I am the second oldest of my brothers and sisters.

4. I was born in 1947. I lived in my parents' house with my family until I got married and moved out in 1968. After living in Philadelphia and Washington DC for approximately four years, I returned to Columbus in 1972. In 1974, I moved to a house at 1565 Forest Avenue only a few blocks away from my parents' home at 949 Fairwood Avenue. My parents were living on Fairwood Avenue when Daryl came to live with them in 1975. When I was living on Forest Avenue, I talked with my mother on the phone or visited her at her house nearly every day, and would see my siblings and Daryl, after he came to live with us, on those visits. After my mother and Daryl moved to a different house in the years after my father's death, I continued to talk or visit with my mother on a daily basis. My father's brothers and sisters and my cousins and their children have always been very much a part of our family. Most of them have remained in Columbus or Cleveland, and I got to know them and learn about my family history when we spent time together, at holidays, reunions, and other family gatherings.

5. I saw Daryl throughout his childhood and teen years and I watched him grow up. Even though he calls me his "sister," my children, Kim, Kevin, and Kelly, are closer in age to Daryl than me and my siblings, and when I lived on Forest Avenue, he came to my house almost every day to be around my kids. My kids and I also continued to get together with extended family throughout Daryl's life, often at my mother's house, so I would see Daryl then. In his late teens and early twenties, Daryl also lived on and off with my children.

6. When Daryl was brought to my parents' home, my parents, along with some of my siblings, were living at 949 Fairwood Avenue. I was there the day my father's sister Aunt Florence brought Daryl to my parents' house. Aunt Florence told my parents she had a deal for them: if they cared for Daryl, they would be able to collect social service payments for foster care. Aunt Florence also promised my parents that caring for Daryl would only be a temporary arrangement and that

1

Daryl would return to his mother Leondra's care after Leondra was released from prison.

7. Aunt Florence didn't come through on her promises and Daryl ended up staying with my parents permanently. Leondra couldn't take Daryl in permanently because she was addicted to heroin and could not care for him. There was never talk about Daryl going with his father.

8. When Daryl was brought to my parents at 949 Fairwood Avenue, money was tight for my family, as it had always been. Before Daryl came, my mother had worked different entry-level blue-collar jobs like working on assembly lines, and brought home little pay. My father lived elsewhere for long stretches of time for a lot of my life until he returned and lived with us starting sometime in the mid-1960s. He worked odd jobs and rehabbed houses off-the-books and never brought home much pay to help out the family. My mother stopped working and started collecting social security disability in the late 1970s when Daryl was around four or five years old. My father did not apply for social security benefits until after he got sick with cancer around 1980.

9. My mother had a weak heart after contracting the Hong Kong Flu and that really slowed her down by the time Daryl was born, and my father's years of drinking and other serious health problems had worn both him and my mother down. He had around that time also become diabetic. So it was understood that my brothers, sisters, and I were expected to contribute to Daryl's care. When Daryl was a child, I contributed money when I could to help take care of his day-to-day needs, but I was also trying to escape the poverty I grew up with and build my own family. I did not want my children to live the impoverished life I lived.

10. Besides my mother, my older sister Aleta and my younger brother Ricky were probably the family members who lived with Daryl the longest during his childhood, teen years, and into his adulthood. My brother Dwight returned to Columbus from Arkansas when Daryl was a teenager and also lived with him then.

11. From the time Daryl was a baby, and throughout his childhood, he was sick a lot. He was taken to the emergency room a lot. He had high blood pressure and he often had nosebleeds. I saw the nosebleeds when I was over at the house or heard about them from my mother. The nosebleeds were bad. Daryl also often got bad headaches, and that's how we knew when a nosebleed was coming. When Daryl was sick with these headaches, he stayed in bed a lot and looked tired and worn down, like he had the flu. If he was sick, he did not play outside like he normally did. He would just lie on the couch. Sometimes when he had nosebleeds, he bled all over his shirt. My mother would lay Daryl down, put cold compresses on his neck and use towels to soak up the blood. If she did not lay him back, blood would drip all over. Daryl could also not eat fried foods, food with high salt

2

content or pork without getting what looked to me like the flu. Sometimes when Daryl was sick he was taken to Children's Hospital, sometimes to the emergency room there. Doctors from Children's Hospital told my mother that his headaches were caused by his high blood pressure.

12. Daryl went to a few different private schools, just like my kids did, but he always struggled in class, no matter what school he attended. He struggled to grasp the basic concepts, especially in math, that my children got when they were his age. My mom would tell me about the problems he was having in school. My kids had better vocabularies and could think and react faster. Sometimes Daryl would ask me questions about his homework assignments and I knew just by the questions he was asking, he was way behind.

13. It was my decision to send Daryl to Corpus Christi Elementary school when he was about to enter kindergarten. My three children went there, and if I listed Daryl as the fourth child, the family would receive a big discount on tuition. I also volunteered at the rectory there, and worked Bingo and other church functions, so we were able to get a further discount. The tuition was probably around $200 or $300 a year. Corpus Christi was a very strict school and Daryl had a difficult time there. I remember, at Corpus Christi, they required students to bring certain things to class like a pencil, pen, or certain notebooks. If you didn't, they gave you detention. Daryl was placed in detention when he didn't bring those things. I would hear about this from my mother.

14. My mother just did not get it when it came to Daryl's difficulties in school—she couldn't help him with his homework and she couldn't push the school administrations to help him. She has told me about how when she was a child, her classmates and older family members picked on her and called her stupid. Her mom and sisters used to tease her because she was slow. Mom resorted to fighting or just avoiding school activities.

