Exhibit 25:

11-29-05 Email from DM to Phillips

## Diane Menashe

| | |
|---|---|
| **From:** | "Diane Menashe" <menashe@columbus.rr.com> |
| **To:** | "Kort Gatterdam" <kgatterdam@kravitzlawnet.com>; "MARTHA PHILLIPS" <marthaphillips@mac.com> |
| **Cc:** | "Diane Menashe" <menashe@columbus.rr.com> |
| **Sent:** | Tuesday, November 29, 2005 1:57 PM |
| **Subject:** | mitigation update |

Kort and Martha -

Here is an update on what has been done mitigation wise by me in this case as of late:

- Obtained the federal drug (heroine) trafficking case files Tanya Powell and Florencia Walker. Sentencing transcripts and indictments are included.

- Scheduled an interview for tomorrow with Paul Carrerra (Daryl's maternal uncle) at Chillicothe Correctional Inst.  Paul is serving an 8-15 year sentence for rape.

- Scheduled interviews on Friday for Cunningham with mitigation witnesses: Connie Logan, Hope Brining, Florencia Walker, Eileen Lopez, Yolanda Toliver.  I am working on getting one additional person in.  Hope Brining should be huge (she is the mother of Daryl's child, Chandler).  Renee has refused to come in and participate.

I also intend to drive Cunningham to Daryl's Fairwood Avenue address and the 34 Winner Ave. home so that he can get a sense of the neighborhoods where he grew up.

- I requested and will pick up Daryl's entire jail Ross County file tomorrow when I visit Daryl at the jail.  Spoke with Lt. Large this morning.  The entire file (including disciplinary) is ready for pickup.

- A family tree has been put together on foam core(s) for Cunningham to know who is who. Will take to Scott Roder prior to trial to have him put the tree in computer format for presentation to the jury.

- Connie scheduled to come in tonight at 5:30 pm and I will inform her of the women in Daryl's life, the pictures of Sara Debolt recently disclosed through discovery etc.  I will also explain to her that she has to be honest with Cunningham. I know she will have no problem with that.

- I have contacted Daryl Pope, an inmate at the Alvis House, to set up an interview.  Daryl is Carol Pope's son and although and Daryl were not close I noticed in a mitigation write-up that he had been sent to St. Charles like Daryl and then dropped out after one year.  I thought it would be great to get his perspective on what it was like for a kid from the inner city attending St. Charles. He will call me tonight for an interview time.

- Took care of the paperwork necessary for Cunningham's entry into the Ross County Jail.

Diane

TC19943
11/29/2005

Exhibit 26:

02-14-06 Summary of Cunningham Intvws.

2/14/2006

CLIENT:     Daryl Lawrence
ATTORNEY:  Diane Menashe

Interviews conducted by Dr. Cunningham:

| Name | Relationship | Duration (in minutes) | Date | Mode |
|---|---|---|---|---|
| 1.  Daryl Martez Lawrence | Client | 375 | 12/8/05 | Person |
| 2.  Daryl Walker | Maternal Uncle | 79 | 12/8/05 | Person |
| 3.  "Connie" Conswello Logan | Fiance | 65 | 12/9/05 | Person |
| 4.  Conchita Eleena Loucia Barnett | Cousin/Step-sister | 80 | 12/9/05 | Person |
| 5.  Yolanda Delores Tolliver | Cousin/Step-sister | 9 | 12/9/05 | Person |
| 6.  Aleta Yvonne Lopez | Cousin/Step-sister | 44 | 12/9/05 | Person |
| 7.  Eileen Yvonne Lopez | Great Aunt/Step-mother | 75 | 12/9/05 | Person |
| 8.  Eileen Bianca Brown | Cousin/Step-sister | 53 | 12/9/05 | Person |
| 9.  Donald Eugene Branch | Great Uncle | 80 | 12/9/05 | Person |
| 10. James "Jim" Kuster | Partner of Cousin/Step-sister | 28 | 12/9/05 | Person |
| 11. Pandora Peoples | Family Friend | 12 | 12/9/05 | Person |
| 12. Florencia Walker | Maternal Aunt | 90 | 12/9/05 | Person |
| 13. Ricky Lopez | Maternal Cousin (Step bro) | 43 | 3-7-05 | Phone |

Records received and reviewed by Dr. Mark Cunningham, Ph.D.


INTERVIEW BINDER
1.   Interviews
        Elizabeth Jones
        Carol Pope
        Donna Morley
        Eileen Lopez
        Florencia Walker
        Renee Anderson
        Sheila Lopez
        Yolanda Toliver
        Tanya Powell
        Paul Carrera
        Dwayne Pope
        Ross County Inmates & Deputies
        Wendy Poches
        Nate Jones
        Lonnell Sullivan
        Ron Scroggins
        Malik Willoughby
        Betty Walker
        Dionne Rouse
        Bonita Valdes
2.   Case Summary
3.   Mitigation Time Line
4.   Indictment, U.S. v Daryl Lawrence
5.   Birth Certificate

**MDC1455**

2/14/2006

6. Criminal History Summaries, Records
    Shamahra Jacks
    Shaveh Williams
    Djuana Lawrence
    Leslita Williams
    Ricco Lawrence
    Jerry Hall
    Manuel Powell
    Martize Powell
    Rodriccos Williams
    Quan Williams
    Paul Carrera
7. Memo regarding Leondra Lawrence's Incarceration


BINDER 1
1. U.S. v Florencia Walker and Tanya Powell, 12/2/93
2. Ross County Jail Medical Records
3. Leondra Lawrence – Receiving Stolen Property
4. Receiving Stolen Property
5. CBS Personnel Employment Record
6. Nationwide Employment Record
7. Letters Regarding Employment Records
8. IKON Employment Records
9. Columbus State
10. Bishop Harley High School
11. Bishop Ready High School
12. St. Charles High School
13. Letters Regarding Church School Records
14. Sonshine Christian School
15. Grant Medical Center
16. Howard University Hospital
17. Children's Hospital

BINDER 2
1. Ross County Jail Records
2. Police Department Statistics
    Bexley
    Worthington
    Columbus
3. Informational Packet on St. Charles Preparatory School
4. Ohio Department of Rehabilitation and Corrections
    Incarceration Printouts of Current Friends of Daryl Lawrence
5. Obituaries and/or Records of Deaths for Family and Friends of Daryl Lawrence

BINDER 3
1. Family Photographs
2. Corpus Christi School
    a. Daryl Lawrence 3rd Grade Report Card
3. Merck-Medco Employment Records
    a. Employee Profile

**MDC1456**

2/14/2006

b. Emergency Contact Information
c. Status Change Request Form
d. Welcome Letter
e. Employment and Criminal Background Check
f. Education Experience
g. Work Experience
h. Application for Employment
i. Work Schedule
j. Computer Training
k. Daryl Lawrence's Request to Work Morning Shifts
l. Job Training Assessments
m. W-4 Forms (2001)
4. Dominick L. Braxton
a. Offender Detail Information

