# Exhibit 53:

# 12-08-05 Mitigation Requests Memo

Revised as of 12/8/05

# UNITED STATES vs. DARYL LAWRENCE
# CASE NO. 2:05 cr 11

## MITIGATION REQUESTS

ATTORNEY WORK PRODUCT - CONFIDENTIAL

| Records Request | Date Requested | Date Received |
|---|---|---|
| 1. Columbus State Community College Attn: Records Request 550 East Spring St. Columbus, OH  43215 Ph# (614) 287-5353 Fax# (614)287-5446 **Amy Cardinal** Ph# (614) 287-5244 | 3/4/05 | 3/9/05 3/11/05 |
| 2. Bishop Ready High School Attn: **Jenny McNamara** 707 Salisbury Rd. Columbus, OH 43214 Ph# (614) 276-5263 Fax# (614) 276-5116 | 3/2/05 via fax | 3/7/05 |
| 3. Bishop Hartley High School Attn: **Ilona Ferris** 1285 Zettler Rd. Ph# (614) 237-3484 Fax#(614) 237-3809 | 3/2/05 via fax | 3/4/05 |

**TC21750**

| **Records Request** | **Date Requested** | **Date Received** |
|---|---|---|
| 4.  St. Charles Prepatory School Attn: **Trisha Smith** 2010 East Broad St. Columbus, OH Ph# (614) 252-6714 Fax# (614) 251-6800 | 3/2/05 via fax | 3/4/05 |
| 5.  Sonshine Christian Academy Inc. Attn: **Dolores Warfield** 2112 Mock Rd. Columbus, OH 43219 Ph# (614) 475-7887 Fax# (614) 475-8186 | 3/2/05 via fax | 3/14/05 |
| 6.  Children's Hospital Attn: Medical Records 700 Children's Dr. Columbus, OH 43205 **Tara Saunders** Ph# (614) 722-3658 | 3/2/05 | 5/31/05 |
| 7.  Grant Hospital Attn: Medical Records 111 South Grant St. Columbus, OH 43215 Ph# (614) 566- 9320 **Stacie Wolf** | 3/2/05 | 3/18/05 |
| 8.  Ross County Jail Attn: **Kathy Clark (Nurse)** 28 North Paint St. Chillicothe, OH 45601 Ph# (740) 773-1187 Fax# (740) 775–1456 | 3/2/05 via fax | 3/10/05 |

**TC21751**

| Records Request | Date Requested | Date Received |
|---|---|---|
| 9. Howard University Hospital **Attn: Paula Ogle** 2041 George Avenue NS Washington D.C. 20060 Ph# (202) 865-6100 | 3/2/05<br><br>3/28 | <br><br>4/15/05 |
| 10. Limited Stores Inc. Attn: Records Dept. 4111 Morse Road Columbus, OH 43220 **Karen Picchioni** Ph# (614) 415-2016 | 3/2/05 | 3/15/05 **No Records** |
| 11. Nationwide Insurance Attn: HR Dept. One Nationwide Plaza Columbus, OH 43215 **Joy Wheeler** Ph# (614) 249-7628 | 3/4/05 | 7/28/05<br><br>8/1/05 |
| 12. Private Industry Council Attn: HR Dept. 400 East Town St. Columbus, OH 43215 Ph# (614) 298-4742 **Jeff Guinn** Fax# (614) 298-9107 | 3/4/05<br><br>3/21/05 | <br><br>3/24/05 **No Records** |
| 13. CBS Agency Inc. Attn: Personnel 5099 East Main St. Columbus, OH 43213 Ph# (614) 751-2250 Fax# (614) 751-2262 **Stephanie Cooke** | 3/7/05 | 3/9/05 |

**TC21752**

| Records Request | Date Requested | Date Received |
|---|---|---|
| 14. IKON Office Solutions<br>  Attn: **Ruth Adcox**<br>  HR Manager<br>  400 Metro Place North<br>  Suite 150<br>  Dublin, Ohio 43017<br>  Ph# (614)789-4566<br>  Fax# (614) 789-4591 | 3/7/05 | 3/28 |
| 15. KMART Apparel<br>  Distribution Center<br>  Attn: HR Dept.<br>  4400 S. Hamilton Rd.<br>  Groveport, OH 43125<br>  Ph# (614) 836-5000<br>  Fax # (614) 836-3684<br>  **Annette Zarbaugh** | 3/4/05<br><br>7/18/05<br>via fax | 7/19/05 |
| 16. Corpus Christi<br>  St. Ladislas Parishes<br>  P.O. Box 7825<br>  Columbus, OH 43207<br>  Ph# (614) 443-2828<br>  Fax#: (614) 444-0523<br>  Attn: **Patti Jones**<br>       **Joan McCann** | 4/1/05 | 4/19/05<br>**No Records** |
| 17. Brookhaven<br>  High School<br>  Attn: **Gloria Parker**<br>  4077 Karl Rd.<br>  Columbus, OH 43224<br>  Ph# (614) 365-5985 | 4/11/05 | 5/11/05<br>**No Records** |
| 18. Catholic Diocese<br>  of Columbus<br>  Dept. of Education<br>  197 East Gay St.<br>  Columbus, OH 43215<br>  Attn: **Dianna Dudzinski**<br>  Ph# (614) 221-4633<br>  Fax# (614) 241-2563 | 4/19/05<br>via PC | 4/26/05<br>**No Records** |

**TC21753**

| **Records Request** | **Date Requested** | **Date Received** |
|---|---|---|
| 19. Union County Health Dept.<br>**Attn: Ms. Thornton**<br>940 London Avenue<br>Suite 1100<br>Marysville, Ohio  43040 | 10/5/05 | 10/7/05 |
| 20. Memorial Hospital –<br>Union County<br>Attn: **Heather McKinley**<br>500 London Avenue<br>Marysville, Ohio 43040<br>Ph# (937) 578-2365<br>Fax# (937) 578-2844 | 10/31/05<br>via fax | 11/18/05<br>**No Records** |
| 21. Ross County Jail<br>Attn: Records Dept.<br>28 North Paint Street<br>Chillicothe, Ohio 45601<br>Ph# (740) 773-1186<br>Fax# (740) 773-1248 | 11/18/05 | 12/08/05 |
| 22. Lutheran Hospital<br>Medical Records<br>Attn: **Ladawn Saxton**<br>1730 W. 25th Street<br>Cleveland, Ohio  44113<br>Ph #(216) 363-2195 | 11/29/05 | 12/1/05<br>**No Records** |

**TC21754**

# Exhibit 54:

# Children's Hospital Records Excerpt

 

NU-3

**CHILDREN'S HOSPITAL, Columbus, Ohio**
**CASE HISTORY**

Name _Lawrence    Daryl_                          Case No. _35 36 73_

PEDIATRIC CLINIC    DEC 28 1971

Temp. 104 4 (R).

