# Exhibit 59:

# Corpus Christi School Record

NAME: **Lawrence, Daryl**

## ACADEMIC AND ATTENDANCE RECORD

Code: OPTION 1 — E - Excellent          G - Good          S - Satisfactory          F - Fair          U - Unsatisfactory
OPTION 2 — If a subject is ungraded, indicate the grade with which the content is usually associated. No rating is required.
KINDERGARTEN — S - Satisfactory          U - Unsatisfactory

| YEAR | 1980-81 | 1981-82 | 1982-83 | 1983-84 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | TEACHER | GRADE | DATE | SCHOOL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRADE | K | 1 | 2 | 3 | | | | | | | | | | | |
| Religion | S | S | G | S | | | | | | | | M. P. Held | K | 5/29/81 | Corpus Christi |
| Reading | S | F | S+ | F | | | | | | | | Sr. Sharon Kerscher | 1 | 1981-82 | Corpus Christi |
| Language | | | G | F | | | | | | | | Marie L. Frey | 2 | 82-83 | " " |
| Spelling | | F | G | F | | | | | | | | Maryann B. Kane | 3 | 83-84 | " " |
| Handwriting | | F | S | F | | | | | | | | | | | |
| Mathematics | S | S | S | F | | | | | | | | | | | |
| Social Studies | | F | G | F | | | | | | | | | | | |
| Science | | F | G | S | | | | | | | | | | | |
| Health | | | G | | | | | | | | | | | | |
| Physical Education | S | S | G | S | | | | | | | | | | | |
| Music | S | S | S+ | | | | | | | | | | | | |
| Art | S | S | G | | | | | | | | | | | | |
| Study Skills | | F | F | F | | | | | | | | | | | |
| Character Development | S | S | S | S | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Days Present | 138 | 164 | 156 | 165 | | | | | | | | | | | |
| Days Absent | 33 | 15 | 22 | 13 | | | | | | | | | | | |
| Times Tardy | 0 | 9 | 5 | 12 | | | | | | | | | | | |

LEARNING IMPAIRMENT:          Vision _____          Hearing _____          Other _____

IN CASE OF TRANSFER TO ANOTHER SCHOOL:

Reading Series: _____          Name of Publisher: _____          Grade or Level: _____

Math Series: _____          Name of Publisher: _____          Grade or Level: _____

Other: _____          Name of Publisher: _____          Grade or Level: _____

PC10023

# Exhibit 60:

# Daryl, Leondra, Ricco, Djuana Xmas 1984 Photo



Christmas 84

PC15533

# Exhibit 61:

# Leondra Lawrence Mt. Carmel Medical Records Excerpt

Mount Carmel West

05/20/03 20:53
Page: 12

Flowsheet Report
From 05/16/03 10:28  To 05/19/03 20:53

--------------------------------------

| FLOWSHEET | 05/18 | | | 05/19 | |
|---|---|---|---|---|---|
| **Invasive Lines-Cont.** | DAYS | EVES | NIGHTS | DAYS | EVES |
| | | PICC single lumen _LC 20:58_ | | | |
| IV Site Check | | q 2 hours _LSB 18:30_ <br> q 2 hours _LC 22:48_ | q 2 hours _LC 06:30_ | | |
| **Nurses Notes** | DAYS | EVES | NIGHTS | DAYS | EVES |
| Note | | | | | RR 16:00 & <br> RR 16:01 & |
| Note | | | | | RR 16:00 & |

05/19/03 16:00 Note(RR): Patient was in the process of getting an acute abd. series. First set was completed,
patient was set up and began to vomit. After vomiting patient asked to use to
restroom. She was assisted up to the bedside commode. Patient urinated and had a bowel

05/19/03 16:00 Note(RR): movement. Patient was assisted back to bed were she had another bowel movement. She
was cleaned up and repositioned backin bed. At that time her breathing changed to very
shallow with peroids of apnea. Karen Droll was called into the room within

05/19/03 16:01 Note(RR): minutes no signs of spontaneous respirations. No heart sounds heard by ascultation.
Family and physican (Dr. Taylor) notified.

