# Exhibit 71:

# Grant Hospital Records Excerpt



| | | |
|---|---|---|
| OhioHealth **Grant Medical Center** 111 South Grant Ave. Columbus, OH 43215 .4-566-9270 | Emergency Department Assessment Sheet **\*EDREC\*** | MR # 458274  Sex: Male  DOB: 04/19/1975  Name: **Lawrence, Daryl M** Phone: 6142530412 Address: 34 WINNER AVE, COLUMBUS, OH 43203 Unit Code: **EDEPA**  Account # 0500920130  Age: 29 ED Chart # : ED487962 |

Note: 1 L of NS hung @ approx 100 cc per hr.

**13:32 01/09/2005 - Response to Medication -- LAURA JACKSON RN**
Medication: Levaquin

**13:40 01/09/2005 - Response to Medication -- LAURA JACKSON RN**
Medication: Morphine

**13:57 01/09/2005 - Final Order Results -- REG$**
Type of Order: LAB
Filler Number: GR 0094198402
Note: Procedure: CBC
Procedure Notes:
Result:

| WBC | 11.7 K/CMM | 4.5-11.0 | H |
| RBC | 3.38 M/CMM | 4.50-5.90 | L |
| HGB | 11.5 GM/DL | 13.5-17.5 | L |
| HCT | 33.9 % | 41.0-53.0 | L |
| MCV | 100 FL | 80-100 | N |
| MCH | 33.9 PG | 26.0-34.0 | N |
| MCHC | 33.8 G/DL | 31.0-37.0 | N |
| RDW | 11.5 % | 11.6-14.8 | L |
| PLT | 330 K/CMM | 150-400 | N |
| MPV | 8.3 | 7.5-10.7 | N |

**13:57 01/09/2005 - Final Order Results -- REG$**
Type of Order: LAB
Filler Number: GR 0094198403
Note: Procedure: DIFFERENTIAL
Procedure Notes:
Result:

| NEUTS | 80.6 % | | N |
| LYMPHS | 11.2 % | | N |
| MONOS | 7.6 % | | N |
| EOSIN | 0.3 % | | N |
| BASO | 0.3 % | | N |
| ABS NEUTS | 9.50 K/UL | 1.70-7.00 | H |
| ABS LYMPHS | 1.30 K/UL | 0.90-4.00 | N |
| ABS MONOS | 0.90 K/UL | 0.30-0.90 | N |
| ABS EOS | 0.00 K/UL | 0.05-0.50 | L |
| ABS BASO | 0.00 K/UL | 0.00-0.30 | N |

**13:58 01/09/2005 - Medication Administered -- LUANN SWEPSTON RN**
Medication: Dilaudid
Dose: 1
Units: mg
Route: IM
Note: Medicated per VO DR. Schmidt.

**14:04 01/09/2005 - Supporting Documentation -- LUANN SWEPSTON RN**
Ordering Physician: SCHMIDT MD, DAVID W
Medication Orders: Dilaudid

**14:11 01/09/2005 - Final Order Results -- REG$**
Type of Order: LAB
Filler Number: GR 0094198407
Note: Procedure: PROTIME
Procedure Notes: INR - DURING THE INDUCTION PHASE OF ORAL ANTICOAGULA-
TION,
THE INR MAY NOT REFLECT THE ANTICOAGULATION STATUS OF THE PATIENT.
THERAPEUTIC RANGES FOR INR'S ARE: MOST CLINICAL SITUATIONS:  INR
2.0 - 3.0 MECHANICAL PROSTHETIC VALVES:  INR 2.5 - 3.5 CRITICAL:
INR  5.0
Result:

| PROTIME | 10.0 SEC | 9.1-12.1 | N |
| INR | 1.0 | 0.8-1.1 | N |

**14:11 01/09/2005 - Final Order Results -- REG$**
Type of Order: LAB
Filler Number: GR 0094198408
Note: Procedure: APTT
Procedure Notes: APTT - PLEASE NOTE: CURRENT THERAPEUTIC RANGE FOR
APTT'S
50-90 SECONDS EFFECTIVE 04/07/04 09:00
Result:

