# Exhibit 80:

# Rader Handwritten Statement

1/16/05

heard yelling, looked up & saw a man with a gun pointed at the teller line — then I heard gun shots & glass break.

The gunman said to get down! Some people from training class were coming up stairs & the gunman had them get down.

**CSBP198**                    **TC08223**

2.

1. He actually had them into
line. I got under my desk &
before I did I looked over
at Michelle & she was getting
down too!

It reminded me of our Robbery
6 year ago in as much as the
yelling & the way the gunman
entered (the same doors)

DEBBIE
BADER

**CSBP199**　　　　　　　　　**TC08224**

# Exhibit 81:

# Large Handwritten Statement

The Robbery        1/6/05

I was sitting at the desk, calling to verify funds on 2 checks from the ATM, I heard a comotion, but was still listening to the menice of the other bank. I heard yelling - get your hand up - get your hand up!!! I hung up the phone and stood up with my hands up. Before I could move I heard gun shots. I saw Angie and Amanda crouched on the floor by my window. When I heard the shots begin I looked over at Bryan at the other end of the teller line. I saw him reach for his gun. An arm and gun came over the counter as Bryan ripped his gun from the holster. Gun shots kept up. Bryan's gun fired before he got it up over the counter. Then he was standing with both hands on his gun, on top of the counter - shooting as fast as he could. I could see the shell casings flying and

*(margin note:)* I heard Angie say Bryan were being robbed

the gunpowder smoke from the gun. The odor from the gun fire was strong in the air. I realized what was happening and got down on the floor under the desk. I could see Angie and Amanda from under the desk and still heard shots. Then the quiet came, I peeked out from the desk. Angie started to get up but Amanda pulled to to stay down. I waited a little longer and ~~came~~ stood up along with Angie and Amanda I grabbed the phone to call 911 to report the attempted robbery. Then Angie started screaming Bryan's hurt. The phone won't work. Officer down - Officer down "~~Bryan stay with me~~ - Bryan -" All I got was a recording, I held for a bit but needed a real person so I hung up and called again. I got the same

CSBP161                                    TC08244

recording. I had Amanda hand me my purse and I called from my cell phone — still a recording. The controll room called, I told her we were robbed and needed help right away because Bryan was shot — send help. I hung up the phone and went over to Angie — she was hysterical. I tried to calm her by telling her it would be OK — God would take care of Bryan. I tried to get the emergency signs out to put them up I called out to the others "Are the doors locked?" Did anyone lock the doors? I found the signs, but Warren said don't bother the Police are here and they won't let anyone in. Then I saw Bryan again lying on the floor, someone was doing CPR. They stopped and moved him. Dragging him by the feet out of the hall so they could put him on the gurney and take him

I also to call Xray Said Today

CSBP162 TC08241

When the police first arrived they came in with big guns and told us all to stay down. I remember them asking for descriptions, where he went etc.

to the hospital. Angie was screaming "You're hurting him. Can't you be more careful?" It was an awful sight - Bryan lying on the floor. His eyes were open with a blank stare, blood was coming from his mouth and was on the carpet under his head. His shirt was ripped open to expose his chest, his bullet proof vest was open lying on the floor beside him along with the buttons from his shirt. I didn't see his gun. I tried to keep people from walking through the area but it was everywhere from the front of the bank to the back. I came out to the lobby and saw Michelle + Debbie. Warren, Andrea and Heather went into the conference room. Erica and Heather came upstairs. I don't remember everything it was caos Warren was trying to keep people off the scene too

CSBP163                                                    TC08242

# Exhibit 82:

# Ross Handwritten Statement

I was leaving the Bank with two other employees and this masked man came through the door and said get in there and get down on the FUCKIN FLOOR - I was getting down on the floor when gun shots began to be fired - rapidly it seemed like at least 12 to 20 shots were fired - the robber was yelling the whole time to get down - the next thing I heard was glass shattering - but I had no idea where the sound was coming from -

The robber had a full ski mask - was African American by the sound of his voice - was about 5'6 to 5'9" and he had a semi-automatic gun - silver - Carhart jacket - dark





ANDREA ROSS

COLUMBUS, OHIO

**CSBP120**                                        **TC08219**

# Exhibit 83:

# Clifton Handwritten Statement

02/08/2006 13:33 6147442288 PAGE 08/11

Heather Chrieta

I was walking up the traing stairs with Andrea, Warren & myself. I noticed a man coming in with a jacket that had a coat that button down.
It looked carhart jacket on I think breen or dirty brown. He had his head covered.
I started to think he was weird looking. And by that time he was face-to-face with us and he til told us to get the hell in there. He made me Andrea, warren lay on the ground and put our heads down. I did not look at all but I heard 4 or 5 shots. The glass shattered on my body. I have no clue where he went I just laid right

