# Exhibit 42:

# SEALED

# Exhibit 43:

SEALED

# Exhibit 44:

# 11-09-05 Letter from DM to Stinson

# DIANE M. MENASHE
## ATTORNEY AT LAW

536 SOUTH WALL STREET   SUITE 300
COLUMBUS, OHIO 43215

OFFICE: 614.221.6500
FAX: 614.224.9258

menashe@columbus.rr.com

November 9, 2005

Dr. Bob Stinson
7440 Rolling Ridge Way
Westerville, Ohio 43082

RE:   *United States v. Daryl Lawrence*
      Case No. 2:05 cr 11

Dear Bob:

During our last meeting we discussed what, if any role, you would continue to have in the above-referenced case now that Dr. Mark Cunningham has been hired as a Forensic Psychologist and/or Future Dangerousness Expert in this matter.

After several conversations with Dr. Cunningham it appears that if you were to continue on in this case much, if not all, of your work would be duplicative. Further, as we discussed at the meeting, the testing results you have compiled have little to no value towards the presentation of our mitigation case. We all seem to agree that the results are not illustrative of any neurological impairment or significant mental defect.

Thus, Kort and I have decided that at this point in time it is not necessary for you to do any further work on this case. I hope I have sufficiently explained how and why we have come to this decision.

Our next interim bill in this matter will be submitted on or about December 1, 2005. If there is any money owed for your services to date please submit an invoice to Kort prior to December 1, 2005 so that we can get you paid as soon as possible.

Otherwise, I thank you for all of your work in this case. I greatly appreciate it and look forward to working with you on the next case. Take care.

Sincerely,

Diane M. Menashe
Attorney at Law

BS0441

# Exhibit 45:

# 11-04-05 Letter from DM to Cunningham

# DIANE M. MENASHE
### ATTORNEY AT LAW

536 SOUTH WALL STREET   SUITE 300
COLUMBUS, OHIO 43215

OFFICE: 614.221.6500
FAX: 614.224.9258

menashe@columbus.rr.com

November 4, 2005

Dr. Mark Cunningham
417 Oak Bend, Suite 260
Lewisville, Texas 75067

    Re:    *United States v. Daryl Lawrence*
        Case No. 2:05 cr 11

Dear Dr. Cunningham:

I apologize for the delay but here is the first batch of records for your review in the above-referenced case:

(1)    Confidential Case Summary as prepared by attorney Diane Menashe;
(2)    Indictment (*United States v. Daryl Lawrence*, Case No. 2:05 cr 11);
(3)    Daryl Lawrence's Birth Certificate;
(4)    Daryl Lawrence's Children's Hospital Records;
(5)    Daryl Lawrence's Howard University Hospital Records;
(6)    Daryl Lawrence's Grant Medical Center Hospital Records;
(7)    Daryl Lawrence's Sonshine Christian School Records;
(8)    Letter from Corpus Christi Church reg. Daryl Lawrence;
(9)    Letter from Catholic Diocese of Columbus reg. Daryl Lawrence;
(10)    Daryl Lawrence's St. Charles High School Records;
(11)    Daryl Lawrence's Bishop Ready High School Records;
(12)    Daryl Lawrence's Bishop Harley High School Records;
(13)    Daryl Lawrence's Columbus State Records;
(14)    Private Industry Council Letter reg. Daryl Lawrence;
(15)    Daryl Lawrence's IKON employment records;
(16)    Kmart Letter reg. Daryl Lawrence;
(17)    Limited Stores reg. Daryl Lawrence;
(18)    Daryl Lawrence's Nationwide Insurance employment records;
(19)    Daryl Lawrence's CBS Personnel employment record;
(20)    Daryl Lawrence's Receiving Stolen Property case file;
(21)    Leondra Lawrence (mother) Receiving Stolen Property case file; and
(22)    Ross County Jail Medical Records.

**TC20195**

Within the next week I will supplement these records with the videotape of Lawrence's statement to law enforcement, mitigation write-ups and a family tree to help you decipher who is who.

Also, please be advised that there is still a pending request for Lawrence's birth records.  Further records need to be obtained from Ross County Jail as well; we have been waiting to request those until we were closer to trial.

