IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


UNITED STATES OF AMERICA

    VS.                       :           NO. 2:05-CR-011
                             :           JUDGE WATSON

DARYL LAWRENCE

## NOTICE OF APPEARANCE

Peter K. Glenn-Applegate, Assistant United States Attorney, hereby gives notice to the

Court and to the defendant that he is entering an appearance as co-counsel for the United States in

the above captioned case, and requests that copies of all papers filed in this action be served upon

him at the following address:

Peter K. Glenn-Applegate
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Fax: (614) 469-5653
Peter.Glenn-Applegate@usdoj.gov


                                       Respectfully submitted,

                                       CARTER M. STEWART
                                       United States Attorney


                                       s/Peter K. Glenn-Applegate
                                     PETER K. GLENN-APPLEGATE (0088708)
                                     Assistant United States Attorney
                                     303 Marconi Boulevard, Suite 200
                                     Columbus, Ohio 43215
                                     Office: (614) 469-5715
                                     Fax: (614) 469-5653
                                     E-mail: Peter.Glenn-Applegate@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served this 8th day of December, 2015 electronically on: Miriam Gohara.

s/Peter K. Glenn-Applegate
PETER K. GLENN-APPLEGATE (0088708)
Assistant United States Attorney