15. My mother struggled with basic reading and math. Dating back to when I was in elementary school, she couldn't help me with schoolwork and I was left to do much of it on my own. It was the same for my siblings and for Daryl.

16. My mother learned things by watching what other people did or someone showing her how to do something because she couldn't read well. If you showed her how to do something, she would have a better chance of being able to figure it out. She could cook, bake, and can vegetables but she did not read books. She got her first checkbook when she was sixty-five years old and me or my siblings have always managed her checking account for her. Before that she paid for everything in cash. I remember her once getting pick-pocketed because she was carrying all her money in one envelope in her coat pocket. This was right around the Christmas season and we didn't have a holiday that year because the Christmas money was stolen. I paid my mother's car insurance and handled all of the registration requirements and fees, not just because she didn't have money for them, but

3

because it was easier than having her try to handle it. When bills needed to be paid, my mother went directly to an office to pay. Over time, I assumed responsibility for several of her major monthly bills – like her insurance and mortgage payments – to ensure they would be paid on time. My mother had difficulty budgeting for household needs like food. For example, back when I lived with her, there were times she sent me to the store with one dollar and expected me to return with enough food to feed seven children. I did the best I could but we ate a lot of tomato paste and rice, and bologna growing up.

17. My mother was the workhorse of the family out of necessity. My father, Pee Wee, left the family for long stretches of time, often for Cleveland, leaving my mother to take care of me and my siblings. Oftentimes she was working multiple jobs, on an assembly line or picking crops at Smith Farm, and bringing home little pay. She depended on me and my sister Aleta to take care of the house, and our other siblings.

18. When I was thirteen or fourteen years old, my mother started making me go to important appointments and meetings with her so that I could listen and explain things to her again once we got home. After one of my parents' separations (there were several), she made me come with her to doctor appointments so I could listen to what the doctor had to say and explain it to her later. This included at least one time when the doctor diagnosed my mother with a serious but embarrassing problem that I had to explain to her when we got home. I remember her bringing me to a meeting with my younger brother Ricky's school psychologist when he was doing poorly in the second or third grade. When Daryl had problems in school my mother would sometimes ask Ricky to help her. If I offered to help, my mother would say, "Ricky took care of it." Compared to how my mother did in school, she thought Daryl was not doing poorly. Given my mother's and Ricky's struggles in school, I knew they could not recognize how far behind Daryl was and give him the help he needed.

19. Aleta and I were responsible for cooking, cleaning, and doing just about everything for our younger siblings. I got my first job at fourteen in order to help support the family and also earn a little extra money to buy clothes. Years later, after I had my own family and was financially secure, I was on vacation in Mexico and I saw a family of five children walking around town. They were just like we were in those early years—the oldest child was in the front managing the group with no parents around.  Seeing that family reminded me of how me and my brothers and sisters were when we were children. That pattern continued when Daryl came to live with us, except by then, those of us who had the ability to be independent had left home, gotten jobs, and started families. Mom, Aleta, and Ricky were the adults Daryl spent the most time with and who took care of him day to day.

4

20. My father was gone, sometimes living in Cleveland for years at a time, when I lived with my mother. When he was living with us, he was out at night, running around with other women. I was around nine or ten years old when my mother found out about one of his affairs and made me go with her to the bars looking for my father and his girlfriend. One time when my mother made my father take me with him at night, he took me to another woman's house. This woman lived on top of the Canabar where his sister Conchita worked. My father was a freelance contractor who rehabbed houses and worked off the books. He made some money doing odd construction jobs, like fixing up machines or painting houses for people, sometimes friends, other times his siblings. He often agreed to work on a handshake deal and wouldn't get paid. At one point my father worked with his sister Florence rehabbing houses in Columbus. Florence didn't pay him for work he had done, as she'd promised, and Pee Wee and Florence had a falling out as a result. He was also an alcoholic, and he spent the little money he made on his drinking, which made it even harder on my mom to take care of everything at home.

21. I learned about my father's family history over the years from my father, when he was around, and my mother. I spent time with his parents, Manuel Lopez and Sarah Ethelyn (Ethel) Walker, until they died. My father's father died when I was in the third or fourth grade. Before that, we would visit him at my father's sister Conchita's house when he was in from Chicago. Ethel lived with Conchita or my father's sister Florence until she died. We would visit her at Aunt Conchita's or sometimes, my father would take us to visit Ethel's sister Muriel and her family in the American Addition neighborhood in North Columbus.  After my grandparents died, I would see my father's siblings and their families mainly at Aunt Conchita's house at family gatherings or on occasional visits.

22. My father was one of nine siblings and, all of them were street people, raggedy, poor, and learning to hustle for money from when they were children. They were half Black and half Mexican. They looked exotic but didn't fit in with Black communities in Columbus. His father was originally from Mexico and barely spoke English. My grandfather met my grandmother in Michigan and soon after they met, they ran off together. Ethel had two children from a previous marriage. She abandoned them both in the care of her mother and the children's paternal grandmother when she met my grandfather. My grandfather held numerous odd jobs in construction in and around Columbus but was also known around town as a marijuana grower. He left Ethel on her own to raise and support the children after he moved to Chicago sometime in the 1940s.

23. Ethel leaned on my father when he was a teenager to help take care of the family because her husband left Columbus. My father wasn't the oldest of his siblings, but he was the most responsible. Ethel would make my father get his sisters out of the bars, tend to the family garden, and essentially be the man of the house.

5

Manuel Sr. did provide some money to the family through his marijuana business or side jobs, but that was unpredictable.