**MDC1457**

# Exhibit 27:

# Cunningham PP Slide on Lopez Family Tree



# Exhibit 28:

# Aleta Lopez OSU Medical Records Excerpts

Revision History

**Facility**

## OSU WEXNER MEDICAL CENTER

| **Consult/Referral** | | Aleta Lopez (MR# 900420919) |
| --- | --- | --- |

**Patient Demographics**

| Patient Name | MRN | Sex | DOB | Address | Phone |
| --- | --- | --- | --- | --- | --- |
| Lopez, Aleta | 900420919 | Female | ▮1946 | ▮ COLUMBUS OH ▮ | 614-487-9012 (Home) *Preferred* |

**Consult/Referral signed by Kevin C Reeves, MD at 6/4/2011 10:59 AM**

| Author: Kevin C Reeves, MD | Service: (none) | Author Type: Resident |
| --- | --- | --- |
| Filed: 6/7/2011 12:08 PM | Note Time: 6/4/2011 12:00 AM | Status: Addendum |
| Editor: Kevin C Reeves, MD (Resident) | | Trans ID: MIM_7268872 |
| Trans Status: Available | Dictation Time: | Trans Time: |
| Trans Doc Type: Consult/Referral | | |

```
CONSULTATION                                    DATE:   06/04/2011

PATIENT NAME:  Lopez, Aleta                     MR#:   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

CONSULTANT:   Hossam H Guirgis, MBBCH           DOB:   ▮▮/1946
```

Please note the patient has been seen. Chart, meds, labs, and imaging have been reviewed.

REQUESTING PHYSICIAN

Kourosh Golestany, MD

REASON FOR CONSULTATION

"Patient with schizophrenia; noncompliance; insulin-dependent diabetes mellitus and diabetic ketoacidosis."

HISTORY OF PRESENT ILLNESS

This is a 64-year-old Latino-American female with a history of schizophrenia versus schizoaffective disorder bipolar type who presents via EMS to the emergency department with family. The chief complaint for evaluation was "behavioral change." The patient minimized all symptoms, states she is feeling fine and was not having any problems with compliance. In the ED family disputed this segment, the patient had been noncompliant for several months with medications. In the ED it was noticed that her glucose was elevated to dangerous levels therefore she was admitted medically for evaluation. On evaluation today the patient is awake, alert and conversant. She does have an insulin drip in place. The patient on interview minimizes all symptoms saying that she does see a psychiatrist in the outpatient for "anxiety". The patient makes multiple grandiose statements including that she has worked at OSU on a faculty level doing research for the government. She also expounds on religious themes stating that this is the end times and quotes revelations several times. She also endorses currently holding a job in mental health at the "Rhodes Building" downtown. When asked specifics about her job she is unable to provide specifics in terms of hours or job responsibilities but instead becomes evasive and states "I already answered your questions." Additionally she

multiple times corrects my speech stating that I am not using "proper English."

On review of systems the patient describes her mood as fine.  She denies changes in sleep, appetite, energy, concentration, hedonic capacity, motivation or guilt.  The patient does endorse intermittent anxiety but denies history of panic.  The patient denies any symptoms of mania including pressured speech, racing thoughts, impulsivity, distractibility, risk-taking, hypertonia, grandiosity or increased goal-directed behavior. The patient denies suicidality or homicidality.  The patient denies delusions, perseverating the phrase "I am not paranoid."  She denies hallucinations.  Note that due to the patient's low-level current confusion and delirium, it is difficult to further or completely assess the patient for other forms of mental illness as their responses may not be entirely accurate or complete.

Please see the H and P by Dr. Egeler on June 4, 2011 for further review of systems, which is unchanged except as above.

PAST PSYCHIATRIC HISTORY

The patient has previously been admitted OSU Harding in 2004 under the care of Dr. Freeland.  It is also recorded in the chart that she has been admitted to Twin Valley Behavioral Health for a period of approximately 2 months.  The patient's diagnoses include schizophrenia versus schizoaffective disorder bipolar type as well as previous notation of delirium secondary to DKA.  She states that she is currently linked with Dr. Lee at Columbus Area Mental Health Clinic.  She states that Dr. Lee is "holy."  The patient denies history of suicide attempts or suicidal ideation.  Her admission in 2004 noted that she had taken Celexa and Haldol Decanoate.  When questioned about this the patient states that she had never taken Celexa and that she had taken Haldol briefly "in the 80s."  She denied trials of any other medications except to state that she takes 2 mg of thiothixene or Navane.

PAST MEDICAL AND SURGICAL HISTORY

The patient's past medical and surgical history is significant for insulin-dependent diabetes mellitus with multiple episodes of diabetic ketoacidosis.  She does have a history acute renal failure and pancreatitis.  She is status post cholecystectomy, tonsillectomy and appendectomy.  She also has a history of anemia and dyslipidemia.

FAMILY PSYCHIATRIC HISTORY

The patient's family include 7 brothers and sisters, states that her mother and father are dead.  When questioned about psychiatric illness the patient's only current response was "my grandmother had 2 families."

SOCIAL HISTORY

The patient is recorded to have a guardian who is her sister.  The patient denies this vehemently, however.  The patient is single, reportedly per chart receives SSDI for income and lives alone in an apartment.  The patient as above states that she has multiple jobs including  working in a mental health role in Out Reach for the past 6 years.  She does state that she had some college experience but again states that she was on "faculty status" at OSU.  She denies a history of legal disputes.  The patient denies access to firearms or other weapons.

SUBSTANCE HISTORY

The patient denies lifetime use of nicotine or illicit drugs. In terms of ethanol use she states that she occasionally drinks wine and has had "about six drinks in my whole life."

ALLERGIES

The patient does have recorded allergies to oxacillin, Bactrim and codeine.

MEDICATIONS

The patient's home medications as reported by family were Klonopin 0.5 mg as needed, gabapentin 1 tablet 3 times daily, Lantus insulin 45 units at night and 10 units in the morning and NovoLog sliding scale insulin. There is a history and physical done on March 16, 2011, which lists home medications also including neomycin, polymyxin, atropine, benzonatate 200 mg capsules by mouth, amlodipine 5 mg tablets, albuterol high-flow inhaler, beclomethasone, Bevacizumab, fluticasone, econazole, loratadine, ranitidine and Navane. Hospital medications are simply listed as insulin, GTT and fluids.

LABS AND IMAGING

Please note labs, imaging have been reviewed. Of note, the patient's chemistry panel revealed a hyponatremia at 130, also hyperkalemia at 5.2. Carbon dioxide was decreased at 12 and creatinine was elevated at 1.4. Glucose was very elevated at 550 and otherwise normal. A complete blood count revealed leukocytosis at 13.7 and an decreased PTT at 23. Otherwise within normal limits. A urinalysis was notable for cloudy appearance greater than 1000 glucose, large ketones, small leuk esterase, 3-4 white blood cells and present bacteria. There was serum levels drawn for salicylates and acetaminophen which were undetectable. A venous blood gas revealed acidosis with pH of 7.310, hypocarbia with pCO2 at 30, hypoxemia with a pO2 at 57. No other pertinent lab results.