Wt. 28½                 Cold, temp 104½ hr ~3°, x Baby aspirin 5:30 today

Ht. 35½"                 2 day cold, cough fever. Poor feeding

Age. 2 yr.

                        Child febrile, mildly toxic
                        TM's nl
                        Throat clear, ō nodes
                        Chest clear
                        — tachypneic
                        Abd s/t

                        Imp URI

                        Plan CXR ō x-nl
                        CBC ō

                        Return if breathes, ō wheezing
                        harder or can't get his breath

PEDIATRIC CLINIC    APR 03 1978  Fell ō bed today @ 11:30 a.m., pt.
                        lethargic, wants to sleep, emesis x2.    as
Temp  99.2             S— fell down 2 steps x landed on head.
Wt.   31 3/4           O— Romberg neg.
Ht.   36               Gait normal
Age  2 yr 11 4 mo      Fundi   wnl.
                        Child oriented x3, responds appropriately
                        to questions + commands.
                        A— mild concussion
                        P— head sheet, to return to E.R.
                        p. head
                                                PC10148

 

NU-3

## CHILDREN'S HOSPITAL, Columbus, Ohio
### CASE HISTORY

Name *Lawrence, Daryl*      Case No. *353673*

*Hand Clinic Nov 10, 1977 — S/P lacerated L. Index finger: now healed — Mom concerned about tightness of skin (Junction)*

*Scar not restricly mobion —*

*Can fully Extend.*

*Plan: Recheck if scar restricts mobion*

PEDIATRIC CLINIC     JUL 21 1980

| | |
|---|---|
| TEMP. | 99⁶ |
| WT. | 44 |
| HT. | 42¼ |
| H.C. | |
| B.P. | 94/52 |
| AGE | 6 |
| INITIALS | |

*Nose bleed sure is up*

*Pt was seen at Lutheran Medical Clinic for severe nose bleed. nose was packed still some bleeding through packing. Dr. advised Informant to bring pt. here for work up. Stated that pt. had high blood pressure 55*

⑤ *Last evening developed spontaneous Nosebleed (s trauma)*

⑩ *Narr. about 45" — taken to Lutheran Hosp. — Tx- packing — Removed this AM. OK. now — By hx B/P ↑ at Hosp. Last night — Hx occas Nosebleeds*
*Eq 2 -winter 2-summer*

PC10149

## CASE HISTORY

Ped's Clinic

7/21/80  (S) No hx allergy URI.

(O) HEENT – (L) nares ē dried blood over
Kiesselbach plexus. No polyps
(R) nares - nl

Rest exam unremarkable

← (A) ① Epistaxis – transient

④ Needs immuniz  ② GM concerned about sickle cell disease
Booster       (Father ē pos hx) child's hx of screen.

③ B/P ok.  ✓ on recurrent visits

(P) ① Sickle cell screen today

② Refer to HAC for f/up ē immunization
(Booster) for school, in one week.

Þ Thompson RN        Maguire

---

DIATRIC CLINIC    AUG 13 1980   Physical for School
FU Epistaxis        R. Hinton MD
TEMP. 99.7 (R)   Results sickle ⊖,
WT. 43½"        Today here for School PE –
HT. 43¾"        will begin Kindergarten this fall –
H.C.  96/50      Hx of epistaxis – none since
B.P.  3m        last visit.
AGE  3 m
INITIALS

O – Gen WD WN ♂ in NAD.
Skin – No obv lesions HEENT Head normocephalic,
non tender. Ears TMs intact. Eyes PERRL,
RR bilat. Nose No bld clots. Throat
clear No pus/redness supple
Lungs BS equal bilat       (✓ no (m)).

CASE HISTORY

1-18-83 Cont'd:

2) B. inadup 2 tsp 5 c . X 5 days
(mom to brush at home

3) Tyflands for cough + URI

4) Asthma helping don't use this
to try to identify any other - give c meds
possible precipitating agents - mom using underst.

5) Suspension .13 cc S4 - give stat

EVENING PEDIATRIC CLINIC    FEB 8 1983

| | | |
|---|---|---|
| TEMP. | 101.4° | |
| WT. | 25.9 Kg | Running T temp X 2 days. everyday, chickenpox & PCN |
| HT. | 126.0 cm | 2 mths ago |
| H.G. | — | Mom worried about fever. |
| B.P. | 113/60 | Vomited X 1 today — just tired /sperac |
| AGE | 7 yrs | Se prev visit — changes |
| INITIALS | | Pets had nose bleeds    D. Pierce MD |
| | | after heavy exercise |

This 7 y.o. B♂ was seen a week ago with
URI. He now has rhinorrhea, cough, and loss of
appetite. He is very lethargic.

Head: Normocephalic
Eyes: COMI, PERLA
Ears: TM's clear
Nose: Congest.

PC10154

**Children's Hospital**
Columbus, Ohio

## AMBULATORY SERVICES
## CLINIC VISIT RECORD - FOLLOW-UP

Clinic/Date **TEENAGE CLINIC**

Date: _12-15-92_

Informant _Daryl_

Referred by: _Self_

Date last seen in Adolescent Health Services _____

**NURSING ASSESSMENT PART I**

1. Reason for visit: _?Sinus Infection?_

2. Medications Ø

Additional Meds on Medical Summary Sheet  Yes ___  No ___

3. Allergies Yes _X_ No ___  (See Medical Summary Sheet)  Drug Allergies _____  Environmental Allergies _____
4. Major Health Problems Yes ___ No _l_ (See Medical Summary Sheet)
5. Hospitalizations Yes ___ No _l_ (See Medical Summary Sheet)      _Allergic to PCN_
6. Primary Care Health Provider: _Teen Clin_
7. LMP _____
8. Last Dental Visit _____ _Ø Dental_  Dental Provider _____
9. Previous STD's _____

**NURSING ASSESSMENT PART II**

**Immunization History**

UPTD Yes _X_  No ___  NA ___
___ no record
___ request to bring records
___ due _____

**Vital signs (date and initial)**

Age _17y10_
Temp _____
Wt. _158 lb_
Ht. _____
Pulse _____
Respirations _____
B.P. _118/80_

Code: UPTD - Up to date        Temp. A-axillary, O-oral, R-Rectal        Wt.: C-clothes, S-shoes

_Headache - Stopped up nose x 4-5 days Ø fever ? RA Held_

PC10169

AS-89 Clinic Visit Record-Follow-up  Teenage Clinic  8/92

**PHYSICIAN HISTORY**

17 yo BM c̄ 1 wk. of congestion c̄ clear nasal discharge, sore throat, nonproductive cough worse at night, + R sided HA. Denies fever, n, v, or d. Difficulty sleeping. Tenderness over R maxillary sinus.