| Assessment | DAYS | EVES | NIGHTS | DAYS | EVES |
|---|---|---|---|---|---|
| **BILAT POST TIB** | | | | | |
| Pulses | 1=weak _LSB 10:00_ | | | | |
| **BILAT DORS PEDAL** | | | | | |
| Pulses | 1=weak _LSB 10:00_ | 1=weak _LC 20:58_ | | | |
| **GENERALIZED** | | | | | |
| Edema | NONPITTING: mild _LSB 10:00_ | | | | |
| **OncologyPlnOfCar** | DAYS | EVES | NIGHTS | DAYS | EVES |
| Current Problem | | knowledg deficit palliative care _LC 20:58_ | knowledg deficit palliative care _LC 00:07_ | knowledg deficit palliative care _RR 09:30_ | |
| Interventions | | education chk/skin brkdown emotional supprt foods of choice monitor VS oral care prioritize activ (modified) _LC 20:58_ | education chk/skin brkdown emotional supprt foods of choice monitor VS oral care prioritize activ _LC 00:07_ | education chk/skin brkdown emotional supprt encourage fluids foods of choice monitor I/O monitor VS oral care prioritize activ _RR 09:30_ | |
| **EXPECTED OUTCOME** | | | | | |
| Palliative Care | | EVAL Q24 HOURS pain managed symptom control accept plan care _LC 20:58_ | EVAL Q24 HOURS pain managed symptom control accept plan care _LC 00:07_ | EVAL Q24 HOURS pain managed symptom control accept plan care _HH 09:30_ | |

BENTLEY, LINDA S(LSB)3127 RN          COTTRILL, LORI(LC)3113  RN          REED, REBECCA(RR)3113  RN

*3T41-01*  Name: LAWRENCE, LEONDRA E.   MD: CLINIC, MEDICINE
Sex: F   Age: 58Y  Dob: 11/10/1944  Adm: 05/16/03 10:28  Patient ID: 2024018448   Med Rec No: 401996

CONTINUED

# Exhibit 62:

# Algenon Lopez Death Certificate

VERIFY PRESENCE OF ODH WATERMARK — HOLD TO LIGHT TO VIEW

I HEREBY CERTIFY THIS
DOCUMENT IS AN EXACT
COPY OF THE RECORD ON FILE WITH
THE OHIO DEPARTMENT OF HEALTH.

SP 22 09 000 404

JUDITH B. NAGY, STATE REGISTRAR
OFFICE OF VITAL STATISTICS
WITNESS MY SIGNATURE & SEAL

# OHIO DEPARTMENT OF HEALTH
## DIVISION OF VITAL STATISTICS
## CERTIFICATE OF DEATH

Reg. Dist. No. 25
Primary Reg. Dist. No. 2501
State File No. 094507
Registrar's No. 7853

| DECEASED—NAME First | Middle | Last | SEX | DATE OF DEATH (Month, Day, Year) |
|---|---|---|---|---|
| 1. Algenon | P. | LOPEZ | 2. Male | 3. December 19, 1973 |

| RACE White, negro, american indian, etc. (Specify) 4. Negro | AGE—Last birthday (years) 5a. 41 | UNDER 1 YEAR Mos. Days 5b. | UNDER 1 DAY Hours Min. 5c. | DATE OF BIRTH (Month, Day, Year) 6. Nov. 17, 1932 | COUNTY OF DEATH 7a. Franklin |

| CITY, VILLAGE, OR LOCATION OF DEATH 7b. Columbus | INSIDE CITY LIMITS (Specify yes or no) 7c. Yes | HOSPITAL OR OTHER INSTITUTION—NAME (If not in either, give street and number) 7d. University Hospitals of Columbus |

| STATE OF BIRTH (If not in U.S.A., name country) 8. Ohio | CITIZEN OF WHAT COUNTRY 9. U.S.A. | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify) 10. Married - Sep. | SURVIVING SPOUSE (If wife, give maiden name) 11. Gloria Stewart |

| SOCIAL SECURITY NUMBER (redacted) | WAS DECEASED EVER IN U.S. ARMED FORCES? (Yes, no, or unknown) 12b. No | (If yes, give war or dates of service) |

| USUAL OCCUPATION (Give kind of work done during most of working life, even if retired) 13a. Laborer | KIND OF BUSINESS OR INDUSTRY 13b. Construction |