| APTT | 27.1 SEC | 23.0-34.0 | N |

**14:12 01/09/2005 - Final Order Results -- REG$**

---

Type of Order: LAB
Filler Number: GR 0094198404
Note: Procedure: CHEM PANEL 7
Procedure Notes:
Result:

| SODIUM | 139 MEQ/L | 135-145 | N |
| POTASSIUM | 3.4 MEQ/L | 3.5-5.1 | L |
| CHLORIDE | 101 MEQ/L | 98-108 | N |
| CO2 | 24 MMOL/L | 21-32 | N |
| BUN | 8 MG/DL | 8-25 | N |
| CREATININE | 0.9 MG/DL | 0.5-1.3 | N |
| GLUCOSE | 100 MG/DL | 65-105 | N |
| BUN/CR RATIO | 8.9 | 10.0-20.0 | L |
| ANION GAP | 17.4 | 10.0-20.0 | N |
| CAL OSMO | 272 | | N |

**14:28 01/09/2005 - Preliminary Order Results -- REG$**
Type of Order: XRAY
Filler Number: 1412606820937
Note: Procedure: XR CHEST PA/AP
Procedure Notes:
Result:

1/9/05 CHEST, LEFT HUMERUS, LEFT HAND, LEFT FOREARM

CHEST: The cardiac silhouette and pulmonary vascularity are normal
and the peripheral lung fields clear.

LEFT HUMERUS: The shaft of the humerus is intact without a fracture
or focal osseous pathology.

LEFT FOREARM: There is a metallic foreign body similar to a bullet
in the volar surface of the forearm. They are 2 in number. The
largest is located 10cm proximal to the distal articular surface and
measures 2.1cm. The 2nd is also in the volar soft tissues and is
4.5cm proximal and measures in greatest transverse diameter 8mm.

IMPRESSION: 2 radiopaque foreign bodies consistent with bullet
fragments in the forearm volar soft tissues as described above.

LEFT HAND: There has been an amputation \*\* F U L L  R E S U L T  T O O  L
A R G E  T O  B E  V I E W E D  H E R E ;  P L E A S E  R E F E R  T O  C
H A R T ! \*\*

**14:28 01/09/2005 - Preliminary Order Results -- REG$**
Type of Order: XRAY
Filler Number: 1412607020994L
Note: Procedure: XR FOREARM LEFT
Procedure Notes:
Result:

1/9/05 CHEST, LEFT HUMERUS, LEFT HAND, LEFT FOREARM

CHEST: The cardiac silhouette and pulmonary vascularity are normal
and the peripheral lung fields clear.

LEFT HUMERUS: The shaft of the humerus is intact without a fracture
or focal osseous pathology.

LEFT FOREARM: There is a metallic foreign body similar to a bullet
in the volar surface of the forearm. They are 2 in number. The
largest is located 10cm proximal to the distal articular surface and
measures 2.1cm. The 2nd is also in the volar soft tissues and is
4.5cm proximal and measures in greatest transverse diameter 8mm.

IMPRESSION: 2 radiopaque foreign bodies consistent with bullet
fragments in the forearm volar soft tissues as described above.

LEFT HAND: There has been an amputation \*\* F U L L  R E S U L T  T O O  L
A R G E  T O  B E  V I E W E D  H E R E ;  P L E A S E  R E F E R  T O  C
H A R T ! \*\*

| SOLUTIONS | | Start | Stop | 00:00 - 07:00 | 07:01 - 15:00 | 15:01 - 23:59 |
|---|---|---|---|---|---|---|
| CLINDAMYCIN [ CLEOCIN OR EQUIVALENT ] DEXTROSE 5%/WATER [ D5/W ] INTRAVENOUS    EVERY SIX HOURS Infuse Over 30 MINUTES | 600 MG/4 ML 50 ML | 01/09 22:00 DMR | 01/14 16:01 | 04:00    0400 0000 | 10:00  1200 mr | 16:00  1800 22:00  mr |
| DEXTROSE 5%/NACL 0.45% INTRAVENOUS    100 ml/hr ON DEMAND KVO WHEN DRINKING WELL | 1,000 ML | 01/09 20:00 DMR | | | P 1400 mr | |
| GENTAMICIN [ GENTAMICIN SULFATE ] SODIUM CHLORIDE 0.9% [ NACL 0.9% ] INTRAVENOUS    EVERY 24 HOURS Infuse Over 30 MINUTES | 390 MG/9.75 ML 50 ML | 01/09 22:00 DMR | 01/13 22:01 | | | 22:00 |