**CSBP061**                    **TC08222**

# Exhibit 84:

# Cox Handwritten Statement

FEB-10-2006 FRI 12:51 PM        FAX NO.        P. 12

BLACK MALE 5'8"ISH



DEFENDANT'S EXHIBIT
A
tabbies

BLACK or GREY HAND GUN
 - SEMI AUTO
"NOT" GLOCK
S&W or HK

- BLACK FULL FACE COVER

HOODED   SWEAT SHIRT
NORMAL  TO  3/4 LENGTH  COAT

I WAS GOING AT TOP OF STAIRS

SPEAKING WITH HEATHER & ANDREA

ABOUT TO LEAVE. SUSPECT ENTERED

WITH GUN POINTED AT ME. I HAD

ABOUT 2-6 SECOND OF VIEW OF THIS

MAN. I WAS FORCED DOWN IN THE

LOBBY NEAR THE BEGINNING OF THE

TELLER LINE- MY HEAD STAYED DOWN

CSBP095        TC08220

AND COVERED. I HERE 3 TO 5 SHETS

AND THE A SILENCE . I DID NOT

SEE THE SHOOTING AS MY HEAD

WAS DOWN. WHEN I DID LOOK

UP THE OFFICER WAS LAYING DOWN

WITH NO MOVEMENT. I CALLED 911

AND GOT RECORDING. I CHECKED ON

EVERYONE AND THEN WAITED WHILE

THE POLICE ARRIVED.



WORTHINGTON OH

WARREN COX

HERE FOR TRANING
HOME OFFICE
- .15
6°

SS

CSBP096                    TC08221

# Exhibit 85:
# Goodman CPD Summary

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 16 | PAGE 1 |
|---|---|---|
| OFFENSE HOMICIDE | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE DONALD SOWARDS #387 | DETECTIVE | SERGEANT |

**INFORMATIONAL SUMMARY #16**

Subject:        Interview of:    **AMANDA B. GOODMAN**
**FEMALE/WHITE**
**27 YEARS OF AGE**
**ADDRESS:**

                                 **PATASKLA, OHIO**

**HOME PHONE:**
**CELL PHONE:**

On January 6, 2005, at approximately 12:31 P.M., I, first shift Homicide Detective Donald Sowards, Badge #387, interviewed **AMANDA B. GOODMAN** at 50 McNaughten Road in reference to a robbery and shooting of a police officer at the Fifth Third Bank located at 6265 East Broad Street where she is employed.

Ms. Goodman stated she has been employed at the bank for approximately one month and is in training as a teller. Ms. Goodman stated around 10:30 A.M., she was at the north end of the teller window working cash. She heard a man coming through the west door of the bank and yelling at patrons to **"Get your hands up," Get your fucking hands up."** She saw **ANGIE CARST**, that works the Drive-Thru Teller window, walk towards **BRIAN**, the special duty police officer and say something to him who was also standing behind the teller counter at the south end of it. The suspect was pushing patrons to the floor of the lobby and he had a black colored gun out in this hand. I activated the teller alarm and then ducked below the counter and observed the officer draw his gun and support his gun on the counter. Then she heard the suspect say something like, **"Put it down, put it away"** to the officer and then she heard the gunshots. Gunshots were going off. I didn't know exactly how many. I didn't count them. Then I heard glass breaking. Angie, who was crouching behind the teller counter, activated another teller alarm and **MARIAN LARGE** was behind the teller line under her desk and she pulled the telephone off of her desk onto the floor.

I then asked Ms. Goodman to describe the suspect and she stated he was a:

**MALE/BLACK**
**BETWEEN 5'7" AND 5'8 INCHES TALL**
**DRESSED IN A THREE QUARTER LENGTH**

**CSBP140**                                                          TC24540

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 16 | PAGE 2 |
|---|---|---|

| OFFENSE HOMICIDE | | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
|---|---|---|---|
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE DONALD SOWARDS #387 | DETECTIVE | | SERGEANT |

**BLACK COAT WITH A HOOD ATTACHED
HAD POSSIBLY RED OR RED PLAID ON THE
SLEEVES OF HIS COAT.**

She stated she could not see his face due to him having a mask with a hood pulled down over his face.

I asked Ms. Goodman if she could not see his face, how could she tell the man was a black man and she stated he spoke in a deep clear voice, but she could tell from the voice he was black.

This was the extent of information obtained from Ms. Goodman and the interview with her was terminated at this time.

The investigation continues.

DETECTIVE DONALD SOWARDS #387
Homicide Squad, First Watch

:DS
1/18/05

:sfp
1/19/05

CSBP141                                                    TC24541

# Exhibit 86:
# Ross CPD Summary

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | | SUMMARY NO. 7 | PAGE 1 |
|---|---|---|---|
| OFFENSE HOMICIDE | | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE MICHAEL McCANN #1047 | DETECTIVE | | SERGEANT |

## INFORMATIONAL SUMMARY NO. 7

**SUBJECT:    INTERVIEW OF:    ANDREA ROSS**
**Female, White**
**51 years of age**
**DOB:** ███-53
**SSN:** ████████
**Address:** ████████
**Columbus, OH** ████
**Home Phone:** ████████

On January 6, 2005 at approximately 12:30 PM, I, First Shift Homicide Detective Michael McCann #1047, interviewed **ANDREA ROSS**. This interview took place after learning that Ms. Ross was in the bank at the time of this incident.