Please let me know when you want to come to Columbus to interview Daryl, family members etc.  I will assist in any way I can to make your time here as efficient as possible.  Until then, take care and thank you for taking on this case.  I greatly appreciate it.

Sincerely,

Diane M. Menashe
Attorney at Law

TC20196

# Exhibit 46:

SEALED

# Exhibit 47:

# 01-13-06 Email from DM to Hammond (Cunningham asst.)

## admin

**From:** Diane Menashe [menashe@columbus.rr.com]
**Sent:** Friday, January 13, 2006 11:38 AM
**To:** admin
**Subject:** Re: Lawrence update

Cera -

The trial is scheduled to begin Feb. 13th.
I anticipate that we will need Mark to testify sometime during the week of March 20, 2006.

Diane

> ----- Original Message -----
> **From:** admin
> **To:** menashe@columbus.rr.com
> **Sent:** Friday, January 13, 2006 8:55 AM
> **Subject:** Lawrence update
>
> Dear Diane,
>
> For the Daryl Lawrence case, we have marked down a trial date of February 11th, and Mark's testimony estimated at late February/early March. Is this trial date still correct, and if so, do you have a better estimate of when you will need Mark to testify?
>
> Thank you and have a great weekend,
> Cera Hammond

**MDC1520**

1/16/2006

# Exhibit 48:

# 02-15-06 Email from DM to Cunningham

## admin

**From:** Mark Cunningham [mdc@markdcunningham.com]
**Sent:** Wednesday, February 15, 2006 4:21 PM
**To:** 'admin'
**Subject:** FW: daryl lawrence

Cera-
Please note. M

---

**From:** Diane Menashe [mailto:menashe@columbus.rr.com]
**Sent:** Monday, February 13, 2006 6:28 AM
**To:** Mark D. Cunningham
**Cc:** Diane Menashe
**Subject:** daryl lawrence

Mark -

Just wanted to let you know that the Daryl Lawrence trial starts this morning.
Here is the anticipated trial schedule:

Jury selection Feb 13. - Feb. 21.
Jury View Feb. 21.
Opening Statements and beginning of Gov'ts Presentation of Evidence on Feb. 22.
Gov't finished with their first phase of evidence on March 3.
Defense begins Presentation of Evidence March 6th.
Deliberations begin.

Eligibility Phase w/instructions and deliberations should go through March 9th.
Mitigation Phase begins March 13, 2006.
Govt's victim impact likely to take one day.
Defense's mitigation likely to take four days.

Thus, I anticipate your testimony will be necessary on **March 17 or 20th** or somewhere near there.

I know we had talked about you going last in this phase.  If possible that seems like the best strategy.
I will get you another travel voucher in the near future.

Additionally, be advised that I am sending an overnight envelope to you today with additional records
and some new write-ups.
I have several more mitigation type interviews scheduled this week.  I will forward the write-ups to you in
email form as soon as I have them completed. In particular, I interviewed Daryl's cousins, Kevin
Robinson, who had some very insightful information.

Take care and thanks for your work on this case.
Diane

2/16/2006

MDC1503

# Exhibit 49:

SEALED

# Exhibit 50:

SEALED

# Exhibit 51:
# 02-14-06 Nixon Report

Copyright © 2006 ARC  US v Lawrence, v1.0, 22 Feb 06

# *A*thena *R*esearch & *C*onsulting LLC



PO Box 66, Bippus, Indiana 46713, USA.
Tel 260 344 1314
Fax 260 344 1495

---

Diane M Menashe
Attorney at Law
536 South Wall Street
Suite 300
Columbus
OH 43215

Tel 614 221 6500

Fax 614 224 9258

John Nixon
ARC
PO Box 66
Bippus
Indiana 46713

Tel 260 344 1314

22 Feb 06

## US v Daryl Lawrence

## Case No 2:05 CR 11

## Report on 14 Feb 2006 Ejection Research

### Background

The ejection tests documented in this report were performed on 14 Feb 06. The tests were conducted in order to obtain an indication of the ejection characteristics of a Mini Firestorm 40 caliber pistol when fired in various scenarios.