24. When I was around nine or ten years old, in the mid-1950s, I went with my father's sister Conchita to Chicago to look for their father. After Conchita found him, she convinced him to come back to Columbus and live with her. He stayed with Conchita for about a year. At some point, he went back to Chicago to settle some things so he could move back to Columbus for good, but he was murdered. Conchita went to Chicago to claim the body and my grandfather, like many of the Lopez relatives, is buried in St. Joseph's cemetery.

25. My mother told me my father joined the military at a young age to get out of poverty and away from his family. He wanted a chance at stability. He thought he could learn a skill and earn steady pay but he couldn't make a career out it because he got injured. His siblings mostly stayed in Columbus or moved to the Cleveland area, and so our family stayed in good touch with them over the years. Many of his siblings struggled with drug and alcohol addiction, and a number of them had mental breakdowns.

26. My father's brothers Algenon and Lorenzo, Sr. both died from complications caused by their drug addictions. Algenon was in and out of jail and passed away in 1973. Lorenzo, Sr. died after getting Hepatitis because of his heroin use. He died in 1957 when I was around ten years old. I remember him being a sweet person but severely addicted.

27. My father's sister Margaret also had mental problems and could flip her mood on a dime and be very nasty to people around her. She reminded me of my sister Aleta. My father brought me and my siblings to visit Aunt Margaret in Cleveland sometimes. He would drop the kids off at her house before going out for the night with Margaret's husband or his brothers who lived in the area. One time, Margaret forced me to eat food I didn't like for dinner. I vomited during the meal and Margaret forced me to eat the regurgitated food. During that same visit, Margaret hit me and my siblings several times for misbehaving. We were just being kids. But Margaret would spank us and yell at us and threaten to hit us all the time.

28. My father's other sisters, like him, learned to survive on the streets at a young age. Conchita and Florence were beautiful. They were wooed by neighborhood pimps and were both prostitutes.

29. Aunt Florence, Daryl's grandmother, ran after-hours gambling and prostitution clubs out of her home. Florence exposed her children, including Leondra, to pimps, gamblers and drunks. My father told me Florence is the one who introduced Edward Lawrence, a pimp and Leondra's eventual husband, to Leondra. It was like Florence pimped her daughter out.

6

30. Aunt Conchita, before she started working the bar business, was a madam and ran a house of ill-repute. She eventually started working at the Canabar, a bar that for a number of years operated as a front for selling fenced goods. She was the matriarch of the family after my grandmother Ethel died. Conchita was the most financially stable, and her house was the haven for a lot of unwanted children within the family. Conchita and her husband Donald raised Lorenzo, Jr. who was Lorenzo, Sr.'s son, almost from birth. Conchita had Djuana and Ricco, two of Daryl's half-siblings at times. Daryl and his cousin Martize spent a lot of time at her house as well.

31. Leondra moved in with Conchita and Donald when Leondra was a teenager. She was very sexually promiscuous in her early teens. My parents told me that Donald would have sex with her when Conchita worked nights at the Canabar. Once it came out that Leondra was pregnant with Daryl's half-sibling Felicia, she had to move out.

32. Conchita could not have children of her own, but she liked having nieces and nephews at her house often. It was common for my sister Yolanda or Florence's daughters, Juana, Leondra, and Tanya to stay with Conchita and Donald during weekends or school vacations. When they had children, their children would stay at Aunt Conchita's just as their mothers did. Daryl spent a lot of time there with his cousins Martize, Manuel, and Rodriccos, and my mother knew that.

33. When Conchita was in her late 50s or early 60s, she started going to church, and over the last twenty years of her life, she had a very close relationship with my mother, Eileen.

34. Even during the months and years when my father was not with my mother, his brothers and sisters and their children and children's children were in my life. My father came back home and basically stayed home until he died. His cancer was draining for my whole family. He was very sick for a year before he died. One of his tumors was close to his heart and when doctors tried to take it out, they had to break his rib cage, leaving my father in horrible pain. Doctors couldn't take the tumor out safely, and my father's decline was long and difficult. He lost a lot of weight and looked like skin and bones before he died. Daryl was with my father a lot toward the end when he was very ill. My father died at the VA hospital in Dayton, Ohio. He was transferred there after Ohio State University Hospital could no longer treat him. Daryl cried when my father was sick and cried at the funeral. For weeks after he died, Daryl cried almost every day.

35. My father did not leave any money behind after he passed away. The family had to pool money together for his funeral and I ended up taking a loan from Xerox, the company I was working for at the time, to cover it.

7

36. My father's social security benefits came in at some point after he was sick with cancer. This was the money my mother used as a down payment for the house at 34 Winner Avenue where Daryl spent the rest of his childhood and teen years.

37. I was appalled when my mother chose to buy the 34 Winner Avenue house. It was a shell of a house, needed too many repairs, and was too dilapidated for her to maintain. I told her that it wasn't the right house for her, but she had her heart set on a bigger house. I don't think she fully understood the consequences of her choice. I cosigned for the mortgage and we agreed that Ricky and my mother were responsible for the payments until they could rent out the other side of the house (36 Winner Avenue). Ricky and my mother fell behind in their payments as soon as they moved in. I had to take over responsibility for the full amount of the loan and paid the mortgage for the next thirteen years.

38. The house was barely livable when Daryl and my mother, Ricky, and Aleta were living there. It was a HUD home that had been abandoned for five or six years before my mother bought it. It needed extensive work just to get it in move-in condition. The ceiling was caving in in several rooms. There were problems with the plumbing, electric, furnace, appliances and fixtures. The kitchen was the room in most need of repair. The cabinets were falling apart. The floor was broken and the appliances were old and didn't always work. The house was infested with rodents.

39. There were three bedrooms upstairs and a small attic. Aleta kept most of her belongings in the attic. She had one bedroom, my mother lived in the other and Daryl, Ricky (and eventually Dwight) lived in the third bedroom.