MENTAL STATUS EXAM

Generally the patient was awake, alert and conversant. Level of consciousness was stable. The patient was somewhat dismissive. Attire with hospital grooming was good. Eye contact was good. Psychomotor showed no agitation or depression. No tics or tremors noted. Speech was normal in rate, tone and volume. Mood was rated as "fine." Affect was reactive. The patient denied lethality with no complaints of suicidal ideation or homicidal ideation. The patient displayed grandiosity and hyper religiosity. She did not appear to be attending to internal stimuli. Thought process revealed tangentiality with also paucity of thought content. Insight was poor, judgment was poor, impulse control was poor. The patient was unable to complete a full mini-mental status exam. However, was noted to be disoriented to month and floor of hospital. When asked to spell the word world she was able to spell it forward but refused to spell the word world backwards stating "God gave you the world as it is. You shouldn't talk backwards about it." The patient refused to do serial sevens. Additionally she also refused to right sentences or follow three-step commands. When given a sentence to read the patient did it but did not follow the commands as directed. Instead she copied the sentence underneath it and stated that I had told her to copy it. Otherwise recall was 1 of 3 at 3 minutes. Vital signs revealed tachycardia with a heart rate of 101, hypertension with a blood pressure of 161/81 and last

capillary glucose was elevated at 261.

IMPRESSION

At this point the patient was difficult to completely assess with mini-mental status exam. However, she did show deficits in orientation and command following ability. It is very likely given the patient's diabetic ketoacidosis and accompanying laboratory abnormalities that there is a level of delirium present here. Additionally, given her past psychiatric history and family's assessment that she has been noncompliant with meds it is also very likely that there is underlying psychotic disorder most likely bipolar disorder or schizoaffective disorder, bipolar type.

PLAN

1. We would recommend that the team continue the medical workup as planned.

2. Given that the patient has a guardian we would recommend that the team clear all medication orders with the guardian.
3. The patient is invested in Navane as a medication that she has been on in the past and enjoyed. Low-dose typical antipsychotic can be helpful with delirium and will likely be helpful with her psychosis including grandiose delusions. Therefore we recommend the treatment team restart thiothixene or Navane at 2 mg b.i.d. The patient reportedly has her home supply she may use this if she prefers. We would recommend twice daily dosing as opposed to once daily. For agitation if necessary would recommend p.r.n. Haldol 2.5 mg p.o. or IM q.4h. as needed. Given typical antipsychotic effects on cardiac function would recommend, especially given the patient's diabetic ketoacidosis, that the patient be on telemetry while being treated.
4. Would recommend a sitter as the patient's delirium may lead to predictable behaviors.
5. The psychiatry consult team will continue to follow the patient during treatment and will reassess after medical stabilization for possible need for admission to Harding Hospital.

Thank you very much for the consult. Please page 8177 with any questions or concerns.


Dictated By: Kevin C Reeves, MD

Electronically Signed by
Hossam H Guirgis, MBBCH 06/07/2011 12:08

Hossam H Guirgis, MBBCH
CONSULTANT

KCR:MQF  D:06/04/2011  9:49 A  T:06/04/2011 10:50 A  JOB:000491194
DOC:7268872

cc:

Patient seen and independently examined and I agree with resident's history, examination medical decision making.

Electronically signed by Kevin C Reeves, MD at 6/4/2011 10 59 AM
Electronically signed by Kevin C Reeves, MD at 6/4/2011 10 59 AM
Electronically signed by Kevin C Reeves, MD at 6/4/2011 10:59 AM

Facility
## OSU WEXNER MEDICAL CENTER

**Discharge Summary**                                              Aleta Lopez (MR# 900420919)

### Patient Demographics

| Patient Name | MRN | Sex | DOB | Address | Phone |
|---|---|---|---|---|---|
| Lopez, Aleta | 900420919 | Female | 1946 | COLUMBUS OH | 614-487-9012 (Home) *Preferred* |

### Discharge Summary filed by Other: Physician at 10/20/2004 12:00 AM

| | | |
|---|---|---|
| Author: Other: Physician | Service: (none) | Author Type Physician |
| Filed: | Note Time. 10/20/2004 12:00 AM | Status. Signed |
| Trans ID  MIM_2523005 | Trans Status  Available | Dictation Time: |
| Trans Time | Trans Doc Type  Discharge Summary | |
| Waheed, Umar | | |

ROOM #:  ET5 05081

DISCHARGE SUMMARY                    ADMISSION DATE:  10/16/2004
NAME:  Lopez, Aleta                  DISCHARGE DATE:  10/20/2004
ATTENDING PHYSICIAN:  Umar Waheed, MD      MR#:  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    DOB:
                      11/12/1946

**HISTORY OF PRESENT ILLNESS**

The patient is a 57-year-old African-American female who presented to the
Emergency Room with mental status changes, a reading of "high" on Accu-Chek
by Emergency Medical Service.

**PAST MEDICAL HISTORY**

Diabetes and schizophrenia.

**PHYSICAL EXAMINATION**

Vitals on arrival - temperature 90, blood pressure 82, pulse 96,
respiration of 24, O2 sat of 96%.

**HOSPITAL COURSE**

The patient was treated with insulin, normal Saline in the Emergency Room
and then was admitted to Dr. Waheed's service in the Intensive Care Unit
with the diagnosis of diabetic ketoacidosis, hypothermia and pancreatitis.
Consults were placed to and followed by Dietary for the patient being at
high nutrition risk. To Dr. Smith E. Incas, the impression was
schizophrenia, schizoaffective type, chronically depressed and major
medical disorder.  The recommendation is Haldol Decanoate 75 intramuscular
every two to three weeks, Celexa 20 mg in the morning and nightly.
Appointment of legal guardian.  Consult was also placed to Dr. Manokas
regarding pancreatitis, placed on NPO diet with nasogastric tube. To Dr.
Novikov regarding acute renal failure.  The patient was started on
subcutaneous heparin which was discontinued secondary to low platelets,
bilateral renal ultrasound was negative.  The patient remained
uncooperative with care, refused medications at times and labs, along with
vitals.  Diabetic ketoacidosis had resolved, pancreatitis was resolving.
The patient's condition improved medically and she was discharged to The
Ohio State University Neuropsych.

**DISCHARGE MEDICATIONS**

NPH insulin 25 units subcutaneous twice a day, Celexa 20 mg by mouth twice
a day, Protonix 40 mg by mouth daily, Haldol Decanoate 50 mg intramuscular
every three weeks the last dose 10/18/2004.

**DISCHARGE VITALS**

The last set of vitals prior to discharge - temperature 97.9, pulse 91,
respiration 18, blood pressure 140/68.  The last blood sugar reading prior
to discharge 182.

**DISCHARGE DIAGNOSES**

 

# OHIO STATE UNIVERSITY MEDICAL CENTER
# PRIMARY

Lopez, Aleta
DOB: ███████
Wt/Ht: 79.4 Kg 165 cm.
MedRec: 900420919
AcctNum: 000345944847

Cardiac Monitor / Telemetry by King, MD, Andrew for King, MD, Andrew on Fri Jun 03, 2011 23:47 Status: Done by French, PCT, Matthew Sat Jun 04, 2011 00:35

UA microscopic with Culture HOLD by King, MD, Andrew for King, MD, Andrew on Fri Jun 03, 2011 23:47 Status: Active

ACETAMINOPHEN by King, MD, Andrew for King, MD, Andrew on Fri Jun 03, 2011 23:48 Status: Done by System Sat Jun 04, 2011 02:22

DRUG SCREEN, URINE by King, MD, Andrew for King, MD, Andrew on Fri Jun 03, 2011 23:48 Status: Active

SALICYLATE by King, MD, Andrew for King, MD, Andrew on Fri Jun 03, 2011 23:48 Status: Done by System Sat Jun 04, 2011 02:22

UA microscopic with Culture HOLD by French, PCT, Matthew for Norris, M.D., Donald on Sat Jun 04, 2011 02:20 Status: Done by System Sat Jun 04, 2011 02:46

## NURSING ASSESSMENT: PSYCH/SOCIAL (23:44 DKE)

*NOTE:* patient arrives prt ems. exhibits bizarre bahavior. hugs this rn on my arrival to room then refuses to allow me to look at her medications on her lap. after several minutes of talking with patient, she did allow me to look at her medications and check her vital signs. patient states that she is only here to have her sugar checked. sister reports patient off meds for two months. patient talks with me in a sweet nice voice then turns her head and yells at her sister in a very mean voice. .