**PHYSICAL EXAMINATION**

1. Skin _____ Throat: eryth. No exudate. Tonsils 2+.
2. HEENT PERRL bilat. TM - good LR landmarks bilat. Nasal mucosa swollen.
3. Neck-Thyroid supple, FROM. No LA.
4. Lungs CTA. No r/r/w.
5. Breast _____ Tanner stage _____
6. Heart-Pulse Nl. S1/S2 c̄ RRR. No m/r/g/c
7. Genitalia _____ Pubic hair _____
8. Neurologic
9. Abd. ⊕ BS. Soft. NT/ND. ⊖ HSM
10. Back
11. Rectal
12. Extremities
13. Misc.

**WELL ADOLESCENT CHECK**

☐ T eeth
☐ H ypertension
☐ R ubella
☐ I eyes
☐ F iron
☐ T T/d booster

I/P

① Sinusitis: Entex LA,
÷ PO BID x 5 days.

ER&C 333 mg TID X 14d.
Return to clinic if no
improvement in 2 weeks.

Patricia L. Tomsko, MD

**PLAN/LAB / XRAY**

Lab _____
_____
Xray _____
_____
Meds _____
_____
F/U _____
Referrals _____
_____
Plan reviewed/understood
Signature _____
Initial _____

PC10170

TAC-1
(Rev 6/85)

CHILDREN'S HOSPITAL
Columbus, Ohio
Teenage Clinic

<u>INITIAL HISTORY</u>
Date ___2/20/90___

Reason for visit_____

_____Check up._____

_____Mom states he needs his booster shot_____

_____On Back_____

_____

_____ (Cont. on back side)

Current Meds.___∅_____

Past Illnesses _∅_____ Allergies: _PCN._

Hosp/Surg - _Nosebleed._ Injuries: _Lt under finger cut_

Age Menarche_____ LMP_____ Flow_____ Cycle_____ Days of flow ___ Previous Pelvic___

Pads/d.___ Tampons/d.___ Vag.Disch.___ Cramps___ Pregs___ Grav___ Ab/Misc___

Father-Age: Health: _deceased_ ? _Cause_ Job_____ Marital Status_____
_Blood Dz_

Mother-Age: _42_ Health: _Healthy_ Job _SSI_ Marital Status_____

Sibs (ages, health)_/ _step_ _30y_ _2 yrs 32 40_ Sib Position _± 4_

Who lives in household _Grandmother_ _for_ _Jew_

Age _14yr_ _10m_ Grade _9th_ School _St Charles_ Grade Avg _B._ Grade(s) repeated _∅_

Extracurricular Activities _Track football_ _Basketball._

Activities/Social _∅_____

Job___ _NO_ Court _No_ Boy/Girl friend (age) _∅_ Close Friends _yes_

Last sex _1 month ago_ Age 1st sex _12y_ Contraception _yes_ Fathered a child _No_

Drugs _No_ Smoke _No_ Tobacco _No_ Alcohol _twice_

Additional Comments: _J Darush_

_Lives w/ Aunt - refers to her as his Mom. Legal Custody of Pt_
_since 2m. old._

Does patient want confidentiality?_____

**Children's Hospital**
Columbus, Ohio




**Children's HOSPITAL**

EVENING PEDIATRIC CLINIC NOV 08 1989

## AMBULATORY SERVICES
## CLINIC VISIT RECORD

Clinic/Date **PRIMARY CARE**

Informant: _Grandma - takes care_

Referred by: _of Darif (verbal consent)_

PATIENT IDENTIFICATION

**NURSING ASSESSMENT PART I**

1. Reason for visit/caregiver concerns: _Physical & to have high BP checked_
_hx of high BP - no nose bleeds now but_
_occ. headaches -_     _He has a record_
    _of BP's taken at_
2. **Medications**     _school_
_no medicine_

_Left knee cramped up hurts especially p sports hurt it 3 yrs ago - Last wk he fell while running - the knee became red & swollen_

Additional Meds. on Medical Summary Sheet Yes ___ No ___

3. Allergies Yes ___ No ✓ (See Medical Summary Sheet)
4. Major Health Problems Yes ✓ No ___ (See Medical Summary Sheet) ↑BP
5. Hospitalizations Yes ___ No ✓ (See Medical Summary Sheet)
6. Primary Care Health Provider _____

## NURSING ASSESSMENT PART II

7. **General Appearance**
   ✓ awake ___ asleep ___ irritable
   ___ lethargic ___ other, see nursing notes
   ✓ well nourished ___ thin ___ obese
   Skin color:
   ___ pale ___ flushed ✓ healthy
   ___ mottled ___ cyanotic ___ jaundice
   ___ rash, see nursing notes
   Abnormalities:
   ___ none noted ___ yes, see nursing notes

8. **Diet History**
   Formula _____
   ozs./24 hrs. _____
   Breast fed q _____ hrs.
   Strained foods/cereal
   Yes ___ No ___
   amt/day _Appetite getting better_

9. **Sleep**
   _____
   _____

10. **Elimination**
   _____
   _____

11. **Behavior**
   _____
   _____

12. **Birth Wt.** _____

| 13. **Immunization History** | 14. **Vital Signs** (date and initial) | 15. **Visual Acuity** |
|---|---|---|
| UPTD Yes ___ No ___ ___ NA | Age _14 yrs._ | RT. eye _____ |
| ✓ no record | Temp _99.2 O a_ | LT. eye _____ |
| ___ request to bring records | Wt. _145 lb #_ | Has been to Ophthalmologist |
| ___ due _____ | Ht. _64"4"_ | ___ yes ___ no |
| | BP _133/72_ _139/81_ _131_ _70_ | Wears glasses |
| | | ___ yes ___ no |

Code: UPTD-Up to date     Temp. A-axillary (O-oral) R-rectal     Wt.: C-clothed, U-unclothed, DO-diaper only

NURSING ASSESSMENT COMPLETED AND UPDATED IF INDICATED (date and signature of R.N.)