| RESIDENCE—STATE 14a. Ohio | COUNTY 14b. Franklin | CITY, VILLAGE OR LOCATION 14c. Columbus | INSIDE CITY LIMITS (Specify yes or no) 14d. Yes | STREET AND NUMBER 14e. 1457 Bryden Road |

| FATHER—NAME First | Middle | Last | MOTHER—MAIDEN NAME First | Middle | Last |
|---|---|---|---|---|---|
| 15. Manuel | | Lopez | 16. Sarah | Ethel | Walker |

| INFORMANT—NAME 17a. Mrs. Gloria Lopez | MAILING ADDRESS (Street or R.F.D. no., city or village, state, zip) 17b. 1180 East 99th Street Cleveland, Ohio 44108 |

**PART I. DEATH WAS CAUSED BY:** [ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c)]

| | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| 18. IMMEDIATE CAUSE (a) Renal Failure | 24 hrs |
| Conditions, if any, which gave rise to immediate cause (a), stating the underlying cause last. DUE TO, OR AS A CONSEQUENCE OF: (b) Liver Failure | years |
| DUE TO, OR AS A CONSEQUENCE OF: (c) Common Airborn (5110) | years |

| PART II. OTHER SIGNIFICANT CONDITIONS: Conditions contributing to death but not related to cause given in part I (a) | AUTOPSY (Yes or no) 19a. Yes | IF YES were findings considered in determining cause of death 19b. |

| ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (Specify) 20a. | DATE OF INJURY (Month, Day, Year) 20b. | HOUR 20c. M | HOW INJURY OCCURRED (Enter nature of injury in part I or part II, item 18) 20d. |

| INJURY AT WORK (Specify yes or no) 20e. | PLACE OF INJURY At home, farm, street, factory, office bldg., etc. (Specify) 20f. | LOCATION 20g. | (Street or R.F.D. no., city or village, state, zip) |

| CERTIFICATION—PHYSICIAN: I ATTENDED THE DECEASED FROM 21a. 11/12/73 TO 21b. 12/19/73 | AND LAST SAW HIM/HER ALIVE ON Month Day Year 21c. 12/19/73 | I DID/DID NOT VIEW THE BODY AFTER DEATH 21d. DID | DEATH OCCURRED (HOUR) 21e. 2 30 P M. | At the place, on the date, and, to the best of my knowledge, due to the cause(s) stated. |

| CERTIFICATION—CORONER: On the basis of the examination of the body and/or the investigation, in my opinion, death occurred on the date and due to the cause(s) stated. 22a. (signature) Mar. 2 30 P.M. | Hour of death | The decedent was pronounced dead Month Day Year Hour 22b. 12 19 73 2 30 P M. |

| CERTIFIER—NAME (Type or print) 23a. PHILIP CATALANO | SIGNATURE 23b. Philip A. Catalano M.D. | Degree or title | DATE SIGNED 23c. 12/19/73 |

| MAILING ADDRESS—CERTIFIER 23d. OSU Dept of Surgery | STREET OR R.F.D. NO. | CITY OR VILLAGE Columbus | STATE Ohio | ZIP 43803 |

| BURIAL, CREMATION (Specify) 24a. Burial | DATE Dec. 27, 24b. 1973 | NAME OF CEMETERY OR CREMATORY 24c. Evergreen Mem. Park | LOCATION (City, village, or county) (State) 24d. Bedford, Ohio |

| NAME OF EMBALMER 25. William F. Boyd I | (LIC. NO.) 4662-A | FUNERAL DIRECTOR'S SIGNATURE 26. William F. Boyd | (LIC. NO.) 3162 |

| FUNERAL FIRM AND ADDRESS 27. E.F. Boyd & Son, Inc. | (STREET NO.) 2165 East 89th Street | (CITY) Cleveland, | (STATE) | (ZIP) 44106 |

| DATE REC'D BY LOCAL REG. 12.21.73 | REGISTRAR'S SIGNATURE 29. Blanche V. Foster | DATE PERMIT ISSUED 30. 12-26-73 | SIGNATURE OF PERSON ISSUING PERMIT 31. R.R. Gerber MD | DIST. NO. |

PC11580

G34170L5

PC11581

VERIFY PRESENCE OF ODH WATERMARK HOLD TO LIGHT TO VIEW