Allergies: **PENICILLINS**

| DOB: **04/19/1975**   Age: 29 | Site Code | Reason for Omission | INT | SIGNATURE | INT | SIGNATURE |
|---|---|---|---|---|---|---|
| Weight: 170 lbs /77.11 kg   BSA  1.85 m² | D - Deltoid | C - Time Change | | R. Danan | | |
| Height:    5'5"/165 cm | G - Gluteus | Low - Low HR/BP/RR | | | | |
| DX: LUE COMPARTMENT SYNDROME, MEDICAL CLEARANCE | T - Thigh AB - Abdomen | M - Med Not Avail N - NPO | | | | |
| Adm: 01/09/05    Sex: M | Z - Z Track | Ref - Refused | | | | |
| DR: SCHMIDT,DAVID W MD | O - Other | P - IV/NG Not Patent | MAR Verified by: | Administration period: | | |
| 0500920130    0000458274 | Right - Right Left - Left | S - Sleeping U - Pt Off Unit | | 01/12/2005 00:00 to 01/12/2005 23:59 | | |
| **ROBISH, CARMEN    709-A** | | V - Emesis/Nausea | | Page: 2 of 3 | | |

# Exhibit 72:

# FBI Scale Drawing of Fifth Third Bank



Fifth Third Bank
6265 East Broad Street
Columbus, Ohio

SCALE IN FEET

0
5
10
15
20
24

# Exhibit 73:

# Crime Lab Report of Uniform Shirt

# CRIME LABORATORY REPORT

| | | |
|---|---|---|
| .og #  162-05 | Property #  05-370 | Date Received:  01-19-05 |
| Investigating Officer:  J. McCoskey | | Date Completed:  07-10-05 |

**RESULTS OF EXAMINATION:**

The bullet hole and surrounding area in the white uniform shirt, PR# 05-370, was macroscopically and microscopically examined.  No evidence of a "close" gun shot wound was observed.

Mark J. Hardy
**Mark J. Hardy**
**Criminalist, Firearms**

This report is issued by the Columbus Police Crime Laboratory, 520 King Avenue, Columbus, Ohio 43201. Phone: 614-645-4911. Examination documentation and any demonstrative evidence supporting laboratory conclusions are maintained by the Columbus Division of Police Crime Laboratory. Articles were returned to the Property Room.

TC24690

# Exhibit 74:

# Dickerson Handwritten Statement

Brian Dickerson

I was walking up to the Broad St door of 5/3 when I looked into the door I heard shots people falling to the floor and I saw a man running to the McNaughten side door shooting behind himself. Ran into the door. Busting the Glass I saw him Run out the side door and went to South side of Bank I went to car, got in, dialed 911

from outside the Bank he looked like he was 5'9 to 5'10 wearing a gray hooded JACKET talked to 911 until others police Arrived with Medics

I believe he was shooting Right handed

Brian Dickerson

Reynoldsburg, OH

1970

Fifth Third Bank originals 1-6-05

**CSBP194**      **TC08225**

# Exhibit 75:

# Dickerson FBI Statement

01/13/2005

      BRIAN DICKERSON, DOB ███/1970, SSAN ██████████ is employed at the Certified Oil Gas Station, ████████████ where he works as the Station Manager. DICKERSON stated that he maintains an office telephone number of ███ ██████ and a home address of ██████████████████████ ██ ██, Reynoldsburg, Ohio ███████. DICKERSON stated that he arrived at the Fifth Third Bank on East Broad Street at approximately 10:40 am for the purposes of making a bank deposit. DICKERSON stated he was about to enter the aforementioned bank from the Broad Street side when he saw an individual lying down on the floor of the bank. DICKERSON stated that as he walked up to the door of the bank he then heard approximately six shots and observed an unknown subject (unsub) running from the teller area towards the exit doors located on the cNaughten side of the bank.