Ms. Ross stated she was attending training this day in the basement training area of the bank. She stated that she was walking up the steps to the main floor talking to **HEATHER** and **WARREN** when a male came through the front door and shoved them back into the bank.

She said the suspect had a silver, semi-automatic handgun. He appeared to be 5'7", medium build, with a dark Carhart-style jacket and a cold-weather mask on. She said that she thought that he was black because he kept saying, "Mother fucker" a lot. Because he was shoving people around, he appeared to be very aggressive. People in the bank began to respond to his commands. She then began to hear lots of gunshots.

Because she was lying face down in order to stay down, she did not see the incident, but she did hear glass shattering. She said she didn't even know an officer was in the bank until the shooting stopped and things got very quiet. Even after the shooting stopped, she never looked up until an employee asked if everyone was okay.

She said the employees were told by someone to stay where they were and to lock the doors, which was done.

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | | SUMMARY NO. 7 | PAGE 2 |
|---|---|---|---|
| OFFENSE HOMICIDE | | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE MICHAEL McCANN #1047 | DETECTIVE | | SERGEANT |

This is the extent of the information provided by Ms. Ross and the interview with her was concluded.

This interview was audiotape recorded and that tape will be turned into the Columbus Police Property room.

The investigation continues.

DETECTIVE MICHAEL McCANN, #1047
Homicide Squad – First Shift

:MM
01-26-05

:kmk
01-28-05

CSBP119                                    TC16612-539

# Exhibit 87:
# Cox CPD Summary

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 38 | PAGE 1 |
|---|---|---|
| OFFENSE HOMICIDE | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE AMY MORRIS, #384 | DETECTIVE | SERGEANT |

## INFORMATIONAL SUMMARY #38:

SUBJECT:    INTERVIEW OF:    **WARREN COX, II.**
**MALE/WHITE**
**29 YEARS OF AGE**
DOB:                    76
SSN:
ADDRESS:
**WORTHINGTON, OHIO**

PHONE:
WORK PHONE:

On Thursday, January 6, 2005 at 12:16 p.m., I, first shift Homicide Detective Amy Morris, Badge #384, interviewed Warren Cox, II. at the medical office building next to 6265 E. Broad Street. Mr. Cox stated that on this date, he had come to the bank for a training class, which occurs approximately once every three months. He arrived at 8:05 a.m. and the class was to be held from 8:00 a.m. to 12:00 p.m. He believed there were 25 to 30 people in the classroom and two facilitators. He stated some materials, which had been ordered did not show up and the training class was let out at approximately 10:30 a.m. Mr. Cox and two other females identified as **ANDREA** and **HEATHER** were at the top of the stairs coming from the basement where the class was held and Andrea was reaching for the door leading into the lobby of the bank when a male suspect appeared at the door leading into the bank.

Mr. Cox described the suspect as a male/black, approximately 5'8" tall, wearing a black ski mask with one large opening across the eye area and also wearing a hooded sweatshirt with the hood up underneath a overlarge mid-thigh parka type jacket. Mr. Cox also stated the suspect had a medium to dark gray semiautomatic pistol in his hand. The suspect pointed the gun at Mr. Cox and yelled, "Get in the bank. Get in the fucking bank." The suspect pushed Mr. Cox, Andrea and Heather inside and then yelled, "Get the fuck down." Mr. Cox stated he laid down on his stomach with his hands behind his head. At that point, he never looked up again, but he stated he could hear and feel footsteps beside him as the suspect walked or ran by him. He stated he heard three to seven gunshots, but could not tell which gun was being fired, whether it was the suspects or the officer's. He did remember hearing glass breaking and maybe some screaming.

**CSBP093**                                                **TC16783-718**

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 38 | PAGE 2 |
|---|---|---|
| OFFENSE HOMICIDE | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE AMY MORRIS, #384 | DETECTIVE | SERGEANT |

After the gunshots, Mr. Cox stated everything went quiet except for a television playing in the lobby for approximately 20 – 40 seconds. He then heard a female ask. "Is he gone?" Mr. Cox heard someone walking by him and he looked up and saw a female walking by him to lock the doors leading into the bank. Mr. Cox stated he then got up and went to the other set of doors and locked them. As he was at the door to lock it, he saw a bank customer banging at the door. The customer told him, "I'm on the phone with 911, what do I tell them? I need a description." This bank customer was standing at the McNaughten Road side door and Mr. Cox yelled back with a brief description to give the 911 caller. He then told him to get to the other door and he would let him in. The 911 caller came in through the Broad Street side entrance and Mr. Cox stated he believed his name was **BRIAN**. Mr. Cox then went downstairs where the training session had been held and a facilitator he identified as **ERICA** was also on the phone with 911 and gave another description. Mr. Cox then went back upstairs, trying to step over the broken glass from the lobby doors. At that time, he saw the police officer laying in the entryway to the door that led behind the teller line. He stated there were other bank employees attempting to help the officer at that time. Mr. Cox stated he moved other people to the far side of the bank and then shortly thereafter, police officers arrived at the scene. Mr. Cox could add nothing further and the interview was concluded.