### Test Procedure

The pistol used in the incident was not available for testing, so an identical 40 caliber Mini Firestorm pistol was procured for the tests. Federal Hydra-Shok 180 grain 40 caliber ammunition was used for the tests.

The fatal bullet wound entered the body 55" above ground level, and the shooter was 5'5" tall. Officer Hurst may have been crouching and/or leaning forward somewhat at the time of bullet impact, and for this reason, two basic test shoot scenarios were devised. Three different shooting positions were used for each of the two scenarios, giving a total of six test series. The full test program parameters are presented at Table 1 to this report.

The tests were performed at a sheltered outside location. The weather was cool (approx 35F) with a light breeze (5-8 mph) from the South West.

TC39822

Copyright © 2006 ARC   US v Lawrence, v1.0, 22 Feb 06

The test shooter was 5" taller than Mr Lawrence, and to compensate for this height difference, 4" was added to the target impact areas. A target impact height of 59" was used to represent the officer in the erect position (55" + 4") and 48" (44"+4") to represent the offer in a crouched / bent position.


## Data Analysis & Presentation

The recorded measurements for each test were tabulated, and mean points of impact (MPI) were calculated. Standard deviations were calculated for each direction of measurement. Additionally, the straight line distances, from a point on the ground directly under the muzzle of the pistol, to the cartridge case first impact locations, were also calculated from the raw data. These data are presented in Tables 2 to 7 of this Report, and a summary of the MPI results are recorded in Table 8.

Additionally, each individual cartridge case impact location was plotted on a chart (one chart for each test) and these results are presented in Figures 1 through 6. The MPI for each individual test is plotted on Figure 7. The calculated linear distances from the muzzle location to each impact point are presented graphically in Figures 8 to 13, and the linear distance to each mean point of impact (MPI) is plotted on Figure 14.


## Results and Conclusions

When held in a normal shooting position the Mini Firestorm pistol ejected the empty cartridge cases in a general right and rearward direction. When held at 90 degrees to the normal shooting position the pistol ejected the empty cartridge cases in a left and rearward direction. In both cases the mean point of impact of the empty cartridge cases moved forward when the aiming point was lowered.

2

**TC39823**

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06

| Table 1 Ejection Research Program 15 rounds per series | | |
|---|---|---|
| Test # | Gun & Height | Gun Angle (vertical = 0 degrees) |
| | Point of aim 59" above ground, 6 feet muzzle to target | |
| 1 | Mini Firestorm 40 (Standing, 2 hands) | 0 Degrees |
| 2 | Mini Firestorm 40 (Standing, 1 hand) | 0 Degrees |
| | Point of aim 48" above ground, 3 feet muzzle to target | |
| 3 | Mini Firestorm 40 (Standing, 2 hands) | 0 Degrees |
| 4 | Mini Firestorm 40 (Standing, 1 hand) | 0 Degrees |
| 5 | Mini Firestorm 40 (Standing, 1 hand) | 90 Degrees |
| | Point of aim 59" above ground, 6 feet muzzle to target | |
| 6 | Mini Firestorm 40 (Standing, 1 hand) | 90 Degrees |
| Notes Gun angle refers to gun being rotated counter clockwise as viewed by the shooter (90 deg = ejection port pointing skyward) | | |

Bullet entry wound 55 inches above floor
Shooter = 5'5" (65")
Test shooter = 70"
Effective height of wound relative to test shooter = 59"
Remove 11" for crouching position of victim; therefore effective height = 48" (44" actual)

**TC39824**

Copyright © 2006 ARC

| Table 2 Ejection Test Series 1 Results | | | |
|---|---|---|---|
| 6 feet muzzle to target | | | |
| Aiming point 59" above ground | | | |
| 2 hands | | | |
| 0 deg | | | |
| | R-L | F-B | D |
| | inches | inches | inches |
| 1 | 157 | -12 | 157.5 |
| 2 | 160 | -42 | 165.4 |
| 3 | 153 | -41 | 158.4 |
| 4 | 175 | -50 | 182.0 |
| 5 | 226 | -57 | 233.1 |
| 6 | 147 | -54 | 156.6 |
| 7 | 162 | -57 | 171.7 |
| 8 | 131 | -59 | 143.7 |
| 9 | 146 | -76 | 164.6 |
| 10 | 155 | -78 | 173.5 |
| 11 | 176 | -81 | 193.7 |
| 12 | 148 | -82 | 169.2 |
| 13 | 117 | -83 | 143.5 |
| 14 | 172 | -105 | 201.5 |
| 15 | 120 | -110 | 162.8 |
| Max | 226 | -12 | 233.1 |
| Min | 117 | -110 | 143.5 |
| MPI | 156 | -66 | |
| SD | 26.3 | 25.6 | 23.3 |