40. The other side of the double house (36 Winner Avenue) was never repaired and sat empty for many years. Ricky did not get around to fixing it up until he and his wife Sheila needed a place to live. Around the neighborhood at the time, vacant homes were routinely being burglarized for wood and building materials. Looters broke into that side of the house on three separate occasions. The first time, the robbers took the mantle. Afterwards, my partner Jim and I replaced the front and back doors. But, the back door was kicked in during the second burglary and floor boards and molding were stolen. The third time someone broke in, one of Ricky's dogs (he had two large bouviers) kept the burglar cornered in the house until police could get there. Daryl was living in 34 Winner Avenue at the time. He was probably around eleven or twelve.

41. Aleta, who has suffered a lot of mental breakdowns over the years and still lives with mental illness, lived at the Winner Avenue house with Daryl and my mother. Daryl was on the receiving end of a lot of her cruelty. She said mean and nasty things to him. Aleta called Daryl a "crack baby" and told him his mother was on drugs. Aleta also told Daryl, "You're not my mom's son." Aleta blamed Daryl for breaking or stealing things. Sometimes when she was in the middle of one of her

8

episodes she would give household items away, and when she was called out on it, she would say Daryl took it. Things like this happened to Daryl almost every single day they lived together. My mother would tell me it was going on.

42. Aleta stole things from our mother's house like jewelry or bed sheets. When Aleta came for a visit and brought an empty duffel bag with her, everyone knew to watch his or her belongings. Aleta was also violent towards my mother. Aleta heard voices. She heard the voices of different spirits commanding her to do things and she believed spirits were living in the house. She had a fascination with pyramids and believed if you put a glass of water on the mantle it would keep evil spirits away. She tried to convince me to leave a glass of water out around my house. Aleta's behavior scared my children and it scared Daryl. She was unpredictable, and the kids never knew when she might turn on them.

43. The first time I met with one of Daryl's trial lawyers, Diane Menashe, it was a couple of weeks before Daryl's sentencing. I was asked to testify and I agreed. I answered the questions she put to me. Everything that I've said in this declaration is something that I knew at the time and would have been willing to describe to the lawyers or to the jury if I had been asked to do so.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____

Alana Robinson

Executed on 11/30 November, 2015.

9

# Exhibit 11:

# Eileen Lopez Declaration

## Declaration of Eileen Lopez

1. My name is Eileen Lopez. I live in Columbus, Ohio.

2. I am 87 years old. I have known Daryl Lawrence since 1975 when he was a few months old. Daryl's lawyers asked me to give this statement.

3. My husband Manuel "Pee Wee" Lopez and I took Daryl in when he was a baby. Pee Wee was Daryl's great uncle. Daryl lived with me until he grew up. He always called me "Mom." I had seven children who were older than Daryl. Pee Wee died in 1981 and lived away from home a lot before then.

4. Before Daryl was born, I was basically a single mom taking care of seven children. I needed to work to support my family because my husband was an alcoholic and he couldn't hold a job when he lived at home. I had my first child when I was eighteen years old. My children helped me take care of things in the house. I was working more than one job. I worked a lot of factory jobs because they paid the most. I was on welfare from time to time but I wanted to work. I depended a lot on my daughters, Aleta and Alana. They were the oldest of my kids. I needed them to take care of my other children while I worked. I did not have a choice. I left the children at home with coloring books, paper dolls, or whatever I could find for them while I was gone. My children knew not to leave the house. Aleta and Alana took care of things.

5. My children were older than Daryl and some had moved out of the house by the time he came to live with me. We are a close family, so they would come visit or talk to me on the phone every week. We had dinners together at least once a week and we all went to Church together. For a lot of those years with Daryl, it was me, my son Ricky and Aleta living together.

6. I have always had a hard time reading and writing. When I was around ten years old doctors told my mother I needed to go to a special school. I couldn't get up with all my grades; I was too far behind. My sisters were smarter than I was. The school was downtown off of 3rd St. I didn't stay in that school very long. My mother took me out and she helped me at home. I went back to school in junior high school, but I stopped again because they did not have any classes for slower kids like me. I never graduated high school.

7. I love Daryl so much. I want him to live. He is my baby.

8. I met with Daryl's trial lawyers. They asked me to testify and I said I would. I am not a lawyer and I didn't know what was important but I answered the questions they asked me. Everything that I've said here is something that I knew at the time and would have told the lawyers or testified about if I was asked.

1

9.      The lawyers Daryl has now helped me write this statement, read it to me out loud, and made sure I understood and agreed with everything it says before I signed it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_E, leen Lopez_

Eileen Lopez

Executed on __20'__ November, 2015.

2

# Exhibit 12:

# 11-28-05 Email from Phillips to DM

## Diane Menashe

| | |
|---|---|
| **From:** | "Martha Phillips" <marthaphillips@mac.com> |
| **To:** | "Diane Menashe" <menashe@columbus.rr.com> |
| **Cc:** | "kort gatterdam" <kgatterdam@kravitzlawnet.com> |
| **Sent:** | Monday, November 28, 2005 8:19 AM |
| **Subject:** | Re: time line |

Diane,

I apologize for not getting back to you. I was out of town, and the cell phone reception was poor. I got most of your mssg but the end was cut off. I thought I was to call family members over the weekend, and once I heard you had taken care of that I assumed I'd just get in touch with you today. I also misunderstood when you needed the timeline. I thought you just needed it to complete the mitigation but not before Cunningham arrived. Again, I should have clarified that with you and am sorry for your inconvenience. Not much else to say other than I really screwed up.