*CONSTITUTIONAL:* History obtained from patient, Patient appears comfortable, Patient is cooperative, Patient is alert and oriented x 3, Patient appears in no acute distress, Patient's skin is warm and dry, Patient's mucous membranes are moist and pink, **History obtained from EMS.**

*PSYCH/SOCIAL:* Patient denies suicidal ideation, **Patient is exhibiting or expresses impaired judgement.**

*SUICIDE RISK ASSESSMENT TOOL:* **Moderate Risk: Some symptoms of psychosis,** Low Risk: None or infrequent use of substances, **High risk: Unable to access information, unable to verify information, or there is a conflicting account of events to that of those of the person at risk, High risk: Patient is refusing help, High risk: Not available or unwilling/unable to help, High risk: Low assessment confidence or high changeability or no rapport, poor engagement.**

*SAFETY:* Family at bedside.

## NURSING PROCEDURE: NURSE NOTES (Sat Jun 04, 2011 01:15 MFR)

*TIME:* Beverage given to patient, Ice chips given to patient.

## NURSING PROCEDURE: ADMISSION (Sat Jun 04, 2011 03:50 DKE)

*TIME:* ED RN NAme debbie, ED RN phone # 36558, 940R, Patient admitted to intermediate care/telemetry, Patient transported via cart, Accompanied by RN, Transported with monitor, Transported with personal belongings.

## NURSING PROCEDURE: CO-SIGN INSULIN/HEPARIN

*TIME:* I have reviewed the doctor's order and have witnessed that the correct amount of insulin was given by the correct route. (Sat Jun 04, 2011 01:19 JTA)

I have reviewed the doctor's order and have witnessed that the correct amount of insulin was given by the correct route. (Sat Jun 04, 2011 02:54 JTA)

## NURSING PROCEDURE: GLUCOSE

*SAFETY:* Side rails up, Cart in lowest position, Family at bedside, Call light within reach, Accu-Chek device indicates level is beyond reportable range of device, which is above 600. (Sat Jun 04, 2011 00:44 MFR)

Side rails up, Cart in lowest position, Family at bedside, Call light within reach. (Sat Jun 04, 2011 02:41 MFR)

*TIME:* Patient's identity verified by, patient stating name, patient stating birth date, hospital ID bracelet, Blood, is capillary, Accucheck results(Normal Range 70–105 mg/dl): + OUT OF REPORTABLE RANGE FOR DEVICE,

**PC16528**

Facility
OSU WEXNER MEDICAL CENTER

**PSY Discharge Instructions**                                                                    Aleta Lopez (MR# 900420919)

**Patient Demographics**

| Patient Name | MRN | Sex | DOB | Address | Phone |
|---|---|---|---|---|---|
| Lopez, Aleta | 900420919 | Female | ▮1946 | ▮ COLUMBUS OH ▮ | 614-487-9012 (Home) *Preferred* |

**PSY Discharge Instructions filed by Backload A Physician at 4/23/2012 9:24 AM**

| | | |
|---|---|---|
| Author: Backload A Physician | Service: (none) | Author Type: Physician |
| Filed: 4/23/2012 9:24 AM | Note Time 6/24/2011 12:00 AM | Status Addendum |
| Editor: Transcription Incoming | | Trans ID: DIREFP01_900420919_20110624000000 |
| Trans Status: Available | Dictation Time: | Trans Time: |
| Trans Doc Type: PSY Discharge Instructions | | |

GUIRGIS, HOSSAM H

                          Discharge Instructions
          The Ohio State University Medical Center
                         Columbus, Ohio

    Patient: LOPEZ, ALETA            Admission Date: 06/07/2011
    MR#: 900420919                   Discharge Date: 06/24/2011
    PT#: 000345993653                Discharge Service: PSA
    EDI Status: FINAL                Hospital Service: PSYCH ADULT
------------------------------------------------------------------------

    If you have additional questions, please contact the primary care
    physician.
    HOSPITAL COURSE
     Reason for Hospitalization:
       Patient is a 64 year old Latino American female who was admitted for
       behavior changes secondary to diabetic ketoacidosis.  After being
       medically stabilized
       she continued to have bizarre behavior and was admitted to psychiatry
       for further management of symptoms and medications.
     Significant Findings on Admission:
       Patient was admitted to OSU Harding once previously in 2004 for
       disorganized behavior following an episode of DKA.  She was started on
        Haldol dec at that time and has been followed by Dr. Lee at Columbus
       Area Mental Health since.  According to the patient's sister there is
       a history of noncompliance and the patient last took her psych meds in
        November 2010.  She has also been on thiothixane in the past for
       treatment of schizophrenia.  She was hospitalized at Twin Valley for
       two months back in 1999.
     Summary of Hospital Course:
       The patient was involuntarily admitted to the 3rd floor Neuropsych
       unit
       under the care of Dr. Guirgis.  Routine labs were obtained and all
       were within normal limits aside from a high triglyceride level and
       persistent hyperglycemia.  The psychiatry treatment team evaluated
       the patient shortly after admission.  The patient displayed
       uncooperative and agitated behavior, delusions of grandeur, concrete
       thinking, and disorganized thought.  The patient denied any auditory
       or visual hallucinations.  With the initial evaluation the patient's
       symptoms met criteria for schizophrenia, undifferentiated type.  The
       patient was started on thiothixane 2 mg Q12H and titrated to 4 mg.
       Records were obtained that determined the patient was most recently
       being treated with thiothixane 2 mg.  Thiothixane 4 mg Q12H proved to
       be rather sedating for the patient and dosing was adjusted to 4 mg
       QHS.  Due to history of noncompliance
       and frequent refusal to take medications during hospitalization Haldol
        deconoate 100 mg was administered on 6/10/11.  Navane was tapered and

eventually kept at 2mg qhs to be stopped on outpt basis as the Haldol deconoate took effect.
During hospitalization, the patient continued to improve and was no longer found to be displaying features that would warrant ongoing hospitalization; hence, discharge planning was discussed with patient and her sister who is her guardian and it was approved by pt and family that pt waould be transitioned to a less than 30 day nursing home placement for further recovery and assesment of pt functionality.
After the patient and team reviewed the discharge plan for medications, follow up, and safety, the patient was discharged with the plan of goung to NH less than 30 days and to get injection of haldol dec 100 mg IM on July 10th.