_B. Jablonski RN 11-8-89_

**NURSING NOTES:**

_____

_____

_____

_____

PC10197

OP-46 Clinic Visit Record-Primary Care Clinic 5/89

**PHYSICIAN HISTORY**

14yo Boy c̄ H₂ of HA's, nosebleeds, + HTN.
Pt c̄ _____ H₂ c̄ no HTN. Past H₂ of screen
labs done. $0 P 40 (L) knee pain c̄ exer____

⊖ dizzy, ⊕ ESkons
⊖ Syncope

## PHYSICAL EXAMINATION

| | NORM | ABN | NOT EXAM | |
|---|---|---|---|---|
| 1. | X | | | Skin |
| 2. | X | | | HEENT |
| 3. | X | | | Neck-Nodes |
| 4. | X | | | Lungs |
| 5. | X | | | Heart-Pulse |
| 6. | X | | | Genitalia ≤ hernia |
| 7. | X | | | Neurologic |
| 8. | X | | | Abd. |
| 9. | | | X | Rectal |
| 10. | X | | | Extremities c̄ pain (L) knee → no laxity — |
| 11. | | | | Misc. no duck walk |

**LAB / X-RAY**

Urine D.p ⊖

## IMPRESSION AND PLAN

Well 14yo c̄ normal Blood pressure
c̄ (L) knee pain → stressed ____ exam

Plan 1) Cleared for sports
2) ____ (L) knee
3) Ibuprofen prn knee pain
4) Flu for ____ dT + MMR c̄ records → shots only

_(margin, rotated text)_ all instructions reinforced c̄ ptd grandmother. No ques or concerns voiced. ____

_(signature)_

**Children's Hospital**

Columbus, Ohio

♥ **Children's**
HOSPITAL

## HEALTH ASSESSMENT FOLLOWUP FORM

```
007344                    353673
LAWRENCE, DARYL M
14?? FOREST ST
C?????BUS              OH 43205
?????? ?14 252 9681  25
            ?A  LAWRE???
2541661233  05 80
```

NAME: **PEDIATRIC CLINIC**   MAR 1 5 1989   CLINIC No.: _____ DATE: _____

REASON FOR VISIT: _____

### PHYSICIAL EXAMINATION

Age 13 yr   Head Circ. _____
Wt. 129 1/2   Chest Circ. _____
Ht. 6 33/16 in   Pulse 74
Temp. 98.0 oral   B.P. 132/71
Hgb. _____   Hct. _____
Other blood work done _____
Urine _____
Vision _____

### IMMUNIZATIONS DUE

DPT _____   Rubella _____
DT _____   Rubeola _____
Sabin Triv _____   Tine _____
Small Pox _____   Imm. Complete _____
None needed tonight _____

C.C. High Blood Pressure
Nose bleeds

History of High Blood Pressure
Headaches
eating well
Parent present c̄ Pt.
O. Marshall SNH

### SPEECH AND HEARING SCREEN:

### INTERVIEW SUMMARY AND INSTRUCTIONS GIVEN:

About 1-2 yrs ago he was told that he had high BP when he came here for Nosebleed and HA.

Has been having blood pressure checked by his sister who is in nursing school she said it has been going up but ?? how high. Only been taking it last 2 weeks.

Nosebleeds started 3 wks ago, very intermittant, bleeding takes 1 min - 2 min to stop when he has them. by pinching nose.

Headaches — has been having them for 2-3 wk; c/o pain on @ side temple area. No prodrome, takes ASA to make them go away, usually works in about 1 hr. - usually in afternoon, never wakes him up, sometimes feels sick to stomach ✗ vomiting. Sleep does help if he can get to sleep. ∅ lightheadedness/dizzyness ∅ visual Δ's Started before nose bleeds.

Eyes. last tested about 1 yr ago. No difficulty seeing things
Diet: no extra salt used
PMH: healthy   ? family History of sickle cell.   ∅ History of heart disease as far as they know

OP-76 Health Assessment Followup Form 10/88

Had ????? ??? ?????? and has c/o knee pain w/ exercise.

PC10199

**DOCTOR'S IMPRESSION AND PLAN**

| NORM. | ABN. | NOT EXAM | | |
|---|---|---|---|---|
| ✓ | | | 1. | Skin |
| ✓ | | | 2. | HEENT → sl. photophobic to exam but cooperative briefly |
| ✓ | | | 3. | Neck - Nodes   discs margins sharp. Vessels nl but difficult to exam. |
| ✓ | | | 4. | Lungs |
| ✓ | | | 5. | Heart - Pulse   RRR w/out (m) |
| ✓ | | | 6. | Genitalia |
| ✓ | | | 7. | Neurologic   femoral pulse ⊕ bilat. |
| ✓ | | | 8. | Abd. |
| | | ✓ | 9. | Rectal   Ext → nl. deep tendon — knee |
| | | | 10. | Misc.   Neuro → Cranial N II - XII - WNL |
| | | | | Sensory/motor System WNL |
| | | | | Cerebellum WNL. |

Impression:   Headaches
Sl. elevated BP
Nose bleeds.

Plan:   Pt to keep diary of HA's.
Pt to have School nurse check BP daily
Pt to have BP taken during HA's if possible.
Stop ASA   Use some type of Acetominophen or Ibuprofen
Return to clinic in 10 days for follow up.

Labs:   lytes/BUN/creat
CBC d/p ✓
OCUA/R+S.
repeat BP please 139/67
sickle cell.
Hgb electrophoresis ✓

_Shutty_

B/ Thomas LPN

PC10200

**Children's Hospital**
Columbus, Ohio

 

**HOSPITAL**

## AMBULATORY SERVICES
## CLINIC VISIT RECORD

EVENING PEDIATRIC CLINIC  OCT 26 1989

PATIENT IDENTIFICATION

Clinic/Date **PRIMARY CARE**

Informant: _____

Referred by: _____

**NURSING ASSESSMENT PART I**

1. Reason for visit/caregiver concerns: c/o headache since yesterday Had 3 hour practice yesterday. ○ History of hypertension & headaches. ○

2. Medications

Tylenol for headaches

Additional Meds. on Medical Summary Sheet  Yes ___  No ___

3. Allergies Yes X No ___ (See Medical Summary Sheet)  PCN !

4. Major Health Problems Yes ___ No ___ (See Medical Summary Sheet) _____

5. Hospitalizations Yes ___ No ___ (See Medical Summary Sheet)

6. Primary Care Health Provider _____

**NURSING ASSESSMENT PART II**

7. **General Appearance**
   - X awake ___ asleep ___ irritable
   - ___ lethargic ___ other, see nursing notes
   - ___ well nourished ___ thin ___ obese
   - Skin color:
   - ___ pale ___ flushed X healthy
   - ___ mottled ___ cyanotic ___ jaundice
   - ___ rash, see nursing notes
   - Abnormalities:
   - X none noted ___ yes, see nursing notes

8. **Diet History**
   - Formula _____
   - ozs./24 hrs. _____
   - Breast fed @ ___ hrs.
   - Strained foods/cereal
   - Yes ___ No ___
   - amt/day _____

9. **Sleep**

10. **Elimination**

11. **Behavior**

12. **Birth Wt.** _____

13. **Immunization History**
   - UPTD Yes ___ No ___ ___ NA
   - X no record
   - X request to bring records
   - ___ due _____

14. **Vital Signs** (date and initial)
   - Age 14 yo
   - Temp 98
   - Wt. 143 lbs
   - Ht. _____
   - H.C. _____ 123/62
   - B.P. 136/76

15. **Visual Acuity**
   - RT. eye _____
   - LT. eye _____
   - Has been to Ophthalmologist
   - ___ yes ___ no
   - Wears glasses
   - ___ yes X no

Code: UPTD-Up to date    Temp. A-axillary, O-oral, R-rectal    Wt: C-clothed, U-unclothed, DO-diaper only

NURSING ASSESSMENT COMPLETED AND UPDATED IF INDICATED (date and signature of R.N.)