      DICKERSON observed the unsub firing back towards the teller line and attempting to exit the bank. DICKERSON stated that he observed the unsub crashing through the enter door of the bank lobby to the vestibule and fall down. DICKERSON stated that the unsub picked himself up and exited the bank. He turned left running south away from the bank. DICKERSON stated that at this point he never entered the bank but did turn away and called 911 advising the dispatcher of the shooting at the bank. DICKERSON advised that he attempted to watch the unsub after he left the bank but was distracted by the 911 call and did not see him after he left the area. DICKERSON described the unsub as being:

        sex - male
        race - unable to determine due to the facial covering
        height - approximately 5'7 to 5'9
        weight - 160 to 170
        build - stocky due to the bulky clothes he was wearing
        clothes - gray hoody sweatshirt, pants color unknown,
shoe color unknown, weapon observed automatic 8 to 10 inches long.

      DICKERSON stated that he never did get a good look the unsub and stated that he would not be able to identify him at a later date.

---------------------------------------------------------------------

# Exhibit 76:
# Rader CPD Summary

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | | SUMMARY NO. 39 | PAGE 1 |
|---|---|---|---|
| OFFENSE HOMICIDE | | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE SANDRA LADLEY #357 | DETECTIVE | | SERGEANT |

## INFORMATIONAL SUMMARY #39

Subject:  Interview of:  **DEBORAH K. RADER**
**FEMALE/WHITE**
**53 YEARS OF AGE**
**DOB:** ▉/51
**ADDRESS:** ▉
**SUMMIT STATION, OHIO** ▉

**HOME PHONE:** ▉
**EMPLOYER:** **FIFTH THIRD BANK**
▉
**COLUMBUS, OHIO**

**WORK PHONE:** ▉
**WORK DAYS:** **MONDAY THROUGH SATURDAY ROTATING SATURDAYS, USUALLY FROM 7:30 A.M. TO 5:00 TO 5:30 P.M.**

On January 6, 2005, I, first shift Homicide Detective Sandra Ladley, Badge #357, had the opportunity to interview **DEBORAH RADER** at 12:20 P.M. while in the facility at 50 McNaughten Road.

Deborah related she shows up at the bank to unlock the doors, either herself or another manager, every day. Deborah related she turns on the lights and the computers. Deborah related as she arrived this morning, **ROBERT** (being **OFFICER SAGLE**) was there and was sitting in his car for a while. Deborah related she had a meeting at 8:00 A.M. in the basement and was in the basement until around 10:00 A.M. When she (Deborah) came back upstairs, Officer Sagle was gone and Officer Hurst was there. Deborah related she went to her desk and began working when she heard someone yelling, telling people to "**Get down.**" This individual then walked straight to the teller window. Deborah related she got down under her desk and then she heard shots. She don't know how many shots and then suddenly the shooting stopped and it got quiet. Deborah related she looked over at **MICHELLE**, the co-manager, who was crying and shivering while down on the floor. Deborah related she looked over, seeing people still lying on the floor and thought, "**Oh God, they were dead.**" Deborah related she told the people on the floor to get up. Michelle, at this time, ran and locked the doors and Deborah saw glass on the floor from the doors and told the people to get up off of the floor. Deborah related she then said, "**Where's Brian?**" Deborah related Brian

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | | SUMMARY NO. 39 | PAGE 2 |
|---|---|---|---|
| OFFENSE HOMICIDE | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 | |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | DATE OF OFFENSE JANUARY 6, 2005 | |
| DETECTIVE SANDRA LADLEY #357 | DETECTIVE | SERGEANT | |

was lying by the drinking fountain on the floor in front of the teller window. There is a door that goes back to the teller line. According to Deborah, Brian was lying on the floor not moving.

Deborah related the alarms were pushed. She was sitting on the floor calling 911. A recording came on three or four times. It was about then the police showed up and started moving people together.