*Amy Morris #384*

DETECTIVE AMY MORRIS, #384
Homicide Squad – First Shift

:AM
1-31-05

:clcs
1-31-05

CSBP094                                                    TC16784 3-719

# Exhibit 88:
# Karst FBI Statement

---- Working Copy ----                        Page        1

01/06/2005

ANGIE KARST, date of birth ████████, 1964, was interviewed at the FIFTH THIRD BANK, ██████████████████████, Columbus, Ohio. She was advised of the identity of the interviewing agent and the purpose of the interview. KARST provided the following information:

KARST resided at ████████████████████, Reynoldsburg, Ohio, home telephone number ████████████, Social Security Number ████████████. KARST has been employed at the bank for approximately nine and a half years. She is currently a Lead Customer Service Representative at the bank.

At approximately 10:45 am, KARST was standing at the ar right teller window, just next to Columbus Police Officer, BRIAN HURST, when an unknown male (hereafter referred to as UNSUB 1) entered the bank. KARST heard some noise from the front of the bank and looked up. At that time, she observed UNSUB 1 at the front entrance of the bank behind several people. UNSUB 1 was pushing the people, who were both bank employees and customers, further into the bank.

KARST then turned to HURST and stated "Oh my God Brian, we're getting robbed." She then heard UNSUB 1 state, "Get your hands up, get your fucking hands up." At that point, KARST laid down on the floor behind the teller window. KARST heard approximately four to five gunshots. She does not know if the shots were from HURST or UNSUB 1. She then heard glass break.

After the noise stopped, KARST stood up and looked over the counter and believed UNSUB 1 fled the bank. KARST attempted to call 911 on several of the bank telephones but did not get through. She noticed there was a customer at the drive-up bank window and she instructed the customer to call 911. KARST recognized the customer to be JAKE BUONI because he was a regular customer. She then went around the counter to use another telephone when she noticed HURST lying on the ground bleeding.

KARST went over to HURST and checked he pulse, which

---

she felt a faint pulse.  A male bank customer came over to her and assist with HURST.  They ripped HURST's white uniform shirt off and tried ɔ stop the bleeding.  The paramedics then showed on the scene and took over with HURST.  While KARST was with HURST, he did not make any noise and did not make any eye contact.  She recalled only a couple of reflex muscle movements from HURST.

KARST does not recall much of a description of UNSUB 1, other than he was male, she believed he wore a hooded grey jacket, and he had a deep voice.  She cannot recall any further description.

KARST did not recognize UNSUB 1.  She recalled that the robbery was similar to the robbery that occurred on January 24, 2004 at the same bank.  That unknown male was wearing a hooded jacket, a mask, brandished a gun, and stated, "get your hands up."

# Exhibit 89:
# Clifton FBI Statement

01/13/2005

        HEATHER M. CLIFTON, DOB █████/1981, SSAN ████████████ was contacted at the Fifth Third Bank, █████████████ Columbus, Ohio where she was taking some banking courses. CLIFTON stated that she is the Office Manager at the Hilliard South Fifth Third facility, ██████████████████████, Hilliard, Ohio telephone number ███ ████████. CLIFTON stated that she was at the East Broad Street facility to take a class which started at approximately 8:00 am on the date of interview and was to conclude at 12:00 noon. CLIFTON was advised of the identity of the interviewing agent and the reason for interview. CLIFTON thereafter provided the following information:

        CLIFTON stated that she presently resides at ████ ████████████ Galloway, Ohio and maintains a home telephone of

        CLIFTON indicated that the previously mentioned course was taken in the basement of the East Broad Street facility and that the class was cut short by almost an hour and a half. CLIFTON stated that at approximately 10:30 the class ended but she as well as three other individuals hung around the class room and discussed several issues with other bank managers attending this school. CLIFTON advised that she took the stairs to the first floor of the bank and arrived there at approximately 10:50 am. Upon arrival to the first floor she noticed an unknown subject (unsub) walking towards the bank from the McNaughten Street entrance. CLIFTON stated that this individual was very unusually dressed and indicated that upon arrival in the Foyer of the bank the unsub stated "Get the hell in there this is a robbery." CLIFTON also remarked that the unsub told her "Don't look at me keep your head down." CLIFTON stated that she was with two other bank employees and was forced by the unsub to lay down on the lobby floor just inside the lobby door. CLIFTON indicated that she did notice a weapon being held by the unsub when she was forced to lay down on the floor. CLIFTON indicated that at some point the robber again announced that there was a robbery and shortly there after heard some where between five to six gun shots. CLIFTON advised that for a period of one minute after the shots had stopped she stayed motionless and remembered the sound of the TV in the bank lobby.

------------------------------------------------------------------
Case ID : 184A-CI-74990                    Serial : 18
      91A-CI-74994                           27

CLIFTON also heard someone state "We have an officer down, we have an officer down."