D = Straight line distance from muzzle to first cartridge case impact point (ground level)
R = Right (positive)
L = Left (negative)
F = Forward (positive)
B = Backward (negative)

**TC39825**

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06

| Table 3 | | | |
| --- | --- | --- | --- |
| **Ejection Test Series 2 Results** | | | |
| 6 feet muzzle to target | | | |
| Aiming point 59" above ground | | | |
| 1 hand | | | |
| 0 deg | | | |
| | **R-L** | **F-B** | **D** |
| | inches | inches | inches |
| 1 | 178 | -2 | 178.0 |
| 2 | 120 | -25 | 122.6 |
| 3 | 74 | -36 | 82.3 |
| 4 | 120 | -46 | 128.5 |
| 5 | 143 | -52 | 152.2 |
| 6 | 178 | -53 | 185.7 |
| 7 | 163 | -60 | 173.7 |
| 8 | 156 | -60 | 167.1 |
| 9 | 135 | -60 | 147.7 |
| 10 | 160 | -65 | 172.7 |
| 11 | 113 | -66 | 130.9 |
| 12 | 137 | -94 | 166.1 |
| 13 | 172 | -98 | 198.0 |
| 14 | 168 | -109 | 200.3 |
| 15 | 200 | -116 | 231.2 |
| Max | 200 | -2 | 231.2 |
| Min | 74 | -116 | 82.3 |
| MPI | 148 | -63 | |
| SD | 32.2 | 31.1 | 36.8 |

D = Straight line distance from muzzle to first cartridge case impact point (ground level)
R = Right (positive)
L = Left (negative)
F = Forward (positive)
B = Backward (negative)

5

**TC39826**

Copyright © 2006 ARC

| | | Table 4 Ejection Test Series 3 Results | | |
|---|---|---|---|---|
| 3 feet muzzle to target | | | | |
| Aiming point 48" above ground | | | | |
| 2 hands | | | | |
| 0 deg | | | | |
| | | **R-L** | **F-B** | **D** |
| | | inches | inches | inches |
| | 1 | 116 | 3 | 116.0 |
| | 2 | 120 | 2 | 120.0 |
| | 3 | 180 | 4 | 180.0 |
| | 4 | 157 | -17 | 157.9 |
| | 5 | 162 | -10 | 162.3 |
| | 6 | 156 | -35 | 159.9 |
| | 7 | 175 | -15 | 175.6 |
| | 8 | 178 | -36 | 181.6 |
| | 9 | 204 | -32 | 206.5 |
| | 10 | 126 | -52 | 136.3 |
| | 11 | 135 | -44 | 142.0 |
| | 12 | 156 | -46 | 162.6 |
| | 13 | 171 | -50 | 178.2 |
| | 14 | 139 | -65 | 153.4 |
| | 15 | 192 | -64 | 202.4 |
| | Max | 204 | 4 | 206.5 |
| | Min | 116 | -65 | 116.0 |
| | MPI | 158 | -30 | |
| | SD | 26.4 | 23.7 | 26.5 |

D = Straight line distance from muzzle to first cartridge case impact point (ground level)
R = Right (positive)
L = Left (negative)
F = Forward (positive)
B = Backward (negative)