I'm picking up the crime stats today, and will try to get in touch with some neighborhood sources. Let me know if you need me to call anyone or arrange travel for them.

Martha


On 11/27/05 6:19 PM, "Diane Menashe" <menashe@columbus.rr.com> wrote:

Martha-

I hadn't heard back from you after I left a message on Friday.
Given that I needed the time line for Cunningham (and he arrives Wed. so
it has to be overnighted tomorrow) I spent today doing the timeline.
If you have anything you need to add let me know.
Otherwise, I will email you and Kort a final copy when I finished it
tomorrow in the early morning hours.

Thanks
diane


--
Martha Phillips
P.O. Box 06613
Columbus, OH 43206
614-506-7118

TC19941
11/29/2005

Exhibit 13:

11-18-05 (PM) Email from DM to Phillips

## Diane Menashe

**From:** "Diane Menashe" <menashe@columbus.rr.com>
**To:** "MARTHA PHILLIPS" <marthaphillips@mac.com>
**Cc:** "Diane Menashe" <menashe@columbus.rr.com>; "Kort Gatterdam" <kgatterdam@kravitzlawnet.com>
**Sent:** Friday, November 18, 2005 5:24 PM
**Subject:** daryl lawrence

Martha -

I know you are trial with Kort but there are a couple of things that need to be done by the time Cunningham arrives.

(1) A time line needs to be completed including all records and otherwise relevant information.
(2) Please go to Columbus Police Department website and determine the district/precinct where Daryl grew up.  Then pull the crime stats for that district.  I think only new stats are available on line.  For old stats it is necessary to go to the police station itself.  Please do this.  Both Cunningham and Anderson need this information.
(3) Contact at least community member in the neighborhood where Eileen's house is.  Maybe go to a YMCA, Boys and Girls club, local business owner etc. and get a sense of what the neighborhood is like.  Do kids hang on the corner, deal drugs, violence etc.

Overall, I have realized today that the mitigation presentation of this case is very far from being complete.  In terms of themes I am trying to develop Daryl as a product of an inner city impoverished life. Since the family members aren't being entirely cooperative we need to get outside information to give our experts (and our jurors) a clear picture of what it was like to be Daryl growing up in the neighborhood.  We have to convince our jurors that dealing drugs, working the streets, having lots of girlfriends etc. was just a way of life.

Also, so you know, I am having Bertha pull any/all criminal records on Daryl's family members. I am also trying to have her find Tanya's federal records.  I think we need to portray this family as a crime family - again, Daryl did nothing that he wasn't taught to be normal.  I know Ricky has a past, etc etc.

I have told Bertha that if she has any questions about the records collection she can call you.

Thanks in advance.
Let me know what progress you make.  I am hoping the information from CPD will be really helpful in painting a picture of his upbringing.  Also, I think it would help if Cunningham went to Eileen's house.  Thus, I plan on going there myself before Cunningham's arrival.  I also will try to go to Yolanda's church the Sunday after Thanksgiving.  We need to get a better understanding of who Daryl is and where he came from.

**TC19936**

11/27/2005

# Exhibit 14:

SEALED

Exhibit 15:

11-04-05 Letter to Anderson from DM re Records

# DIANE M. MENASHE
## ATTORNEY AT LAW

536 SOUTH WALL STREET   SUITE 300
COLUMBUS, OHIO 43215

menashe@columbus.rr.com

OFFICE: 614.221.6500
FAX: 614.224.9258

November 4, 2005

Dr. Elijah Anderson
Department of Sociology
University of Pennsylvania
3718 Locust Walk
Philadelphia, PA 19104-6299

Re:   *United States v. Daryl Lawrence*
      Case No. 2:05 cr 11

Dear Dr. Anderson:

I apologize for the delay but here is the first batch of records for your review in the above-referenced case:

(1)   Confidential Case Summary as prepared by attorney Diane Menashe;
(2)   Indictment (*United States v. Daryl Lawrence*, Case No. 2:05 cr 11);
(3)   Daryl Lawrence's Birth Certificate;
(4)   Daryl Lawrence's Children's Hospital Records;
(5)   Daryl Lawrence's Howard University Hospital Records;
(6)   Daryl Lawrence's Grant Medical Center Hospital Records;
(7)   Daryl Lawrence's Sonshine Christian School Records;
(8)   Letter from Corpus Christi Church reg. Daryl Lawrence;
(9)   Letter from Catholic Diocese of Columbus reg. Daryl Lawrence;
(10)  Daryl Lawrence's St. Charles High School Records;
(11)  Daryl Lawrence's Bishop Ready High School Records;
(12)  Daryl Lawrence's Bishop Harley High School Records;
(13)  Daryl Lawrence's Columbus State Records;
(14)  Private Industry Council Letter reg. Daryl Lawrence;
(15)  Daryl Lawrence's IKON employment records;
(16)  Kmart Letter reg. Daryl Lawrence;
(17)  Limited Stores reg. Daryl Lawrence;
(18)  Daryl Lawrence's Nationwide Insurance employment records;
(19)  Daryl Lawrence's CBS Personnel employment record;
(20)  Daryl Lawrence's Receiving Stolen Property case file;
(21)  Leondra Lawrence (mother) Receiving Stolen Property case file; and
(22)  Ross County Jail Medical Records.

**TC40007**

Within the next week I will supplement these records with a timeline for your work in this case, the videotape of Lawrence's statement to law enforcement, mitigation write-ups and a family tree to help you decipher who is who.

Also, please be advised that there is still a pending request for Lawrence's birth records. Further records need to be obtained from Ross County Jail as well; we have been waiting to request those until we were closer to trial. Let me know if his jail records are of any value to you in your work in this case. If so, I will forward them to you as soon as possible.