DIAGNOSIS
  Axis I: Schizophrenia,
  undifferentiated type
  Axis II: Deferred
  Axis III: T2 Diabetes, Insulin
  dependent, hyperlipidemia
  Axis IV:chronic mental illness
  chronic medical problems
  Axis V: GAF 25 on admission,
  GAF 50 on discharge

ALLERGY
  Codeine UNKNOWN   SEVERE ALLERGY 06/04/2011

MEDICATIONS
  HALOPERIDOL DECANOATE ( HALDOL DECANOATE ) 100. MG
  100. MG I.M. Q4WK
  NEXT DOSE DUE: 7/8/2011
  ====================
  INSULIN GLARGINE ( LANTUS INSULIN ) 14. UN
  14. UN SUB Q QAM
  DO NOT MIX IN SYRINGE WITH OTHER INSULINS.
  ====================
  INSULIN GLARGINE ( LANTUS INSULIN ) 52. UN
  52. UN SUB Q QHS
  DO NOT MIX IN SYRINGE WITH OTHER INSULINS.
  ====================
  NAVANE 2. MG
  2. MG ORAL QHS
  ====================
  VITAMIN E 400. UN
  1600. UN ORAL QAM
  ====================

PROCEDURE
  Chem10 - WNL except for hyperglycemia
  Glucose - accuchecks as high as 550 on admission
  CBC - WNL
  LFTs - WNL
  TSH - 1.574, Free T4 - 1.45

DISCHARGE
  Condition: Improved
  Location: Home

CONTACTS



**Columbus Division of Fire**
3639 Parsons Ave.    Columbus, OH 43207    Ph# (614)645-7384

Ref # : 04109591
Pat : 1 of 1
**LOPEZ, ALITA**

## CALL

| | |
|---|---|
| Incident # | 04109591 |
| Incident Type | Ill Person |
| Scene | 36 WINNER |
| City | COLUMBUS OH, |
| Status | EMERG, LIGHTS/SIRENS |
| Unit | 8/08/2 |
| Total Patients | 1 |
| Dispatched From | FIRE STATION |
| Crew | COX, AARON : C096 |
| | WENDT, LUKE : W093 |

## PATIENT

| | |
|---|---|
| Patient Name | LOPEZ, ALITA |
| Sex | F |
| DOB | ▮▮▮9-16    Age 57 yr |
| Weight | lb    Race BLK |
| Address | ▮▮▮▮▮▮ |
| City, State, Zip | COLUMBUS, OH |
| Physician | |
| Pref. Hosp | |
| Phone # | (614) · |

## DATE & TIMES

| | | |
|---|---|---|
| Notified | 19:24, | 10/15/2004 |
| Departed Qtrs | 19:24 | @ mi |
| At Scene | 19:26 | @ mi |
| At Patient | 19:26 | |
| Departed Scene | 20:00 | @ mi |
| At Destination | 20:01 | |
| In Service | 20:18 | |
| At Quarters | : | @ mi |
| Time Of Death | : | |
| Trip Distance | | @ 1 mi |

## Hx PRESENT

| Subject | Description / Details |
|---|---|
| CAUSE | UNKNOWN |
| COMPLAINT | DISORIENTED |
| SYMPTOMS | DISORIENTED |

PTS NEPHEW STATED THAT HE HAS BEEN CALLING ALL DAY BUT COULDNT GET ANY ANSWER FROM PTS HOUSE. NEPHEW WENT OVER KICKED THE DOOR IN AND FOUND PT LYING ON THE FLOOR. WHEN ASKED HOW SHE FELT PT STATED SHE WAS DIZZY AND THAT SHE HAD BEEN TO THE DR TODAY AND HE GAVE HER A SHOT AND SOME MEDS FOR A COLD. PT KEPT REPEATING THAT OVER AND OVER. OBTAINED BS AND IT READ HI, PTS NEPHEW STATED THAT PT DOES NOT TAKE MEDS THE WAY SHE IS SUPPOSED TO.

## Hx PAST

| Subject | Description / Details |
|---|---|
| ALLERGIES | UNK |
| MEDS | UNK |
| PREEXIST | DIABETIC |
| | SCHIZOPHRENIA |

## FINDINGS

| Subject | Description / Details |
|---|---|
| IMPRESSION | HYPERGLYCEMIA: |
| PHYSICAL | DISORIENTED: |

## VITALS

| Time | BP | P | R | SaO2 | Position | Note |
|---|---|---|---|---|---|---|
| 19:28 | 76/P | 96 | 16 | 98% RA | | |