Black adolescent male — K Carney RN

**NURSING NOTES:**

Has had 2 nosebleeds since last visit.

Sister takes BP's @ home — KC.

OP-46 Clinic Visit Record-Primary Care Clinic 5/89

PC10201

**PHYSICIAN HISTORY**

After practice yesterday - had cramps
HA
dizzy
emesis
↑ b.p.

} X 3 hrs. continuously

today c̄ HA, little dizzy
had nosebleed early this week

HA - throbbing pain at vertex - dizzy p̄ HA began
gets HA - twice each week

⊖ weak, blind, numb, dizzy
usual
denies eye probs

---

## PHYSICAL EXAMINATION

| NORM | ABN | NOT EXAM | |
|------|-----|----------|---|
| | | | 1. Skin - ru. |
| | | | 2. HEENT NC PERRLA EOMI Sclera/conj - cl. Fundi - ru. X2 TMs - ru. Nares, Phnx - clear |
| | | | 3. Neck - Nodes clear |
| | | | 4. Lungs |
| | | | 5. Heart - Pulse RRR ⊖ heave |
| | | | 6. Genitalia |
| | | | 7. Neurologic intact DTRs, sensation ru. CN, strength |
| | | | 8. Abd soft |
| | | | 9. Rectal |
| | | | 10. Extremities |
| | | | 11. Misc. |

**LAB / X-RAY**

---

**IMPRESSION AND PLAN**

Imp 1). ? Hypt.
ru. UA
Lytes BUN/cr

Plan 1). ↓ Na⁺ diet
2). need 1 wk. log b.p. bid
HA
3/. RTC 1wk.

Handout given
on ↓ Salt diet.
Instructions reviewed

Junyuk

K Carney RN

PC10202

# Exhibit 55:

# Mt. Carmel Hospital Records Excerpt

# Emergency Dept., Mount Carmel East - Columbus , OH 43213

**Patient:** LAWRENCE, DARYL M                    **DOB:** 4/19/1975          **Age/Gender:** 29 M
12/26/2004 17:42  Flu-like symptoms
**MR#:** 140988                                    **Acct#:** 1013444753
**Private Phys:** No current family physician      **ED Phys:** Maury Witkoff, DO

---

**CHIEF COMPLAINT:**        ********              Enc. Type: Initial        ACUITY: Level 4
                            Flu-like symptoms

**Physicians caring for patient:**
Maury Witkoff, DO

**VITAL SIGNS**

| Initials/Date/Time | Temp(F) | Rt. | Pulse | Resp | Syst | Diast | Pos. | O2 Sat | LOC | Pain Sc |
|---|---|---|---|---|---|---|---|---|---|---|
| KAK 12/26/2004 17:59 | 100.6 | O | 111 | 20 | 132 | 88 | S | 98%RA | AAO x3 | 6 |
| KEJ 12/26/2004 20:12 | 102.2 | O | 114 | 22 | 143 | 80 | S | 98%ra | AAO x3 | |
| PAT 12/26/2004 22:04 | 102.1 | O | 98 | 18 | 103 | 34 | L | | AAO x3 | 2 |

**PROGRESS NOTES**
**Notes:**
<Interface Entry 12/30/04 18:15:27>

DATE SEEN: 12/26/2004


DICTATED BY MAURY WITKOFF, DO

FAMILY PHYSICIAN: None.

CHIEF COMPLAINT: Flu-like symptoms.

HISTORY OF PRESENT ILLNESS: This 29-year-old male patient presents
to the emergency department with the above complaints of fever,
dizziness, lightheadedness, and sensation of chills. He has had 3
episodes of vomiting. He also complains of testicular pain and
myalgias. No chest pain, abdominal pains, or shortness of breath.
No otalgia. No pharyngitis.

PAST, FAMILY, SOCIAL AND SURGICAL HISTORY/MEDICATIONS AND
ALLERGIES: PAST MEDICAL HISTORY: Denied. PAST SURGICAL HISTORY:
Denied. SOCIAL HISTORY: Positive for tobacco and alcohol. Negative
for drug use. FAMILY HISTORY: Positive for heart disease, high
blood pressure, diabetes, and cancer. Negative for stroke.
ALLERGIES: Penicillin. MEDICATIONS: No current medications.

REVIEW OF SYSTEMS: As detailed in HPI. Ten systems reviewed,
otherwise negative.


Printed by 88888 on Thursday, December 30, 2004 7:45:36 PMPhysician dictation signature located in
ChartMax

LAWRENCE ,DARYL M
MR  140988            29y
DOB  04/19/1975       M  2
FIN  1013444753

Audit Chart

/VRENCE, DARYL M 1013444753  Margaret E McCoy  CONFIDENTIAL - Redisclosure Prohibited Without Patient's Written Authorizat
Emergency Department  -  Page 1/18                          Job 30028 (08/11/2015 09:45:12) -  Page 5  Doc# 2

**PC13923**

## Emergency Dept., Mount Carmel East - Columbus , OH 43213

Patient: LAWRENCE, DARYL M        DOB: 4/19/1975        Age/Gender: 29 M
12/26/2004 17:42  Flu-like symptoms
MR#: 140988                        Acct#: 1013444753
Private Phys: No current family physician        ED Phys: Maury Witkoff, DO

PHYSICAL EXAMINATION: VITAL SIGNS: At 1759, blood pressure 132/88, temperature 100.6, pulse 111, and respirations 20. Oxygen saturation 98%. Pain is listed as a 6 out of 10. DISCHARGE VITAL SIGNS: Temperature is 102.1, blood pressure 103/34, pulse 98, respirations 18. GENERAL: He is a young black male who is nontoxic appearing but is anergic. CONSTITUTIONAL: Well-developed, well-nourished, well-hydrated individual in no acute respiratory distress, and appropriately conversant. HEAD: Normocephalic, atraumatic, symmetric. EYES: Conjunctivae are clear. Sclerae are nonicteric. EARS: Pinnae and hearing are grossly intact. Tympanums are physiologic. External auditory canals are intact. NOSE: The nose is normal in appearance. There is no rhinorrhea. MOUTH/DENTAL: The airway is patent. No buccal lesions are noted. NECK: The trachea is midline. The neck is supple and nontender to palpation. There is no cervical lymphadenopathy. No masses, thyromegaly or stridor. There were no signs of meningismus. CARDIOVASCULAR: The heart has a regular rate and rhythm. S1 and S2 are normal. No murmur, gallop, or rub. No JVD. Normal pulsations. Brisk capillary refill. RESPIRATORY: Respiratory rate and effort are normal. There is normal chest excursion with respiration. The lungs are clear to auscultation, without rales, rhonchi or wheezing. Palpation and percussion are unremarkable bilaterally. GI/ABDOMEN: The abdomen is normal in appearance. Bowel sounds are normal to auscultation. There are no abnormal bruits. There is no pain with palpation. There is no evidence of hepatomegaly or splenomegaly. No masses were palpated. Negative for Murphy, McBurney, Rovsing, rebound or other signs of peritoneal irritation. MUSCULOSKELETAL: There are no deformities noted in any of the extremities. There is full ROM with movement. The joints are nontender to palpation. There is no peripheral edema. BACK: There is no CVA tenderness or spinal column tenderness. INTEGUMENTARY: The skin appears normal for age and race. It is warm and dry. There are no lesions, rashes, petechiae or purpura. NEUROLOGICAL: Patient is alert and oriented to person, place and time. Cranial nerves II-XII are intact. Sensory and motor functions are intact. DTRs are normal. There are no signs of meningismus. PSYCHOLOGICAL: The patient's mood and manner mildly depressed. He is anergic appearing. Grooming and personal hygiene are appropriate. IMMUNOLOGICAL: No adenopathy or urticaria.