Deborah was asked if she could describe the suspect. Deborah related she thought he was wearing some type of windbreaker type jacket, not wool or flannel, but she remembers something red and yellow, bright colors. Deborah related his face was covered with possibly a hood and the suspect pointed a gun. Deborah added that all the clothing the suspect was wearing was dark around the hands and head.

Deborah added when she heard this shouting, it came to her that she had heard this shouting before, exactly the same type of yelling, swearing and this would have been back in January, she believes the 22nd of 2004 when the bank was also robbed. The individual that robbed the bank in January also had a gun, was swearing a lot, using the "F" word and also told everybody to get down. Deborah believes this was between 10:15 and 10:30 A.M.

According to Deborah, **BRIAN**, a customer from the Sunoco was on the lot and had seen the glass break. Brian got back in his car and drove back and forth on the lot. Brian had evidentially told Deborah the suspect ran south on McNaughten toward the building at 50 McNaughten.

Deborah added there were five employees working on the floor. There were two managers, a drive-thru teller and two tellers on the line. There were also three employees downstairs. When the gunman came in, they were coming upstairs and told to get on the floor.

According to Deborah, the gunman entered through the west side door. Deborah again related she remembers this voice and gun from a previous robbery in January of 2004.

Deborah at this time could offer no further information and the interview with her was concluded.

**CSBP196**

TC1678722

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 39 | PAGE 3 |
|---|---|---|

| OFFENSE HOMICIDE | | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
|---|---|---|---|
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE SANDRA LADLEY #357 | DETECTIVE | | SERGEANT |

It should be noted that this interview was audiotaped.

The investigation continues.

DETECTIVE SANDRA LADLEY #357
Homicide Squad, First Watch

:SL
1/18/05

:sfp
2/3/05

**CSBP197**

TC16788-723

# Exhibit 77:

# Johnson Handwritten Statement

FEB-10-2006 FRI 12:49 PM   FAX NO.   P. 07

Phone #

DOB [ ] / [ ] / 1973

Michelle Johnson

Pickerington OH

SSN #

I heard some one yelling to get through the door 3 people came falling through the door. then a man with a ski mask ran in after them yelling to get down on the floor. He had a gun aimed at the teller line. I heard 2 or 3 shots then he ran out the front door. The police officer came out from behind the line with his gun pointed. I went back under the desk waited a few minutes then came back up to see the officer down. The man was gone.

when I heard him yell get down on the ground I went under the desk and pressed the alarm.

# Exhibit 78:

# Arnold Handwritten Statement

NAME: Erica Arnold          address: ▮▮▮ ▮▮▮▮▮▮▮▮ ▮
                                     WESTERVILLE OH 43081
PHONE: ▮▮▮▮ ▮▮▮          DOB: ▮▮▮.1973
     home ph: ▮▮▮▮      SSN ▮▮▮▮▮

I was in the basement of the facility. I had just said Goodbye to 3 employees who were attending class downstairs.   : Andrea Ross
                                Heather Clifton
                                Warren Cox

    I was speaking with my co-worker, Heather Kinney, when I heard shouting. It sounded initially like a father shouting at a child - so Heather & I paused in our conversation. Then we heard several loud shots. (Sounded like more than 5 - perhaps 7?)

        I moved from Heather's office went into My office & dialed "911".

Heather & I remained in my office with the 911 orperator on the line until after ~~Warren Cox~~ Michelle Johnson came downstairs & told us the on-duty cop had been shot. She was visibly distraught. She left and Warren Cox came down to check on us and tell us a little of what happened.

**CSBP201**                                                    **TC08243**

# Exhibit 79:

# Kinney Handwritten Statement

FEB-10-2006 FRI 12:50 PM                    FAX NO:                    P. 09

Heather Kinney

[redacted]

I was in the basement, in my office, talking with Erica Arnold. She had just sent 3 employees, who had been here in Training, upstairs to leave. A few minutes after they left, we heard screams, men's voices, shooting. I did not hear what they said, maybe 3 to 5 seconds after that, about 5 loud noises, booms (that I later learned were gunshots), and glass breaking. Erica and I ran into her office next door where she called 911.



Heather T. Kinney

Home [redacted]

Galloway, OH [redacted]

dob [redacted] /74

**CSBP204**                    **TC08227**