CLIFTON described this individual as:

    race - black
    sex - male
    weight - 140 pounds
    height - approximately 5'6
    build - medium to small
    complection - dark
    age - 23 years of age
    clothing - very large black hoody, dark black Carhart
type coat, large scarf either black fleece or cotton, dark pants,
weapon gray automatic

When asked if she could identify the robber at a later date CLIFTON stated that she in all probability could if she could just see his eyes.

# Exhibit 90:

# Large FBI Statement

---- Working Copy ----                          Page        1

01/13/2005

MARIAN L. LARGE, DOB ███/1950, SSAN ████████, █,
██████████, Gahanna, Ohio, telephone ████████(H),
█████████(W), was interviewed by the undersigned agent
regarding the robbery of Fifth Third Bank, 6265 East Broad
Street, Columbus, Ohio, during which a Columbus Police Officer
was shot.  After being advised of the identity of the
interviewing agent and the purpose of the interview, LARGE
provided the following information:

LARGE has been employed as a bank teller for Fifth
Third Bank for approximately seven years.  She currently works
t the 6265 East Broad Street location.

LARGE arrived for work this date at 7:25 a.m..  The
following employees were working with her;  ANGIE (Teller),
AMANDA (Teller), MICHELLE (Office Manager), DEBBIE (Office
Manager).  There were also bank employees from other branches
who were attending a training session in the basement.

Columbus Police Officer BRYAN HURST was working a
special duty assignment at the bank.  HURST replaced another
special duty officer from an earlier shift.  LARGE did not know
the name of the officer HURST replaced.

LARGE was behind the teller counter at a desk when she
heard a commotion near the front door and someone yelling, "Get
your hands up!"  LARGE then heard ANGIE tell HURST, "We are
being robbed!"  The next thing LARGE saw was HURST pulling his
gun and firing at the suspect.  LARGE saw both the suspect and
HURST firing at each other from a short distance and over the
top of the teller counter.  They were "face to face, gun to
gun."  While this was occurring, LARGE, ANGIE and AMANDA were
all on the floor or were moving in that direction.

LARGE did not know who fired first nor did she see the
suspect.  The only thing LARGE focused on were the guns.  LARGE
ould not tell whether the suspect had a revolver or semi-

--------------------------------------------------------------

automatic; she only noticed the color was dark.

After the shooting stopped, there was a period of silence. LARGE then saw HURST lying on his back in the hallway. She went over to him and saw that he was bleeding. One of the other girls was attending to him. HURST lifted his head up once then put it back down. LARGE called 911 numerous times from the bank phone and got a recording. She finally called bank security and informed them what happened. Eventually LARGE did speak with a 911 operator.

LARGE cannot identify the suspect because she did not see any part of him other than his gun.

LARGE stated further that approximately one year ago she was working at the same bank when it was robbed. The suspect in that robbery acted very similar to the suspect who just robbed the bank.

CSBP159                                              TC16537-514

# Exhibit 91:
# Kinney CPD Summary

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 15 | PAGE 1 |
|---|---|---|
| OFFENSE HOMICIDE | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE DONALD SOWARDS #387 | DETECTIVE | SERGEANT |

## INFORMATIONAL SUMMARY #15

Subject:     Interview of:    **HEATHER LYNN KINNEY**
**FEMALE/WHITE**
**30 YEARS OF AGE**
**ADDRESS:**             █ ████████████
**GALLOWAY, OHIO** ███
**HOME PHONE:**    ████████
**EMPLOYER:**      **FIFTH THIRD BANK**
**ADDRESS:**             █ ████████████
**COLUMBUS, OHIO**
**BUSINESS PHONE:** ████████
**ADMINISTRATIVE ASSISTANT FOR THE**
**EDUCATION DEPARTMENT**

On January 6, 2004, at approximately 12:20 P.M., I, first shift Homicide Detective Donald Sowards, Badge #387, interviewed **MS. HEATHER KINNEY** at 50 McNaughten Road in reference to the robbery and shooting of a police officer at the Fifth Third Bank located at 6265 East Broad Street where she is employed.

Ms. Kinney states she has been employed at the bank for approximately five years as the Administrative Assistant to **ERICA ARNOLD**, her manager in the education department of the bank and their offices are located in the basement of the bank. Ms. Kinney went on to say at approximately 10:30 A.M., she and her manager, Erica Arnold, finished a question and answer period with three student trainees identified as:

**WARREN COX**
**HEATHER CLIFTON**
**ANDREA ROSS**

The three students had gone upstairs to leave the bank and Erica and I were standing in our office when we heard a loud voice shouting upstairs. Then about five seconds go by and we heard pops. I think about five, however, Erica said she heard seven. Then we heard glass breaking and then silence. Erica called 911 at this time and she got through to the operator right away. We then heard someone walking across the floor upstairs, their shoe heels going **"click, click, click"** across the

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | | SUMMARY NO. 15 | PAGE 2 |
|---|---|---|---|
| OFFENSE HOMICIDE | | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE DONALD SOWARDS #387 | DETECTIVE | | SERGEANT |

floor and then someone said, "**Stay awake, stay awake.**" At this point, chaos, yelling, and general pandemonium took hold upstairs. Because we were in the basement of the building, we didn't see anything.