6

**TC39827**

Copyright © 2006 ARC US v Lawrence, v1.0, 22 Feb 06

| Table 5 Ejection Test Series 4 Results | | | |
|---|---|---|---|
| 3 feet muzzle to target | | | |
| Aiming point 48" above ground | | | |
| 1 hand | | | |
| 0 deg | | | |
| | R-L | F-B | D |
| | inches | inches | inches |
| 1 | 83 | 2 | 83.0 |
| 2 | 130 | -20 | 131.5 |
| 3 | 134 | 3 | 134.0 |
| 4 | 157 | -11 | 157.4 |
| 5 | 162 | -20 | 163.2 |
| 6 | 191 | -12 | 191.4 |
| 7 | 183 | -31 | 185.6 |
| 8 | 117 | -36 | 122.4 |
| 9 | 143 | -37 | 147.7 |
| 10 | 152 | -65 | 165.3 |
| 11 | 183 | -58 | 192.0 |
| 12 | 159 | -85 | 180.3 |
| 13 | 174 | -70 | 187.6 |
| 14 | 180 | -66 | 191.7 |
| 15 | 202 | -68 | 213.1 |
| Max | 202 | 3 | 213.1 |
| Min | 83 | -85 | 83.0 |
| MPI | 157 | -38 | |
| SD | 31.5 | 28.6 | 34.4 |

D = Straight line distance from muzzle to first cartridge case impact point (ground level)
R = Right (positive)
L = Left (negative)
F = Forward (positive)
B = Backward (negative)

TC39828

Copyright © 2006 ARC US v Lawrence, v1.0, 22 Feb 06

| Table 6 Ejection Test Series 5 Results | | | |
|---|---|---|---|
| 3 feet muzzle to target | | | |
| Aiming point 48" above ground | | | |
| 1 hand | | | |
| 90 deg | | | |
| | **R-L** | **F-B** | **D** |
| | inches | inches | inches |
| 1 | -74 | 2 | 74.0 |
| 2 | -66 | -15 | 67.7 |
| 3 | -86 | -6 | 86.2 |
| 4 | -74 | -28 | 79.1 |
| 5 | -116 | 9 | 116.3 |
| 6 | -108 | -1 | 108.0 |
| 7 | -120 | 4 | 120.1 |
| 8 | -131 | -22 | 132.8 |
| 9 | -131 | -28 | 134.0 |
| 10 | -118 | -20 | 119.7 |
| 11 | -108 | -36 | 113.8 |
| 12 | -109 | -39 | 115.8 |
| 13 | -82 | -25 | 85.7 |
| 14 | -82 | -28 | 86.6 |
| 15 | -60 | -65 | 88.5 |
| Max | -60 | 9 | 134.0 |
| Min | -131 | -65 | 67.7 |
| MPI | -98 | -20 | |
| SD | 23.9 | 19.5 | 21.7 |

D = Straight line distance from muzzle to first cartridge case impact point (ground level)
R = Right (positive)
L = Left (negative)
F = Forward (positive)
B = Backward (negative)

TC39829

Copyright © 2006 ARC
US v Lawrence, v1.0, 22 Feb 06

| Table 7 Ejection Test Series 6 Results | | | |
|---|---|---|---|
| 6 feet muzzle to target | | | |
| Aiming point 59" above ground | | | |
| 1 hand | | | |
| 90 deg | | | |
| | R-L | F-B | D |
| | inches | inches | inches |
| 1 | -110 | -3 | 110.0 |
| 2 | -117 | -25 | 119.6 |
| 3 | -98 | -42 | 106.6 |
| 4 | -98 | -42 | 106.6 |
| 5 | -98 | -46 | 108.3 |
| 6 | -73 | -42 | 84.2 |
| 7 | -71 | -53 | 88.6 |
| 8 | -88 | -62 | 107.6 |
| 9 | -131 | -59 | 143.7 |
| 10 | -121 | -76 | 142.9 |
| 11 | -128 | -87 | 154.8 |
| 12 | -91 | -67 | 113.0 |
| 13 | -65 | -85 | 107.0 |
| 14 | -93 | -85 | 126.0 |
| 15 | -79 | -132 | 153.8 |
| Max | -65 | -3 | 154.8 |
| Min | -131 | -132 | 84.2 |
| MPI | -97 | -60 | |
| SD | 20.7 | 30.7 | 21.8 |

D = Straight line distance from muzzle to first cartridge case impact point (ground level)
R = Right (positive)
L = Left (negative)
F = Forward (positive)
B = Backward (negative)