Thank you in advance for taking on this case. I greatly appreciate it and look forward to working with you.

Sincerely,

Diane M. Menashe
Attorney at Law

**TC40008**

# Exhibit 16:

# 11-19-05 Email from Anderson to DM

## Diane Menashe

**From:** "Elijah Anderson" <eanderso@sas.upenn.edu>
**To:** "Diane Menashe" <menashe@columbus.rr.com>
**Sent:** Saturday, November 19, 2005 3:31 AM
**Subject:** Re: daryl lawrence

Dear Ms Nenashe:

Yes, please send the materials along. My mailing address is Department of Sociology, University of Pennsylvania,
3718 Locust Walk, Philadelphia, PA 19104-6299. Also, please indicate a time when we might speak by telephone.
My cell phone number is: 215-771-2130.

Sincerely,

Elijah Anderson

Diane Menashe wrote:

> Dr. Anderson -
>
> Please advise if you received the initial batch of materials I sent
> you for your review in the Daryl Lawrence case. I have not heard from
> you and I want to send out a supplemental batch of information.
>
> Additionally, be advised that my mitigation specialist is the process
> of collecting the crime stats and other statistical data regarding the
> precinct in which my client grew up. Obviously I thought this
> information would be vital to you in your discussion of inner city
> youth and what life for my client was like...the norms in such an area
> etc. I will forward this information to you as soon as possible.
>
> Thank you and I look forward to hearing from you.
> Diane Menashe


--
Elijah Anderson
Charles and William Day Distinguished
Professor of the Social Sciences and
Professor of Sociology
University of Pennsylvania
Philadelphia, PA 19104-6299
Voice: 215-898-6721
Fax: 215-573-7744

**TC40010**

11/27/2005

# Exhibit 17:

# 12-01-05 Email from DM to Anderson

## Diane Menashe

| | |
|---|---|
| **From:** | "Diane Menashe" <menashe@columbus.rr.com> |
| **To:** | <eanderso@sas.upenn.edu> |
| **Cc:** | "Diane Menashe" <menashe@columbus.rr.com> |
| **Sent:** | Thursday, December 01, 2005 4:58 PM |
| **Subject:** | daryl lawrence |

Dr. Anderson -

Thank you for your November 19, 2005.  I am late in responding to it because I was out of town and then I was tied up in trial until just recently.

My mitigation expert has recently compiled the crime statistics for the neighborhood where Daryl was raised.
We also have crime stats from other, suburban neighborhoods for comparison purposes.
I think you will find these interesting. Daryl's neighborhood/street has a great number of murders per year.
I will mail these to you tomorrow.

Also, I think it will be valuable to your work on this case to know that nearly all of Daryl's maternal side of the family has a felony conviction and/or has been in prison.  For instance, Daryl has five aunts and uncles on his mother's side of the family. Four of the five have been in prison (plus Daryl's mother).  I interviewed his uncle yesterday at a penitentiary where he is serving an 8-25 year sentence for a rape conviction.

Also, of the aprx. eight cousins on his mother's side, seven have felony convictions.  I will mail you the prison/crime records for each relative tomorrow as well.

I have yet to ascertain the identify of Daryl's father.  Daryl was only recently told that his father was Jerry Hall and that Jerry died when Daryl was very young. I have recently found a Jerry Hall from Columbus that could possibly be Daryl's father.  I have put in a death certificate request for Mr. Hall to see if he is in fact deceased.  If the Mr. Hall I found is in fact Daryl's dad he is likely still living.

I will keep you updated.

Otherwise, please let me know what other information could be of assistance to you.  I totally defer to you as to what information is necessary.
Please advise.

Also, I will send you mitigation write-ups of the family members ASAP (these are the materials I spoke of earlier) so you can get a sense of the family members.

Let's talk next week on the phone.  Afternoons and evenings are always best for me.  Just name a date and time.

Diane Menashe

**TC40012**
12/1/2005

# Exhibit 18:

# 01-25-06 Email from DM to Anderson

## Diane Menashe

| | |
|---|---|
| **From:** | "Diane Menashe" <menashe@columbus.rr.com> |
| **To:** | "Elijah Anderson" <eanderso@sas.upenn.edu> |
| **Cc:** | "Diane Menashe" <menashe@columbus.rr.com> |
| **Sent:** | Wednesday, January 25, 2006 12:27 PM |
| **Subject:** | Daryl Lawrence |

Dr. Anderson -

The trial in the above-referenced matter is still scheduled for February 13, 2006. I anticipate tha tour mtiigation presentation will take place mid-March. Let's set up a conference call to discuss if you are still willing and able (based on your review of the information I sent) to testify as to your area of expertise.

My office # 614-22-16500
My cell # 614-354-5312

I can do day or night. Whatever works for you.

Thanks in advance,
Diane

**TC40014**

1/26/2006

Exhibit 19:

02-21-06 Letter to Anderson from DM re Records

## DIANE M. MENASHE

ATTORNEY AT LAW

536 SOUTH WALL STREET • SUITE 300

COLUMBUS, OHIO 43215

OFFICE: 614.221.6500 • FAX: 614.224.9258

menashe@columbus.rr.com

February 21, 2006

Elijah Anderson
Department of Sociology
University of Pennsylvania
3718 Locust Walk
Philadelphia, PA  19104-6299

> Re:   *United States v. Daryl Lawrence*,  Case No. 2:05 CR 11

Dear Elijah:

Enclosed please find the following supplemental information for your review in the above-referenced case:

1)   Leondra Lawrence's Prison Record;
2)   Interview of Sara Debolt (2/13/06);
3)   Interview of Virgil Starks (2/15/06);
4)   Interview of Kevin Robinson (2/11/06);
5)   Interview of Hope Brining (2/08/06);
6)   Interview of Trent Moore (2/18/06);
7)   Interview of Pastor Juan Woods, Jr (2/16/06);
8)   Interview of Dwight Lopez (2/16/06);
9)   Interview of Alana Robinson (2/16/06);
10)  Interview of Dionne Rouse (2/10/06);
11)  Interview of Bonita Valdes (2/10/06); and
12)  Interview of Betty Walker (2/11/06).