0/15/20

Page 1 of 2

**PC17001**



**Shift 0700-1500**

| ASSESSMENT<br>Time/Initials __0730__ /T | INTERVENTIONS | PATIENT RESPONSE<br>Time/Initials __1430__ T |
|---|---|---|
| **CARDIOPULMONARY**<br>☑ Assessment Criteria Met<br>Assessment Variations/Additions below:<br>☐ Murmur ☐ Heart Rate Irreg ☐ Cap. Refill > 3 sec.<br>Radial Pulses: ☐ Absent ☐ R_____ ☐ L_____<br>Pedal Pulses: ☐ Absent ☐ R_____ ☐ L_____<br>☐ Edema:_____ ☐ Pitting ☐ Non-Pitting<br>Respirations: ☐ Irreg. ☐ Labored/Rest ☐ Labored/Exertion<br>Breath Sounds: Diminished_____ Rales_____<br>Rhonchi_____ Wheezes_____<br>☐ Cough: ☐ Productive ☐ Non-Productive<br>☐ Sputum: Color_____ Amount_____ Consistency_____<br>☐ Trach ☐ Chest Tube_____<br>Notes: | ☐ Telemetry with alarms on ☐ SCDs<br>Suctioning❷_____<br><br>RA<br><br><br><br>Trach care/ Tube care/<br>Dressing changes | Patient has adequate circulation/<br>tissue perfusion.<br>☑ Met ☐ Not Met<br>Describe: (Telemetry Recall Summary)<br><br><br>Patient has adequate oxygenation/<br>gas exchange.<br>☑ Met ☐ Not Met<br>Describe: |
| **NEUROMUSCULAR**<br>☐ Assessment Criteria Met     Fall Risk ☐ No ☑ Yes<br>Assessment Variations/Additions below:<br>☐ LOC: ☐ Drowsy ☐ Lethargic ☐ Unresponsive<br>☐ Not Oriented to: ☐ Person ☐ Place ☐ Time ☐ Situation<br>Speech: ☐ Inappropriate ☐ Slurred ☐ Aphasic<br>Movement: ☐ Non-purposeful ☐ Absent<br>Sensation: Deficit_____ ☐ Gait Unsteady ☐ See Neuro F/S<br>Notes: | ☑ Fall Prevention Interventions<br>Reorientation ❷_____<br><br>Assist PW<br>sitter @ bedside<br><br>Assist Activity, Mobility Aids/<br>Routine | Patient remains physically safe, free<br>from injury.<br>☑ Met ☐ Not Met<br>Describe:<br><br>Patient able to tolerate activity<br>without adverse effects/response.<br>☑ Met ☐ Not Met<br>Describe: |
| **GASTROINTESTINAL/URINARY**<br>☐ Assessment Criteria Met<br>Assessment Variations/Additions below:<br>Abdomen: ☐ Distended ☐ Firm ☐ Tender ☐ Flatus<br>Bowel Sounds: ☐ Absent ☑ Hypoactive ☐ Hyperactive<br>☐ Nausea: Emesis_____<br>☐ Tubes: ☐ NG ☐ GT ☐ JT ☑ Foley ☐_____<br>Other_____<br>Urine: ☐ Cloudy ☐ Sediment ☐ Foul Odor<br>☐ Voiding: ☐ Hesitancy ☐ Urgency ☐ Dysuria<br>☐ Bowel Movement: Consistency_____<br>☐ Bladder Incontinence ☐ Bowel Incontinence<br>☐ Ostomy: Type_____<br>Stoma: ☐ Pink & Moist ☐ Other_____<br>Notes: | Foley care ❷_____<br>Tube care/dressing change_____<br>_____<br>Tube placement √/flushing ❷ __<br><br>TF residuals ❷_____<br><br>D/C'd @ 1400<br><br>Ostomy Care/Bag Change/Urinary<br>Residuals | Patient has adequate nutritional<br>intake/tolerance to feeding.<br>☑ Met ☐ Not Met<br>Describe:<br><br>Patient has usual pattern of bowel<br>elimination/urinary elimination.<br>☐ Met ☑ Not Met<br>Describe: Ø BM<br><br>Patient has adequate urinary output<br>☑ Met ☐ Not Met<br>Describe: |
| **INTEGUMENTARY**<br>☐ Assessment Criteria Met     Braden Score 20<br>Assessment Variations/Additions below:<br>☐ Mucous Membranes: ☐ Pale ☐ Cyanotic ☐ Dry ☐ Cracked<br>☐ Skin Integrity: Impaired (describe)_____<br>☐ Incision: Location_____<br>☐ Well Approx. ☐ OTA ☐ Staples/Sutures/Steristrips Intact ☐ Drsg. C/D/I<br>☐ Tubes: Hemovac_____ JP_____<br>Penrose_____ Other_____<br>☐ Wound: Location_____<br>Describe wound/dressing:_____<br>☐ Additional wounds documented in progress notes<br>Notes: | Tube/dressing changes _____<br>_____<br>Skin care: Type Lotion<br>Times_____<br>Specialty Bed Maxifloat<br><br>Incontinence Care/Prevention<br>Times | Patient maintains intact skin/tissue.<br>☑ Met ☐ Not Met<br>Describe:<br><br>Patient demonstrates wound<br>healing.<br>☐ Met ☐ Not Met<br>Describe:<br>NA |
| **PSYCHOSOCIAL**<br>☐ Assessment Criteria Met<br>Assessment Variations/Additions below:<br>Patient appears: ☐ Withdrawn ☐ Fearful ☑ Irritable ☐ Anxious<br>☐ Unaccepting/Denying ☐ Difficulty resting/sleeping<br>Notes: Verbally abusive | ☑ Emotional support provided<br>☐ Reassurance provided<br>☐ Family support provided<br><br>Pastoral Care/Consults | Patient demonstrates adequate rest<br>patterns and age appropriate<br>coping behaviors.<br>☑ Met ☐ Not Met<br>Describe: |
| **INTRAVENOUS THERAPY**<br>☑ Assessment Criteria Met<br>Assessment Variations/Additions below:<br>Site#_____ ☐ Erythema ☐ Edema ☐ Pain ☐ Drainage<br>Infusion at Site #_____ ☐ Positional ☐ Sluggish<br>Notes/Medication Double Check: (Time/Drug/Signatures) | | Patient able to tolerate IV therapy<br>without adverse effects/response.<br>☐ Met ☐ Not Met<br>Describe: |

MC040192 (7/02) PAGE 3 OF 6

PC17113

O.S.U. & Harding Behavioral Healthcare & Medicine
The Ohio State University Medical Center
Columbus, Ohio

## Psychiatric Interdisciplinary Treatment Plan

Date 10|21|04

Attending Physician R9 Freeland Mo
CNP
Resident Physician Kathleen Cedmus

Nurse C M John Ison

Social Worker Mary Beth Harlus, LSW

Educator _____

Patient Care
Resource Manager Jim Sansoucie

Occupational Therapist Katherine A Howard OTR/L

Art Therapist Kennimo MANN

Medical Student Cathy M Brainard OTS  _____ OTS
Other LaToya Searight OTS R Smith
W Pasricha OTS

Axis I: Hx Schizoaffective D/o.

Axis II: Deferred.

Axis III: 1.) Type 1 Diabetes.
2.) S/P Diabetic Ketoacidosis
3.) anemia
4.) Dyslipidemia
5.) Renal Insufficiency
Axis IV Stressors: 6.) Pancreatitis

Axis V: GAF: _____

Goal: "To get my insulin adjusted".

Patient and/or Family expectations / Goals for Hospitalization: Supportive Family —
Intact cognition, Religious faith, source of strength, A+OX4

Patient Strengths: ✓ ✓ ✓ ✓

Patient Limitations / Disabilities: On disability X4 years. Lives c mother (mother
had heart attack + c sister) Pt unable to function alone

CRITERIA FOR DISCHARGE  include the checked item(s):  ☐ No intent to harm self or others evidenced
☒ Symptoms of primary diagnoses stabilized     ☐ Other (specify) _____

PLAN FOR AFTER HOSPITALIZATION CARE to be addressed in Treatment Plan include checked item(s):

☐ Compliance   ☐ Agency   ☒ Family     ☐ Housing  ☐ Financial  ☐ School / Work

☐ Other _____

Post hospital follow up will be provided by:
☒ Community Mental Health Center          ___ Private Practitioner          ___ Private Agency
___ Children's Services                   ___ Long-term Placement
___ Other _____

The Psychiatric Interdisciplinary Treatment Plan Review and Update, including problems addressed, progress and
plans are summarized in the *Progress Notes* of the Attending Psychiatrist.

3NP

900420919                                 30710524
LOPEZ ,ALETA                                    U
10 20 04      F         ■  ■  1946
FREELAND, R. ALAN                               57

**PCT7196**



## COMPREHENSIVE PSYCHIATRIC EXAMINATION

Date: 7/19/00

**Reason for Admission:**

This is an approximately 53-year-old female who was referred from Netcare because of physically aggressive behavior, religious preoccupation and grandiosity.

**History of Present Illness:**

Ms. Lopez reportedly has not taken her Navane 2 mg per day for the past year. According to her mother and brother in recent weeks she has been hearing voices. She is yelling at people that aren't there. She sometimes has been incontinent of urine and her self care has diminished. She has lost a good deal of weight in the past year or so. She has been religiously preoccupied. She has felt that she was a religious prophet. She reportedly intentionally bumping into a man at church causing him to fall down the steps. She reportedly has written bad checks. She has been bothering the neighbors by cleaning and being up at night. They have called the police on her because of her behavior.

It's also reported that she was physically aggressive toward the Netcare pre-screener. She has been delusional saying that she has a job, when she doesn't. She has been wandering the streets at night. At Netcare she was talking incessantly. She required restraints because she wanted to leave and was physically combative.

Ms. Lopez denies all symptoms or problems; denies that she is mentally ill or that she has any health problems; denies that she is depressed or suicidal; denies a history of suicide attempts; denies a history of violent behavior. She denies the reported symptoms listed above. She denies any psychotic symptoms or paranoia.

**Past Psychiatric History:**

Ms. Lopez has been admitted to Central Ohio Psychiatric Hospital twice from 4/26/82 until 5/14/82 and again from 11/17/87 to 3/2/88. She reports she was admitted for "depression" although she was told she has "schizophrenia."