MEDICAL DECISION MAKING/DIAGNOSTIC RESULTS AND PROCEDURES: The patient was hydrated with normal saline 1 L and continued at 150 mL an hour. He was given Phenergan 12.5 mg IV for nausea and Toradol 30 mg IV for pain and Tylenol 1 gm for fever. Urinalysis was

Printed by 88888 on Thursday, December 30, 2004 7:45:36 PMPhysician dictation signature located in
ChartMax

LAWRENCE ,DARYL M
MR  140988          29y
DOB  04/19/1975       M  2
FIN  1013444753

Audit Chart

/VRENCE, DARYL M 1013444753  Margaret E McCoy  CONFIDENTIAL - Redisclosure Prohibited Without Patient's Written Authorizat

PC13924

# Exhibit 56:
# St. Charles Prep Records Excerpt

| YEAR 89-90 | STUDENT NAME DARYL LAWRENCE | | | | | | | GRADE 9 | LOCKER 159 | HOME RM. 103 | STUDENT GRADE REPORT | | | ST. CHARLES PREPARATORY SCHOOL COLUMBUS, OHIO |

| SUBJECT INSTRUCTOR | PER | ROOM | 1st QTR. | 2nd QTR. | SEM. EXAM | 1st SEM. | 3rd QTR. | 4th QTR. | SEM. EXAM | 2nd SEM. | YEAR | CREDIT | STUDENT NO. 593 | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHYS. ED. I  Mr. Carver | 1 | GYM | 96 | 92 | | 94 | 90 | 95 | | 93 | 94 | .25 | | |
| ART APP.  Mr. Smith | 1 | ART | 80 | 59 | 93 | 72 | 80 | 83 | 95 | 82 | 77 | .50 | | Doing Satisfactory Work |
| ENGLISH I  Mr. O'Neil | 2 | 405 | 68 | 57 | 69 | 62 | 66 | 65 | INC | INC | INC | .00 | | More Participation Needed  Homework Missing |
| LATIN I  Mr. O'Neil | 3 | 405 | 57 | 55 | 44 | 54 | 66 | 56 | INC | INC | INC | .00 | | Lack Of Motivation |
| ALGEBRA I  Msgr. Gallen | 4 | 212 | 70 | 59 | 42 | 60 | 51 | INC | INC | INC | 60 55 INC | .00 | | |
| WORLD HISTORY  Mr. Teeters | 7 | 103 | 95 | 83 | 69 | 81 | 77 | 79 | | 92 | 72 | 1.0 | | Doing Satisfactory Work |
| SOCIAL ETHICS  Mr. Paccioretti | 8 | 101 | 80 | 68 | 74 | 74 | 77 | 71 | INC | INC | INC | .00 | | |

GRADE SCALE

90-100 - A
80- 89 - B
70- 79 - C
60- 69 - D
BELOW
59 - F

Mrs. Eileen Lopez
34 Winner Ave.
Columbus, OH 43203

| POINT AVG./CONDUCT | | | |
|---|---|---|---|
| 1st | 2nd | 3rd | 4th |
| 2.09 B | .96 C | 1.57 D | B |

| DAYS ABSENT/TARDY | | | |
|---|---|---|---|
| 1st | 2nd | 3rd | 4th |
| .00 7.00 | 3.00 12.0 | 3.00 17 9.50 | 9.00 |

| FINAL ACCUM. | TOTAL ABSENCES/TARDIES |
|---|---|
| | 15.50  45.00 |

OFFICE COPY

PC10001

# ST. CHARLES PREPARATORY SCHOOL

November 22, 1989

Mrs. Eileen Lopez
34 Winner Ave.
Columbus, OH 43203

Dear Mrs. Lopez,

I am writing this letter as a confirmation of our meeting on Monday, November 20, concerning Daryl's involvement in a fight at school on Monday, November 20.

On Monday, November 20, Daryl had a fight with another boy. Daryl was excessive in his response and the situation was exacerbated by his cousin, Martize Powell, who joined in the fight and proceeded to kick repeatedly in the groin the boy who was on the ground. Martize remarked to me that he felt the need to "teach this boy a lesson."

Because we consider this type of conduct inappropriate at St. Charles and to be a serious violation of school rules, Daryl has been given detentions to serve and is now placed on probation for the remainder of the current school year. I have once again reminded him that any further serious violation of school rules, including fighting or threats of fighting and/or retaliation, will result in his suspension and possible withdrawal from St. Charles.

I would like to thank you for your cooperation in this matter. If there are any more questions which I might answer, please feel free to contact me at your convenience.

Sincerely,

Dominic J. Cavello
Principal

DJC:js

2010 EAST BROAD STREET    COLUMBUS, OHIO  43209    PHONE: 614-25 PG10003

# Exhibit 57:

# Sonshine Christian Academy Record

SONSHINE CHRISTIAN ACADEMY
508 Berkeley Road
Columbus, Ohio 43205

1. NAME _Lawrnce Daryl_
   (LAST)        (FIRST)        (MIDDLE)

COUNTY _Franklin_    SCHOOL _So._
(USE PENCIL)

RACE _Black_ SEX _M_ PLACE OF BIRTH _Col_    _OH_    DATE OF BIRTH _25_ _4_ _19_ DATE O
                              (CITY)  (COUNTY)  (STATE)    (YEAR) (MO.) (DAY)   FOR F

| NAME (Use pencil) | ADDRESS (Use pencil) | PHONE | OCCUPATION (pencil) | BUSINESS ADDRESS (pencil) | PHONE |
|---|---|---|---|---|---|
| ather | | | | | |
| other _Evleen Lopez_ | _34 Winner Ave_ (03) | 253 0412 | | | |