This is the extent of information received from Ms. Kinney and the interview with her was terminated at this time.

The investigation continues.

DETECTIVE DONALD SOWARDS #327
Homicide Squad, First Watch

:DS
1/18/05

:sfp
1/19/05

**CSBP203**                                                    TC16639-566

# Exhibit 92:
# Arnold CPD Summary

DIVISION OF POLICE
PROGRESS OF INVESTIGATION

| | SUMMARY NO. 6 | PAGE 1 |
|---|---|---|
| OFFENSE HOMICIDE | REPORT NUMBER 050015874 | CASE FILE NO. 2005-02 |
| FIRM OR VICTIM PO BRIAN HURST | PLACE OF OCCURRENCE 6265 EAST BROAD STREET | DATE OF OFFENSE JANUARY 6, 2005 |
| DETECTIVE MICHAEL McCANN #1047 | DETECTIVE | SERGEANT _5819_ |

## INFORMATIONAL SUMMARY NO. 6

SUBJECT:    INTERVIEW OF:    **ERICA ARNOLD**
Female, White
DOB: █████-73
SSN: ████████
31 years of age
Address: ████████████
**Westerville, OH** ████
Home Phone: ████████

On January 6, 2005 at approximately 12:20 PM, I, First Shift Homicide Detective Michael McCann #1047, interviewed **ERICA ARNOLD**. This interview took place after learning that Ms. Arnold was inside of the bank at the time of this incident.

Ms. Arnold stated that she is the educational manager for the branch and she is located in the Training Center in the basement area of the bank. She stated that at the time of the incident she was in the basement talking to **HEATHER KING** when she heard a male shouting loudly, "Get back in there now!" She then heard 5 to 7 shots. It then became very quiet. She called 9-1-1 when it appeared safe to do so.

Moments later, **MICHELLE JOHNSON**, an employee from upstairs came downstairs and told them the officer had been shot. She said that she believed **WARREN COX** had made visual contact with the suspect and that he was waiting with the other employees to be interviewed in the remote location to where the employees were moved.

This is the extent of the information provided by Ms. Arnold and the interview with her was concluded. This interview was audiotape recorded and the tape will be turned into the Columbus Police Property room. The investigation continues.

DETECTIVE MICHAEL McCANN, #1047
Homicide Squad – First Shift

:MM
01-26-05

:kmk
01-28-05
**CSBP200**

TC16603-536

# Exhibit 93:

SEALED

# Exhibit 94:

SEALED

# Exhibit 95:

SEALED

# Exhibit 96:

# SEALED

# Exhibit 97:

SEALED

# Exhibit 98:

SEALED

# Exhibit 99:

SEALED

# Exhibit 100:

SEALED

# Exhibit 101:

SEALED

# Exhibit 102:

SEALED

# Exhibit 103:

SEALED

# Exhibit 104:

# SEALED

# Exhibit 105:

SEALED

# Exhibit 106:

SEALED

Exhibit 107:

Coroner's Report

# FRANKLIN COUNTY
# OHIO

Office Of
**Bradley J. Lewis, M.D.**
520 King Avenue
Columbus, OH 43201
Ph 614-462-5290   Fax 614-462-6002
Coroner

## Coroner's Report: Finding of Facts and Verdict

In Compliance with the Ohio Revised Code, Chapter 313, the Coroner's Report and Findings of Fact and Verdict are supplied. This is not a certified copy of a death certificate. This is for the Coroner's use only. To obtain a certified copy of a death certificate, contact the County Board of Health, Bureau of Vital Statistics, 240 Parsons Avenue, Columbus OH 43215, Phone (614) 645-7331, Fax (614) 645-0730.

**Case No: 05-0065**

### DECEASED'S IDENTIFICATION

| Last Name          First          Middle | | Date of Death | Time of Death |
|---|---|---|---|
| **Hurst, Bryan Scott** | | 01-06-2005 | 11:17 |

| Call Taken By | Person Reporting Death | Title | Pronounced By/Competent Observer |
|---|---|---|---|
| Alvarez Pat Hardin | Corey Perry/ Chaplain | | Steven Santanello MD |

| Facility or Address of Death | Phone at Scene | Place of Death |
|---|---|---|
| Grant Medical Center, Columbus, OH | | ER/Outpatient |

| Decedent's Address (Number and Street) | County of Death |
|---|---|
| ▇▇▇▇▇▇▇ | Franklin |

| City | County of Residence | State | Zip Code |
|---|---|---|---|
| Westerville | Franklin | OH | 43081 |

| Race | Sex | Age | Date of Birth | Social Security Number |
|---|---|---|---|---|
| Caucasian | Male | 33 | ▇▇▇▇ | ▇▇▇▇ |