9

**TC39830**

Copyright © 2006 ARC US v Lawrence, v1.0, 22 Feb 06

| | | MPI | MPI | MPI |
|---|---|---|---|---|
| | | R - L | F - B | D |
| Series | Description | inches | inches | inches |
| 1 | 6 feet, 59", 2 hands, 0 degrees | 156 | -66 | 169.6 |
| 2 | 6 feet, 59", 1 hand, 0 degrees | 148 | -63 | 160.6 |
| 3 | 3 feet, 48", 2 hands, 0 degrees | 158 | -30 | 160.7 |
| 4 | 3 feet, 48", 1 hand, 0 degrees | 157 | -38 | 161.3 |
| 5 | 3 feet, 48", 1 hand, 90 degrees | -98 | -20 | 99.7 |
| 6 | 6 feet, 59", 1 hand, 90 degrees | -97 | -60 | 114.6 |

**Table 8**
**Ejection Test Results Summary**

D = Straight line distance from muzzle to first cartridge case impact point (ground level)

R = Right (positive)

L = Left (negative)

F = Forward (positive)

B = Backward (negative)

**TC39831**

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06



**Figure 1**
**Ejection Test Series 1 Results**

11

**TC39832**

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06



**Figure 2**
**Ejection Test Series 2 Results**

**TC39833**

Copyright © 2006 ARC



**Figure 3**
**Ejection Test Series 3 Results**

**TC39834**

Copyright © 2006 ARC



**Figure 4**
**Ejection Test Series 4 Results**

**TC39835**

Copyright © 2006 ARC
US v Lawrence, v1.0, 22 Feb 06



**Figure 5**
**Ejection Test Series 5 Results**

TC39836

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06



**Figure 6**
**Ejection Test Series 6 Results**

TC39837

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06



**Figure 7**
**Ejection Test Mean Point of Impact Results for Each Series**

TC39838

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06



**Figure 8**
**Ejection Test Series 1 Results (distance from muzzle)**

**TC39839**

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06



**Figure 9**
**Ejection Test Series 2 Results (distance from muzzle)**

TC39840

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06



**Figure 10**
**Ejection Test Series 3 Results (distance from muzzle)**

**TC39841**

Copyright © 2006 ARC

US v Lawrence, v1.0, 22 Feb 06



**Figure 11**
**Ejection Test Series 4 Results (distance from muzzle)**

TC39842

Copyright © 2006 ARC US v Lawrence, v1.0, 22 Feb 06



**Figure 12**
**Ejection Test Series 5 Results (distance from muzzle)**

22

**TC39843**

Copyright © 2006 ARC US v Lawrence, v1.0, 22 Feb 06



**Figure 13**
**Ejection Test Series 6 Results (distance from muzzle)**

**TC39844**

Copyright © 2006 ARC
US v Lawrence, v1.0, 22 Feb 06



**Figure 14**
**Mean Point of Impact Distance from Muzzle for Each Test Series**

**TC39845**

Exhibit 52:

Columbus Dispatch article on Driving Park



14 C  Columbus Dispatch  SUN, APRIL 12, 1981

# Neighborhoods

Driving Park, once an amusement center, featur an old grandstand. Today Driving Park is .

## A Close Community

By Kathy Gray Foster
Of The Dispatch Staff

Driving Park, a neighborhood of 7,000 in the southeast section of Columbus, is a community with a conscience. It is also an area plagued with unemployment, a high crime rate and a lack of rodent control.

Driving Park is both an old and a new community. Its residents were essentially Jewish until blacks began to buy homes there in the late 1950s. Now, the neighborhood is 90 percent black.

It is bounded on the north by I-70, on the south by Whittier Ave., on the west by Studer Ave. and on the east by Nelson Rd.

IN THE EARLY 1900s, it was one of the chief recreational attractions in Columbus. Warren Pate, a retired labor representative for the Ohio AFL-CIO, remembers his trips to Driving Park every Sunday to ride the amusement rides and watch the races.

"I can remember one time when the movie actress Pearl White was there riding in a race car and an airplane came and lifted her out of the car," he said.

The park featured buggy and auto races, as well as the new-fangled flying machines that demonstrated dives, flips and turns.

Homes began to replace the summer cottages and race tracks in the 1920s, and in a few years, the recreational park was just a memory.