As you will see, the enclosed prison record for Leondra Lawrence verifies that she was incarcerated at the time of Daryl's birth.  In fact, she had been incarcerated for approximately three (3) months prior to his birth.  She was serving time for forgery.

Additionally, I intend to forward you a transcript of Daryl's video taped confession in the next several days.  I had the tape transcribed as I believe the interview itself is mitigating in that he expresses remorse and accepts responsibility for his actions.

Let's be in touch this week. Opening statements will be on Wednesday. Tomorrow a jury will be selected.  I am a bit apprehensive of what your testimony will consist of – what you envision.  If you would please email me an outline of what you intend to present I would greatly appreciate it.

Sincerely,

Diane M. Menashe
Attorney at Law

**TC40056**

# Exhibit 20:

# 02-20-06 Email from DM to Anderson

## Diane Menashe

**From:**      "Diane Menashe" <menashe@columbus.rr.com>
**To:**        "Elijah Anderson" <eanderso@sas.upenn.edu>
**Cc:**        "Diane Menashe" <menashe@columbus.rr.com>
**Sent:**      Monday, February 20, 2006 5:41 PM
**Subject:**   daryl lawrence

Dr. Anderson -

I am overnighting you some supplemental information for your review.  You should receive it Wednesday.

If you would, as soon as possible please email me an outline of what you intend to testify to and/or present in this case.  I am growing a bit uneasy given that you and I have not spent much time talking about how, if at all you can contribute.  Of course, I am hoping you can contribute for the reasons that we  discussed when I first retained you.

I am almost finished reading Code of the Street and so I will be emailing you with some areas/topics from your research that I think pertain to Daryl's life and would be good to highlight during your testimony.

Thanks in advance.
Hope all is well.
Diane

**TC40058**

2/20/2006

# Exhibit 21:

# 08-16-05 Memo from Duran to DM re record requests

# MEMORANDUM

**TO:**      Diane Menashe

**FROM:**    Bertha Duran

**DATE:**     August 16, 2005

**RE:**       **United States v. Daryl Lawrence
Case No.  CR 2-05-11**

Attached is a complete list of records requests on the above-referenced case.  Records are complete.  Additionally, the custodian of records for each request is in bold.

BS0456

* PC from jail in S CDs - mitigatg - experimes b/n Daryl + Connie
⊛ Fed'l Statute on Mtg - Diane will get, 10·24·05
⊛ Video of intervg

Revised as of 8/15/05

## Mitigation Requests: Daryl Lawrence

| Records Request | Date Requested | Date Received |
|---|---|---|
| (1.) Columbus State Community College Attn: Records Request 550 East Spring St. Columbus, OH  43215 (614) 287-5353 Fax# (614)287-5446 **Amy Cardinal** (614) 287-5244 | 3/4/05 | 3/9/05 3/11/05 |
| (2.) Bishop Ready High School Attn: **Jenny McNamara** 707 Salisbury Rd. Columbus, OH 43214 (614) 276-5263 Fax# (614) 276-5116 | 3/2/05 via fax | 3/7/05 |
| (3.) Bishop Hartley High School Attn: **Ilona Ferris** 1285 Zettler Rd. (614) 237-3484 Fax#(614) 237-3809 | 3/2/05 via fax | 3/4/05 |
| (4.) St. Charles Prepatory School Attn: **Trisha Smith** 2010 East Broad St. Columbus, OH (614) 252-6714 Fax# (614) 251-6800 | 3/2/05 via fax | 3/4/05 |

BS0457

| Records Request | Date Requested | Date Received |
|---|---|---|
| 5. Sonshine Christian Academy Inc. Attn: **Dolores Warfield** 2112 Mock Rd. Columbus, OH 43219 (614) 475-7887 Fax# (614) 475-8186 | 3/2/05 via fax | 3/14/05 |
| 6. Children's Hospital Attn: Medical Records 700 Children's Dr. Columbus, OH 43205 **Tara Saunders** (614) 722-3658 | 3/2/05 | 5/31/05 |
| 7. Grant Hospital Attn: Medical Records 111 South Grant St. Columbus, OH 43215 (614) 566- 9320 **Stacie Wolf** | 3/2/05 | 3/18/05 |
| 8. Ross County Jail Attn: **Kathy Clark (Nurse)** 28 North Paint St. Chillicothe, OH 45601 (740) 773-1187 Fax# (740) 775–1456 | 3/2/05 via fax | 3/10/05 |
| 9. Howard University Hospital Attn: **Paula Ogle** 2041 George Avenue NS Washington D.C.  20060 (202) 865-6100 | 3/2/05  3/28 | 4/15/05 |

*Diane to get for mrc, 10·24·05* (handwritten note beside item 6)