**Medical/Surgical History:**

She reports she has had type II diabetes, but says she no longer has it because she has lost sufficient weight and manages it with diet and exercise. However, her blood sugar on 7/17/00 was 277. It's reported that she has had hypertension, but she says "that's a lie from the pit of hell." She had her gall bladder removed seven years ago and an appendectomy as a child. She is allergic to aspirin and codeine. Denies history of seizures or loss of consciousness. She denies that she has been taking any medications in recent months.

**Personal Family and Social History:**

She denies a psychiatric family history. She reports that she has been living alone since the fall of 1999. She was living with her mother before then. She has never been married and has no children. She said she is the head of Quality Control at Tracewell where she has worked for three years. Then she later admits she stopped working there in 11/99. Later she says that she is the "first pioneer in laser fiber optics and aerospace." She denies that she has any legal charges against her or history of problems with the legal system.

LOPEZ, Aleta

/46                              K-8   d3rε 1 σ3  3  | TVPS/Columbus Campus

**PC17302**



## COMPREHENSIVE PSYCHIATRIC EXAMINATION

Her mother is alive at 75.  Her father died in the early 1980's.

**Substance Abuse History:**

She denies a history of alcohol or other substance abuse.

**Medical Review:**

She denies any health problems or complaints.

**Mental Status Examination:**

Ms. Lopez is well dressed and groomed.  Her speech is clear.  She is circumstantial in her speech and her speech is somewhat pressured and rapid.  She requires frequent interruption and redirection, but responds to this well.  She cooperates with the interview.  She is alert and oriented to Aleta Lopez, Central Ohio Psychiatric Hospital, Wednesday 7/19/00.  She is estimated to have average or above average intelligence based on conversation and vocabulary.  She shows delusional grandiosity as above.  She thinks she has a job, when she doesn't.  She referred to herself as the first pioneer in laser fiber optics and aerospace.  She is religiously preoccupied.  She makes frequent references to "your body is your temple."  Her thought associations show circumstantiality.  She denies hallucinations and there are no obvious hallucinations.  Her mood is euphoric and expansive.  She is not irritable with me.  She denies depression.  Her affect is congruent with her mood.  She denies suicidal or homicidal thoughts.  Her insight and judgment are poor as she does not feel that she has a mental illness and stopped her medication over a year ago and has not been taking medication for diabetes.

**Assets:**

Ms. Lopez has average or above average intelligence and has held gainful employment and appears to have some family support.  She also appears to have gone a long time between hospitalizations.

**Assessment:**

Ms. Lopez presents as being acutely manic with delusional grandiosity.  Prior to admission she also had irritability and physical aggressiveness.  She is resistant to taking anything other than 2 mg of Navane per day.

**Diagnosis:**

|       |       |
|-------|-------|
| Axis I:   | Bipolar manic with psychotic features. |
|           | R/O Schizoaffective disorder, bipolar type. |
| Axis II:  | Deferred. |
| Axis III: | History of non-insulin dependent diabetes. |
|           | Possible history of hypertension. |
| Axis IV:  | Moderate.  She either quit or lost her job at the end of 1999. |
| Axis V:   | GAF 15 |

**Recommendations:**

Ms. Lopez requires inpatient treatment.  Will begin with 2 mg Navane a day since that's all she will agree to, but

LOPEZ, Aleta
/46                              K-8    page 2 of 3   TVPS/Columbus Campus

PC17303

## INITIAL PSYCHOSOCIAL ASSESSMENT

**PATIENT:** Aleta Lopez                          **LEGAL STATUS:** 90 Day Judicial Commitment
**D.O.A.** 07/17/2000          **HOSPITAL #:** 553249          **UNIT:** K-6

### 1. Factors Contributing To Admission (including current risk factors):

The pt. was admitted though Netcare on an emergency status. She was displaying paranoid delusional behavior which was considered to be dangerous to herself and others. Her mother called Netcare for a probate prescreen because she had not been taking her medication and had physically assaulted her. Her mother reports that she was responding to auditory and visual hallucinations. She has not worked in several months due to her increasingly psychotic and bizarre behavior. She physcially assaulted the netcare prescreener when he visited her home for an evaluation.

### 2. Legal History/Guardianship Issues

There are no known Legal issues and the patient does not have a guardian.

### 3. Family/Living Situation Prior To Admission/Collateral Sources:

The patient had been living with her mother for a short period before her hospitalization because her electricity had been shut off. Records indicate that she has her own apartment, her family has been paying for the rent for the past four months that she has been unemployed. She is refusing to give a release of information for any family or friends. According to records her family has been very supportive and actively involved in seeking psychiatric treatment for her.

### 4. Assigned Case manager/CMHC Involvement:

.The patient is not currently linked with an area community mental health center. She states that she was seeing Dr. Youngblood at Harding Hospital for psychiatric services. The last time she saw him was approximately one year ago. She claims that this Dr. told her that she only needed to be seen once a year. She will be assessed by Netcare for community mental health services.

### 5. Treatment Intervention (if applicable):

The Social Work intervention will be to provide 1x1 weekly counseling and group therapies to help the pt. gain insight into her mental illness and the need for continued treatment and medication compliance. This writer will assist with community mental health linkage.

### 6. Discharge/Aftercare Plan:

The patient will return to her own apartment upon stabilization. She will verbalize increased insight into her mental illness and agree to comply with aftercare mental health services. She will be linked area mental health center with case management and psychiatric services.

SOCIAL WORKER SIGNATURE          DATE  7/19/00

Page 7

PC17327

## PSYCHOSOCIAL

**Sexual Abuse:** (any "yes" answers require explanation as to whom and approximate dates):

**Against The Patient:** Current: Yes    No X     Past: Yes    No X

**By The Patient:** Current: Yes    No X     Past: Yes    No X

**Emotional Abuse:** (any "yes" answers require explanation as to whom and approximate dates):

**Against The Patient:** Current: Yes    No X     Past: Yes    No X

**By The Patient:** Current: Yes    No X     Past: Yes    No X

**Patient's Perception Of Needs:**
"I don't need to be here and I don't have any needs, but I have a good doctor".

**Living Situation Prior To Current Admission And Factors Contributing To This Admission:**
For the two weeks prior to admission Aleta was living with her mother because the electricity had been shut off in her apartment for non-payment. She had reportedly not been taking any psychiatric medication for several months. She began displaying symptoms of psychosis such as; paranoid delusional behavior, aggressiveness, not caring for her personal needs, and losing excessive amounts of weight. She is reportedly a Diabetic and has not been following medical care. Her mother reports that she was responding to auditory and visual hallucinations. The family took steps to have her probated and contacted the Netcare prescreener. When they went to do an interview with her she assaulted them. She had also reportedly assaulted her mother and two members at her church in the days prior to admission.

**PATIENT NAME:** Aleta Lopez      **PATIENT NUMBER:** 553249

PC17332

# Exhibit 29:

# Aleta Lopez Probate Court Records Excerpt



PC-G-17.3 (Rev. 5-2003)

## PROBATE COURT OF FRANKLIN COUNTY, OHIO
### LAWRENCE A. BELSKIS, JUDGE

IN THE MATTER OF GUARDIANSHIP OF _____ Aleta Yvonne Lopez

CASE NO. _____ 505567 _____

## NOTICE TO PROSPECTIVE WARD OF APPLICATION AND HEARING

To: _____ Aleta Yvonne Lopez ▮ Columbus Ohio ▮

An application has been filed by _____ Manuel Lopez _____ asking to be appointed as your guardian.