Marital Status: Living Together____ Divorced____ Separated____

ather: Deceased____ Remarried____

other: Deceased____ Remarried____

Pupil Lives with: Both Parents____ Father____ Mother ✓

Guardian____

Languages spoken in the home____

| ECONOMIC STATUS of FAMILY (pencil) | Authority for Birth Date |
|---|---|
| 19__ 19__ 19__ | |
| Good ............( ) ( ) ( ) | ( ) Birth Certificate |
| Moderate .........( ) ( ) ( ) | ( ) Other |
| Low .............( ) ( ) ( ) | Brothers. |
| Unknown .........( ) ( ) ( ) | ( ) Sisters.... |

## 2. SCHOOL RECORD GRADES 1-6

| YEAR | 19__19 | 19__19 | 19__19 | 19__19 | 19__19 | 19__19 | 19__19 | 19__19 |
|---|---|---|---|---|---|---|---|---|
| GRADE Avg | | | | 4 | 5 | 6 | | |
| Term (No. Weeks) | | | | 167 | 153 | 168.5 | | |
| Days Absent | | | | 11 | 35 | 11½ | | |
| Chief Cause | | | | | | | | |

| SUBJECTS | Year Average | Year Average | Year Average | Year Average | Year Average | Year Average | Year Average | Year Average |
|---|---|---|---|---|---|---|---|---|
| Citizenship | | | | | | | | |
| Language Arts | | | | B | | C+ | | |
| Reading | | | | B | B- | C+ | | |
| English | | | | | B+ | C | | |
| Spelling | | | | B | B- | C+ | | |
| Writing | | | | B+ | B+ | B- | | |
| Social Studies | | | | B | B+ | C | | |
| Arithmetic | | | | C | B- | C | | |
| Science/Health | | | | | B B+ | C/B- | | |
| + Music PE | | | | | S/ | A+C/B- | | |
| Promoted | | | | ✓ | ✓ | ✓ | | |
| Retained | | | | | | | | |
| Teacher | | | | | | | | |

## 3. SCHOOL RECORD GRAD

Grade _7_ Year 19 _87_ 19 _88_    Grade _8_ Year 19 _88_ 1

Term (Weeks) _36_ Length of Class Period ____; Term (Weeks) ____ Length of Class Per

Days Absent _5_; Chief Cause ____    Days Absent _7_; Chief Cause ____

| Subjects | Periods Per Week | Marks 1st Sem. | 2nd Sem. | Yr. Av. | Units | Subjects | Periods Per Week | Marks 1st Sem. | 2nd Sem. | Yr. Av. |
|---|---|---|---|---|---|---|---|---|---|---|
| Eng. | 5 | C | D+ | D+ | | Eng. | | | | |
| Ohio Hist. | 5 | C | D | C | | Math | 5 | F | F | F |
| Art | 2 | A | C | B | | Reading | 5 | F | C- | D |
| Music | 2 | F | D | D- | | Science | 5 | F | F | F |
| Math | 5 | C- | D | D+ | | Grammar | 5 | D | D | D |
| Science | 5 | D+ | D- | D | | Am. Hist. | 5 | D | F | D |
| Reading | 5 | D | B | C | | Health | 2 | C | C- | C- |
| Health | 2 | C- | C- | C- | | Music | 2 | B- | B- | B- |
| P.E. | 2 | A | B | B+ | | Art | 2 | A- | B- | B |
| | | | | | | P.E. | 2 | A | A | A |

Credits for Year____    Credits for Year____

Total Credits ____    Total Credits ____

## 4. TEST PROGRAM SUMMARY

### SCHOLASTIC ABILITY

| Name of Test | Form | Date Given | Score | Norm | % ile Rank | I.Q. |
|---|---|---|---|---|---|---|

### ACHIEVEMENT

| Name of Test | Form | Date Given | Score | Grade Equiv. | % ile Rank | Name o |
|---|---|---|---|---|---|---|

**Stanford ACHIEVEMENT TEST**

LAWRENCE  DARYL  D
GR 5  NORMS GR 5.8
LEVEL INTER 1 FORM E
STUDENT NO
OTHER INFO
TEST DATE 3/31/86

AGE 10-11

| SCORE TYPE | WD STUDY SKILLS | READING COMP | VOCAB-ULARY | LISTEN'G COMP | SPELLING | LANGUAGE | CONCEPTS NUMBER |
|---|---|---|---|---|---|---|---|
| RS/NO POSS | 37/ 60 | 54/ 60 | 30/ 36 | 33/ 40 | 29/ 40 | 40/ 53 | 23/ 34 |
| NAT'L PR-S | 30 - 4 | 82 - 7 | 67 - 6 | 63 - 6 | 37 - 4 | 48 - 5 | 42 - 5 |
| LOCAL PR-S | 13 - 3 | 76 - 6 | 58 - 5 | 46 - 5 | 24 - 4 | 25 - 4 | 22 - 3 |
| GRADE EQUIV | 4.1 | 10.1 | 7.0 | 6.9 | 4.8 | 5.4 | 5.4 |

| SCORE TYPE | MATH COMP | MATH APPL | SOCIAL SCIENCE | SCIENCE | USING INFO | TOTAL READING | TOTAL LISTEN'G | TOTAL LANGUAGE | TOTAL MATH | BASIC BAT TOT | COMPLETE BAT TOT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RS/NO POSS | 27/ 44 | 27/ 40 | 48/ 60 | 47/ 60 | 29/ 42 | 91/120 | 63/ 76 | 69/ 93 | 77/118 | 300/407 | 395/527 |
| NAT'L PR-S | 28 - 4 | 37 - 4 | 64 - 6 | 63 - 6 | 32 - 4 | 55 - 5 | 66 - 6 | 42 - 5 | 33 - 4 | 42 - 5 | 48 - 5 |
| LOCAL PR-S | 16 - 3 | 19 - 3 | 59 - 5 | 46 - 5 | 19 - 3 | 35 - 4 | 53 - 5 | 24 - 4 | 16 - 3 | 24 - 4 | 25 - 4 |
| GRADE EQUIV | 5.1 | 5.1 | 6.7 | 6.7 | 4.8 | 6.2 | 6.8 | 5.2 | 5.2 | 5.4 | 5.4 |

PC10005

# Exhibit 58:

# Sonshine Christian Disciplinaries

# STUDENT DISCIPLINE REPORT

School _Sonshine Academy_ Telephone _252-0728_

Student (please print full name) _Daryl Lawrence_   Class ____   Date _11-19-87_

Location, date and time of infraction

Home room teacher _Mr. Hairston_

Counselor or Dean

Person filing Complaint (if other) _D. Jackson_

Telephone and extension

**NOTICE TO PARENT:** Your child has committed an infraction of the school's discipline regulations. Please note the "Recommendation or Action Taken" and discuss this with your child so that it does not happen again.