### CAUSE AND MANNER OF DEATH

| Immediate Cause | Time Interval |
|---|---|
| Gunshot wound to trunk. | Minutes |
| As Consequence Of: | Time Interval |
| As Consequence Of: | Time Interval |
| As Consequence Of: | Time Interval |
| Other Significant Conditions | Autopsy? Yes |

| Manner of Death | Name, Title and License Number of Person Who Completed Cause of Death |
|---|---|
| Homicide | Patrick Fardal, M.D., 35  040764 |

| Address of Certifier |
|---|
| 520 King Avenue, Columbus, OH 43201 |

## FRANKLIN COUNTY CORONER'S OFFICE
### BRADLEY J. LEWIS, M.D.
Columbus, Ohio

| | |
|---|---|
| **Autopsy:** | 05-0065 |
| **Name:** | Bryan Scott Hurst, male, age 33 years |
| **Date of Death:** | January 6, 2005 – 11:17 a.m. |
| **Date of Autopsy:** | January 6, 2005 – 3:34 p.m. |
| **Autopsy performed by:** | Patrick M. Fardal, M.D., J.D., Forensic Pathologist<br>Franklin County, Columbus, Ohio |
| **Autopsy performed for:** | Bradley J. Lewis, M.D., Coroner<br>Franklin County, Columbus, Ohio |

## FINAL DIAGNOSIS:

Gunshot wound to trunk:
a.      Perforation of aorta; superior vena cava; right lung; right pulmonary vein and artery.

**EXTERNAL EXAMINATION:** The decedent is a Caucasian male whose stated age is 33 years. The height is 69 inches; weight is 175 pounds. Rigor mortis is absent. Lividity is posterior and unfixed. The body temperature is cool.

The head is covered with brown hair. The irides are blue. Head, neck, chest, breasts, abdomen, and extremities are unremarkable, except for the below mentioned therapeutic modalities and gunshot wound injuries. The genitalia are of a normal adult male.

## THERAPY:
1.      There is an orotracheal tube present.
2.      There is a 16 inch transverse thoracotomy.
3.      There is a chest tube present on the right side.
4.      There are intravenous lines present in the left antecubital fossa and the right inguinal region.

## GUNSHOT WOUND:

**Entrance:** An entrance gunshot wound is present in the middle of the upper chest at a point 55 inches above the left heel. It is a 3/8 inch defect. There is a 3/16 inch rim of abrasion superiorly and 3/8 inch inferiorly and laterally. Between one and three o'clock there is a 1-3/4 x 1-1/4 inch area of contusion and at six o'clock there is a 3/4 x 3/8 inch contusion.

**CSBP431**                                    TC24644

**Course of Pellet:**  After perforating the skin and underlying subcutaneous tissues, this bullet passed through the patient's sternum between ribs one and two.  It then entered into the pericardial sac where it lacerates the ascending aorta and the superior vena cava.  It then passes out of the pericardial sac and creates a through-and-through defect of the upper lobe of the right lung and then enters into the carinal area of the right lung where it lacerates the right pulmonary vein and artery.  It then enters into the lower lobe of the right lung and passes through its parenchyma and then exits the chest cavity through right rib number eight.  It then exits the body.

**Exit Wound:**  An exit defect is present at a point 3-1/4 inches to the right of the midline and 51 inches above the right heel.  It is a 3/8 inch defect.  There is a 3/8 inch rim of abrasion present superiorly, 1/8 inch medially and 1/16 inch laterally.  Around the defect is a 2 x 1-1/2 inch area of contusion.

**Path of Bullet:**  This bullet passed from the decedent's left to his right, from his front to his back, and in a downward direction.

**Associated Findings:**  There is still 700 cc of residual blood in the right pleural cavity and 100 cc in the left pleural cavity.  An emergency pericardotomy had been performed.

**OTHER ASSOCIATED GUNSHOT WOUND ABNORMALITIES:**  On the face extending from the chin to the bridge of the nose is a zone of stippling measuring 5 x 3 inches.  There is no stippling on the gums.  It is centered approximately 1-1/2 inches to the left of the midline.  Again, there is no stippling on the right side of this patient's face.

**INTERNAL EXAMINATION:**  Otherwise, the thoracic and abdominal organs all lie in their normal anatomical positions.

**NECK:**  Unremarkable.

**CARDIOVASCULAR:**  The heart weighs 320 gm.  The coronary ostia are patent, and the coronary arteries are free of atherosclerosis.  A tunneled left anterior descending coronary artery is present.  The pericardium, myocardium, endocardium, heart valves, and the great vessels of the thorax and abdomen are otherwise unremarkable.

**RESPIRATORY:**  The laryngotracheal tree is normally developed and is free of obstruction.  Blood is seen in both major bronchi.  The right lung weighs 300 gm; the left 410 gm.  Both lungs contain an aspirated pattern of blood and no intrinsic pulmonary disease.  The pulmonary vasculature is otherwise unremarkable.

**DIGESTIVE:**  Unremarkable from mouth to anus.  The stomach contains approximately 300 cc of undigested food matter.  The vermiform appendix is present and is unremarkable.

**LIVER, GALLBLADDER AND PANCREAS:**  The liver weighs 1440 gm.  The capsule is intact, and the cut parenchyma is a homogeneous brown throughout.  The gallbladder, extrahepatic biliary tree, and pancreas are unremarkable.