TODAY, DRIVING Park is a community split down the middle by Livingston Ave. Its south side is made up largely of middle-income homeowners and its north side has more renters, more substandard and vacant housing and more large families.

A typical home, according to Bert Roseman of Crescent Realty, is a two-story, three bedroom that is 25 to 30 years old. "A lot of the homes remind you of Old Bexley," she said. Prices range from $20,000 to $40,000, with an average of about $38,000.

Rental properties are doubles or four-family buildings, with a few apartment complexes in the northern portion.

"People take pride in their real estate here," says Kabari Enaharo, chairman of the Driving Park

Commission. Headquartered at Hope Lutheran Church, 820 Lilley Ave., the commission is the citizens' voice in Driving Park.

"WE DEAL WITH the major issues that affect the quality of life in the area," Enaharo said.

Made up of 15 commissioners, the organization identifies neighborhood problems and tries to correct them. One of its committees lobbies city officials for improved lighting and sewers to decrease the city's high crime rate and stop basement flooding.

Another has held public hearings on the rat problem. It has requested that the Columbus Department of Health set up a rodent control program to eliminate the pests.

Much of the commission's work is with the city's Department of Development. "We're trying to convince city officials that if you make an investment now, it may minimize the cost later on," Enaharo said.

TO GIVE OFFICIALS an inside look at the neighborhood, the commission has sponsored tours of Driving Park for city council members, and invited congressmen to meet with members of the community.

The commission's development committee is studying how zoning can be changed to improve the area. Another committee is planning a home beautification program for this summer to encourage residents to improve the looks of their property and the entire community.

To find out how residents feel about neighborhood problems, the commission has held more than 20 public forums. Enaharo said these well-attended programs have been fruitful.

"There is a high level of community activity here and a willingness by the people to address problems," Enaharo said. "The area is fairly united and very concerned about its identity."

"I LIVE THERE because it is a good, stable community," said Rebecca Redman, the regional coordinator for Partners in Ecumenism, an organi-

Continued on Page L-7

House Fronts Of Conscientious Homeowners Project Friendliness, Character Of Driving Park

Classified Display     Classified Display     Classified Display     Classified Display

Classified Display     Classified Display     Classified Display     Classified Display

**Tired of renting and raving?**

Continued from Page L-6

zation sponsored by the National Council of Churches that strives to bring black and white churches together.

Mrs. Redman, a 12-year resident of Driving Park, finds families there "discipline their children, so there's not a lot of vandalism and other problems."

Ellis Ross, former director of the Ohio Civil Rights Commission, was among the first blacks to move into Driving Park. He does not believe the black movement there represented a conscious effort to integrate the area.

"It represented to me, as it did to a great number of people, an opportunity to move into a better neighborhood," he said. "There weren't major problems when the blacks moved in. The white movement away from the area transcended the black-white issue."

PATE AGREED. "I never was convinced in my mind that block busting was going on," he said. "Age had more to do with the whites moving than blacks."

People were anxious to sell because the homes were too large to maintain, a situation Pate finds himself in now.

Soon after Pate moved to Driving Park, he started the Kelton Ave. Block Club to encourage residents to maintain their property. In 1966, that club and others joined together to become the Driving Park Association. The association became the commission in 1979, when it was approved as an official neighborhood organization by the Columbus City Council.

With 12 murders, 21 rapes and 132 stolen vehicles last year, Driving Park ranks as one of the higher crime districts in Columbus. The commission's police-community relations board is addressing this problem by holding public meetings for residents and police to discuss crime reduction and to prompt residents to cooperate with police.

Enaharo believes the crime situation will improve as the community continues to revitalize itself. In December, a much-needed city recreation center opened at 1100 Rhodes Ave. The area also has its own branch of the Public Library of Columbus and Franklin County at 1566 E. Livingston Ave.

"It's part of the whole movement to revitalize neighborhoods, which only needs the monetary resources to continue," Enaharo said.



Four-Family Units On E. Sycamore St. Are Characteristic Of Neighborhood's Rentals

Dispatch Photos
By
Glen Cumberledge



Newly Opened City Recreation Center Is Site Of Driving Park Community Activities



Historic Monument On Rainbow Park