BS0458

| **Records Request** | **Date Requested** | **Date Received** |
|---|---|---|
| N/A 10. Limited Stores Inc.<br>Attn: Records Dept.<br>4111 Morse Road<br>Columbus, OH 43220 *only gibed Sys*<br>**Karen Picchioni**<br>(614) 415-2016 | 3/2/05 | 3/15/05<br>**No Records** |
| 11. Nationwide Insurance<br>Attn: HR Dept.<br>One Nationwide Plaza<br>Columbus, OH 43215<br>**Joy Wheeler**<br>(614) 249-7628 | 3/4/05 | 7/28/05<br><br>8/1/05 |
| Ø 12. Private Industry<br>Council<br>Attn:  HR Dept.<br>400 East Town St.<br>Columbus, OH 43215<br>(614) 298-4742<br>**Jeff Guinn**<br>Fax# (614) 298-9107 | 3/4/05<br><br>3/21/05 | <br><br>3/24/05<br>**No Records** |
| 13. CBS Agency Inc.<br>Attn:  Personnel<br>5099 East Main St.<br>Columbus, OH 43213<br>(614) 751-2250<br>Fax# (614) 751-2262<br>**Stephanie Cooke** | 3/7/05 | 3/9/05 |
| 14. IKON Office Solutions<br>Attn: **Ruth Adcox**<br>HR Manager<br>400 Metro Place North<br>Suite 150<br>Dublin, Ohio 43017<br>(614)789-4566<br>Fax# (614) 789-4591 | 3/7/05 | 3/28 |

BS0459

| Records Request | Date Requested | Date Received |
|---|---|---|
| 15. KMART Apparel Distribution Center Attn: HR Dept. 4400 S. Hamilton Rd. Groveport, OH 43125 (614) 836-5000 Fax # (614) 836-3684 **Annette Zarbaugh** | 3/4/05<br><br>7/18/05 via fax | 7/19/05 |
| 16. Corpus Christi St. Ladislas Parishes P.O. Box 7825 Columbus, OH 43207 (614) 443-2828 Fax#: (614) 444-0523 Attn: **Patti Jones Joan McCann** | 4/1/05 | 4/19/05 **No Records** |
| 17. Brookhaven High School Attn: **Gloria Parker** 4077 Karl Rd. Columbus, OH 43224 (614) 365-5985 | 4/11/05 | 5/11/05 **No Records** |
| 18. Catholic Diocese of Columbus Dept. of Education 197 East Gay St. Columbus, OH 43215 Attn: **Dianna Dudzinski** (614) 221-4633 Fax# (614) 241-2563 | 4/19/05 via PC | 4/26/05 **No Records** |

BS0460

# Exhibit 22:

# 03-07-05 Email from Phillips to DM

Page 1 of 1

## Diane Menashe
_____

**From:** "Martha Phillips" <marthaphillips@mac.com>
**To:** "Diane Menashe" <menashe@columbus.rr.com>; "kort gatterdam" <kgatterdam@kravitzlawnet.com>
**Sent:** Monday, March 07, 2005 11:11 AM
**Subject:** lawrence

Here's our Friday schedule so far:

4:30 - Wendy Poches (pronounced Poaches)- Daryl's friend

I've called Daryl's sister Djuna a few times. Left a mssg (no call back) and called again this a..m. (no answer).

Talked to Tyrone Lyles the guy who coaches rec basketball at Marion Franklin this a.m. Daryl suggested we interview him. Don't think we need to. Tyrone said he doesn't know Daryl that well. As far as he knew, Daryl had not yet coached any teams. He was planning to start assisting a coach on another rec team when the crime occurred. Tyrone thinks Daryl's kids or his girlfriend's kids played on that other team. He didn't know anyone else who knew Daryl. Daryl had only become involved in the program during the last year.

Tyrone also works security at The Lobby, the bar on E. Hamilton road that Daryl frequented. Tyrone has worked there the past 6 or so months (mostly weekends). Never really talked to Daryl in depth. Never had any problems with him, though. Kept to himself and was low key. Came and left early.

I then called Connie to find the name of her kids' rec coach. His name is Coach Harris, but she said he doesn't know Daryl because Daryl never got a chance to coach with him as the crime occurred before the first practice.

Also called Dwight Lopez, one of Daryl's adopted brothers. He supposedly lives with his mom, Eileen Lopez. Some woman answered the phone with something like "God bless" (not hello). I thought it was an answering machine and waited before I realized it was a person. I asked for Dwight. She said he didn't live there and hung up before I could say anything else. Now, they won't answer the phone. I'll try again later. What the hell?

Martha

--
Martha Phillips
P.O. Box 06613
Columbus, OH 43206
614-506-7118 (cell)
614-449-6644

TC19851

3/8/2005

# Exhibit 23:

# SEALED

# Exhibit 24:

# 07-26-05 Email from Phillips to DM

## Diane Menashe

**From:** "Martha Phillips" <marthaphillips@mac.com>
**To:** "Diane Menashe" <menashe@columbus.rr.com>
**Sent:** Tuesday, July 26, 2005 3:25 PM
**Subject:** Re: marty baxter

Yeah, I've been bad about the visits. Sorry.   I'll try to get down to see them in the next 2 weeks.

Martha

On 7/26/05 11:50 AM, "Diane Menashe" <menashe@columbus.rr.com> wrote:

> Martha -
>
> Kort and I would appreciate it if you would go see Marty at the Jail in the near future.
> Also, a visit to Daryl.
>
> Kort and I talked this weekend and we both feel as if visiting the clients more regularly is very important particularly given that both of these cases are likely to go to trial; both of these clients are likely to testify.
>
> So, we would appreciate it if you would start to visit them on a regular basis in an effort to build a rapport and also obtain additional mitigation information.
>
> Kort and I are visiting Marty tomorrow to go over the investigation thus far. We visited Daryl last week.
>
> Thanks for all your help.
> Diane

--
Martha Phillips
P.O. Box 06613
Columbus, OH 43206
614-506-7118

TC19914

7/26/2005