If the guardianship is granted, the guardian will be able to make decisions for you concerning your personal life and/or your estate. (Estate means money and property).

A hearing on the application for guardianship will be held on ___ October 25 ___ 20 04 at ___ 2:00 ___ P M. in the Probate Court of Franklin County, 22nd Floor, 373 South High Street, Columbus, Ohio 43215. At that hearing the applicant must prove by clear and convincing evidence that, because of mental impairment, you are unable to handle your own affairs.

You have the right to be present at the hearing, to contest the application, and to be represented by an attorney of your choice. For more information on the rights of an alleged incompetent, see the back of this Notice.

FRANKLIN COUNTY FORM 17.3 - NOTICE TO PROSPECTIVE WARD OF APPLICATION AND HEARING

**PC16988**

CASE NO. _____505567_____

Additional rights of an alleged incompetent are:

* The right to have a friend or family member of your choice present at the hearing;

* The right to have evidence of an independent expert evaluation introduced at the hearing;

* If you are indigent, upon your request, an attorney and an independent expert evaluator will be appointed at court expense;

* If you are indigent, and you appeal the guardianship decision, you have the right to have an attorney appointed and necessary transcripts prepared at court expense.

PC16989

PC-G 1A (Rev. 12-200

# PROBATE COURT OF FRANKLIN COUNTY, OHIO
## LAWRENCE A. BELSKIS, JUDGE

IN THE MATTER OF GUARDIANSHIP OF _Alrta Yuonne Lopez_

CASE NO. **505567**

## MOTION TO EXPEDITE HEARING
### [R.C. 2111.02(B)(3) and 2111.04]

On Computer
FILED
29 OCT 18 2004
LAWRENCE A. BELSKIS
PROBATE JUDGE

Now comes the applicant and moves the Court to waive or reduce the period of time between notice to the alleged incompetent and the hearing date on the appointment for the following reasons:

_So She will not leave Hospital — and keep taking med. She almost lost her, So we want to make sure she will not get back in Certied St She is Diabetic and mental Illness — Sugar was 22 Hundred When we fou Her — Body temp 89 — Blood Pressure 70_

_10-18-04_
Date

_Applicant_

## ENTRY EXPEDITING HEARING

Upon motion, and for good cause shown, the Court waives the time between notice of the Application and the hearing date. This matter will be heard on _October 25, 2004_ at _2.00 P.M_ and notice given or dispensed with according to law.

_10/18/04_
Date

**LAWRENCE A. BELSKIS**
Judge

**PC16990**

    

1. **CONSENT FOR MEDICAL CARE AND TREATMENT:** Permission is hereby granted to The Ohio State University Health System and members of its medical staff to perform such diagnostic and therapeutic procedures as they consider advisable for my care and treatment. If I am unable to give consent because I am a minor, I am unable to comprehend or I am otherwise unable to personally give consent at the time of treatment, the person signing below represents that they are my authorized agent.

2. **PATIENT RIGHTS AND RESPONSIBILITIES:** I understand that the rules of The Ohio State University Health System are for the patient's benefit and as I am made aware of these rules, I agree to comply with them.

3. **PERSONAL VALUABLES:** I understand that I should leave my valuables or any other property that I do not need while at the health system at home or with my family or place this property in the Office of Patient Property/Department of Security.

4. **MEDICARE AND/OR STATE ASSISTANCE RECIPIENTS:**
   **MEDICARE:** I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I have been given a written statement of my rights and responsibilities as a Medicare patient which includes the right to request a review of my medical records to determine my liability for payment if I am informed that Medicare will no longer cover my stay.

   **MEDICAID, DISABILITY:** My signature below is my consent authorizing a representative of The Ohio State University Health System to act on my behalf in requesting a state hearing or obtaining information contained in my file from the Ohio Department of Human Services should the need arise.

5. **ASSIGNMENT OF BENEFITS/PATIENT RESPONSIBILITY:** I request and assign direct payment to The Ohio State University Health System and members of its medical staff who render service, of any and all charges payable under the terms and provisions of my policy. I understand that I am responsible for and will pay any unpaid amount due for services performed by The Ohio State University Health System and members of its medical staff.

6. **RELEASE OF INFORMATION:** I agree to release information about my physical or mental condition, dates of service, diagnosis, procedures, surgeries or treatment. I agree to let The Ohio State University Health System and/or members of its medical staff release this information to my doctor, referring doctors and other health care providers and agencies. Any insurance company or organization that helps pay my bill and agents hired to collect or obtain payment may also have this information. The Ohio State University Health System and/or its medical staff may also give my information to any government agency and its representative to which I have applied for aid.

   _____ I am aware that the information released may include information regarding HIV or AIDS, alcohol or drug abuse and psychiatric treatment (signer to initial to indicate approval).

   By signing my name below, I certify that I have read and agree to the above.

   PATIENT _____  WITNESS (Optional) _____  DATE 10/15/04

   AUTHORIZED AGENT _Aleta Lopez_  RELATIONSHIP TO PATIENT _____

7. **REFUSAL TO RELEASE INFORMATION TO INSURERS:** I do not authorize the release of information concerning my medical care and treatment to my insurance company. I understand that I am responsible for all charges incurred and agree to pay The Ohio State University Health System and the doctors that treat me for all charges.

   PATIENT _____  DATE _____

   ADDRESSOGRAPH

   900420919     6003423065
   LOPEZ ,ALETA     57
   10/15/04     ▮46

## THE OHIO STATE UNIVERSITY HEALTH SYSTEM

## CONSENT FOR MEDICAL CARE AND TREATMENT

FORM #MC040895 (2/04)

CONSENT

6Tb02h00b

**PC16991**

# Exhibit 30:

# Leondra Lawrence FCDJS Records, Running Records Comments

```
CLRC                        RUNNING RECORD COMMENTS              09/10/15 15:04
                                                                WJISFA J THEISS

              COUNTY: 25 CASE: 5015977779 CASE NAME: LEONDRA E LAWRENCE
   DATE
ENTERED   USER   DEL                        COMMENTS

12211998 WALA25  _  CALLED PAT KING, SSI CASE MANAGEMENT #5845 TO ENSURE THAT
                    CMS HAD EXPIRED 3/98. REFERRAL COMPLETED TO SSI CASE MANAGME
                    NT TO ASSIST CLIENT AS WORKER HAS BEEN UNSUCESSFUL AS CLIENT
                    HAS DIFFICULTY WITH FOLLOW THROUGH.
01281999 WSXL25  _  LEONDRA LAWRENCE IS APPROVED FOR FS/MA-G (MEDICATION DEPEND)
                    AND IS NOT ABLE TO WORK DUE TO PSYCHOSIS, ETC.  SSI IS NOT
                    APPROVED YET BUT CMS PACKET HAS BEEN RESUBMITTED VIA
                    PAT KING, SSI CASE MANAGEMENT.
02031999 WSXL25  _  REQUESTED PROOF OF RENT AND WHO PAYS IT.



PFKEY 7=PAGE BACKWARD
NEXT TRAN: _____  PARMS: _____  MORE...
```

*FES4050*                                                          **PC14816**