## INFRACTION

- ☐ Fighting
- ☐ Unsociable language
- ☐ Chronic lateness
- ☐ Argumentative
- ☐ Disturbs class
- ☑ Mischievous
- ☐ Graffiti
- ☐ Carried or used a weapon
- ☐ Disrespectful to staff
- ☐ Defiance of school routines
- ☐ Damage to school property
- ☐ Cutting classes
- ☐ Poor lunchtime behavior
- ☑ _bullying student_

Comment, if necessary: _Daryl has had several warnings about his behavior toward other students._

## RECOMMENDATION OR ACTION TAKEN

- ☐ Student conference held
- ☐ Referral to supervisor
- ☐ Referral to guidance counselor
- ☐ Assigned to new class
- ☐ Detention
- ☐ Disciplinary assignment given: due _____
- ☐ Class suspension until _____
- ☐ School suspension for _____ days
- ☐ Parent conference requested. Please call for an appointment.
- ☑ _paddling_

_D. Jackson_   _Admin._

Authorized Signature   Title

©Copyright 1985—SELECTFORM, INC.
Box 3045, Freeport, NY 11520
Form E101A

TC09177

## STUDENT DISCIPLINE REPORT

**School** Sonshine Christian  **Telephone** 252-0728

**Student (please print full name)** Daryl Lawrence  **Class** Grammar  **Date** 10/25/88

**Location, date and time of infraction** Rm. 201  10/25/88  1:50

**Home room teacher** Mrs. Walker

**Counselor or Dean**

**Person filing Complaint (if other)** Mr. Hairston

**Telephone and extension**

**NOTICE TO PARENT:** Your child has committed an infraction of the school's discipline regulations. Please note the "Recommendation or Action Taken" and discuss this with your child so that it does not happen again.

### INFRACTION

- ☐ Fighting
- ☐ Unsociable language
- ☐ Chronic lateness
- ☑ Argumentative
- ☑ Disturbs class
- ☐ Mischievous
- ☐ Graffiti
- ☐ Carried or used a weapon
- ☐ Disrespectful to staff
- ☐ Defiance of school routines
- ☐ Damage to school property
- ☐ Cutting classes
- ☐ Poor lunchtime behavior
- ☑ *Talking out*

### RECOMMENDATION OR ACTION TAKEN

- ☐ Student conference held
- ☐ Referral to supervisor
- ☐ Referral to guidance counselor
- ☐ Assigned to new class
- ☐ Detention
- ☐ Disciplinary assignment given: due _____
- ☐ Class suspension until _____
- ☐ School suspension for _____ days
- ☒ Parent conference requested. Please call for an appointment.
- ☒ *paddling*

**Comment, if necessary:** Daryl and the entire class had been warned to stop talking during class time. This behavior had been occurring repeatedly for some time.

*Mr. Hairston* — Authorized Signature

*Teacher* — Title

©Copyright 1985—SELECTFORM, INC.
Box 3045, Freeport, NY 11520
Form E101A

TC09183

5 - 21 - 86
_____
Date

Dear Parent,

It was necessary for your child _Daryl_____

to receive _a padding -_____ on _5 - 21 - 86._
(Disciplinary Action)                      (Date)

It is hoped that your child will gain further insight in
the importance of following directions.

Reason: Fighting                    Sincerely,

                                    Mrs Carter
                                    Teacher

Parents' Signature

Comment:

**TC09186**

## STUDENT DISCIPLINE REPORT

| | |
|---|---|
| School | Telephone |
| Sonshire Christian | 252-0728 |

| Student (please print full name) | Class | Date |
|---|---|---|
| Daryl Lawrence | 6th | 2-6-87 |

Location, date and time of infraction
Lunchroom

| Home room teacher | Person filing Complaint (if other) |
|---|---|
| Ms. Sharon Y. Johnson | |
| Counselor or Dean | Telephone and extension |

**NOTICE TO PARENT:** Your child has committed an infraction of the school's discipline regulations. Please note the "Recommendation or Action Taken" and discuss this with your child so that it does not happen again.

### INFRACTION

- ☐ Fighting
- ☑ Unsociable language
- ☐ Chronic lateness
- ☑ Argumentative
- ☐ Disturbs class
- ☐ Mischievous
- ☐ Graffiti
- ☐ Carried or used a weapon
- ☐ Disrespectful to staff
- ☐ Defiance of school routines
- ☐ Damage to school property
- ☐ Cutting classes
- ☑ Poor lunchtime behavior
- ☐ _____

### RECOMMENDATION OR ACTION TAKEN

- ☐ Student conference held
- ☐ Referral to supervisor
- ☐ Referral to guidance counselor
- ☐ Assigned to new class
- ☐ Detention
- ☐ Disciplinary assignment given: due _____
- ☐ Class suspension until _____
- ☐ School suspension for _____ days
- ☐ Parent conference requested. Please call for an appointment.
- ☒ paddling (3 swats)

Comment, if necessary: Daryl wants to fight and call people names very quickly. He called a girl a "female dog." * Please let me know you received this note.

Signature: _Sharon Y. Johnson_   Title: Teacher
Authorized Signature

©Copyright 1985—SELECTFORM, INC.
Box 3045, Freeport, NY 11520
Form E101A

TC09189

## STUDENT DISCIPLINE REPORT

**School** _Sonshine_  **Telephone** _252-0128_

**Student** (please print full name) _Daryl Lawrence_  **Class** _203 6th_  **Date** _2/24/89_

**Location, date and time of infraction** _Lunchroom_

**Home room teacher** _Johnson_

**Person filing Complaint** (if other)

**Counselor or Dean**  **Telephone and extension**

**NOTICE TO PARENT:** Your child has committed an infraction of the school's discipline regulations. Please note the "Recommendation or Action Taken" and discuss this with your child so that it does not happen again.

### INFRACTION

- ☐ Fighting
- ☐ Unsociable language
- ☐ Chronic lateness
- ☐ Argumentative
- ☐ Disturbs class
- ☐ Mischievous
- ☐ Graffiti
- ☐ Carried or used a weapon
- ☐ Disrespectful to staff
- ☐ Defiance of school routines
- ☐ Damage to school property
- ☐ Cutting classes
- ☑ Poor lunchtime behavior
- ☑ _distroying others' property_

**Comment, if necessary:** _Taking a girls purse, breaking it. Loud and rough in lunchroom_

### RECOMMENDATION OR ACTION TAKEN

- ☐ Student conference held
- ☐ Referral to supervisor
- ☐ Referral to guidance counselor
- ☐ Assigned to new class
- ☐ Detention
- ☐ Disciplinary assignment given: due _____
- ☐ Class suspension until _____
- ☐ School suspension for _____ days
- ☐ Parent conference requested. Please call for an appointment.
- ☑ _Paddling (2 swats)_

©Copyright 1985—SELECTFORM, INC.
Box 3045, Freeport, NY 11520
Form E101A

X _Parental signature_

_A. Johnson_
Authorized Signature

_Teacher_
Title

TC09190