**ENDOCRINE:**  The pituitary, thyroid and adrenal glands are all unremarkable.

Autopsy 05-0065                                                                                          Page 3

**HEME AND LYMPH:** The spleen weighs 190 gm. The capsule is intact, and the cut parenchyma is grossly unremarkable. No unusual lymphadenopathy is present. The bone marrow is unremarkable.

**GENITOURINARY:** The right kidney weighs 120 gm; the left kidney 130 gm, respectively. The capsules strip with ease and the cortices are smooth. The corticomedullary junction is well delineated. No abnormalities of the urinary pelves, ureters or bladder are noted. The internal male genitalia are unremarkable to palpation.

**MUSCULOSKELETAL:** Otherwise, unremarkable.

**BRAIN:** The brain weighs 1500 gm. The gyral pattern over the convexities is grossly unremarkable. The undersurface of the brain shows a normal circle of Willis and cranial nerve distribution. Serial coronal sections through the cerebral hemispheres, the midbrain, pons, medulla, and cerebellum are all unremarkable.

**HISTOPATHOLOGY:**

**HEART AND SUPERIOR VENA CAVA:** Bullet track injuries. Bone fragments present.

**LUNGS:** Bullet track injury.

**LIVER:** Mild hepatocellular vacuolization. Portal triads have increased lymphoplasmatocytic cells.

**PANCREAS:** Mild fatty infiltration. Lymph node within pancreas.

**KIDNEY:** A few sclerotic glomeruli. Focal collection of lymphoplasmatocytic cells about glomeruli.

**BRAIN/SPINAL CORD:** No significant pathology.

The remainder of the microscopic examination is unremarkable.

Patrick M. Fardal, M.D., J.D.
**Chief Forensic Pathologist**
**Deputy Coroner**

**CSBP433**                                                                          TC24646

# Exhibit 108:
# Toxicology Report

# FORENSIC TOXICOLOGY DIVISION



Office of Bradley J. Lewis, M.D.
520 King Avenue
Columbus, OH 43201
Ph 614-462-5290   Fax 614-462-6002

## EXAMINATION REPORT

**NAME:** Hurst, Bryan Scott   05-0065

**DATE COMPLETED:** January 24, 2005

A Comprehensive Analysis Has Been Performed.

The Following Agents Were Detected:

## BLOOD:

| | |
|---|---|
| Ethanol | Not Detected *** |
| Caffeine | Positive *» |
| Cotinine | Positive ** |
| Lidocaine | Positive ** |

## URINE:

| | |
|---|---|
| Caffeine | Positive |
| Nicotine | Positive |
| Cotinine | Positive |
| Lidocaine | Not Detected |

No Other Agents Were Detected.

NOTE: * Testing Performed on Urine
NOTE: ** Testing Performed on Iliac Blood
NOTE: *** Testing Performed on Subclavian Blood

John F. Wyman, Ph.D.
Chief Toxicologist

CSBP434

TC24647

Exhibit 109:

FBI Animation Video (on DVD)*

Exhibit 110:

Michelle Johnson Video (on DVD)*

Exhibit 111:

Front Door Camera Video (on DVD)*

Exhibit 112:

Teller 5 Camera Video (on DVD)*

# Exhibit 113:

# Bishop Hartley HS Record

NAME  *LAWRENCE        DARYL*

Enter information in pencil

| Last | First | Middle |
|------|-------|--------|

Birthdate  _4-19-75_    Home Address  _34 Winner_     _43008_     Phone  _253-0412_

Brother:
Father's Name  _Manuel Lopez_    Business Phone  _____    Mother's Name  _Eileen Lopez_    Business Phone  _____

1) School  _Sonshine Christian Academy_  2) School  _St. Charles  8/89_   3) School  _____   4) School  _____

### INCLUDE IN THIS SECTION A SUMMARY OF ALL ABNORMAL FINDINGS, ACTIONS TAKEN, SUGGESTED FOLLOW-UP AND RECOMMENDATIONS FOR ADJUSTMENT IN SCHOOL PROGRAM

| DATE | NOTES (Sign and date all notations) | SIGNATURE |
|------|-------------------------------------|-----------|
| 8/89 | Daryl is in the 9th grade at St. Charles. | |
| 11/8/89 | Daryl had a physical by Dr. Leslie. All of his immunizations are up-to-date. | |
| 3/7/90 | Daryl had his 9th grade health appraisal done today. BP 114/68. Ht. 64". Wt 148#. Dental - good. Hearing - passed. Scoliosis screening - negative. | |
| 3/8/90 | Head injury - see accident report attached. | |
| 3/27/90 | Sprained left ankle - see accident report attached. | |
| 4/11/90 | 4/11/90 - Eye infection (scratched eyeball) He is currently on antibiotic drops - and has missed 3 days of school. | |
| 5/17/90 | Daryl had a "goose egg" on left side of left eyebrow - from "breaking up" a fight. See accident report attached. | |
| 8/14/90 | Daryl will be transferring to another school for 10th grade. | B. Mason, RN |

**TC09223**

# Exhibit 114:

SEALED