FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 DEC -7 PM 3: 11

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number 2:05-CR-00011 |
| | ) | |
| | ) | JUDGE GREGORY L. FROST |
| DARYL LAWRENCE | ) | |
| Defendant | ) | |

**MOTION FOR LEAVE TO MANUALLY FILE DVD
CONTAINING EXHIBITS OF VIDEO FILES**

Movant, Daryl Lawrence, by and through undersigned counsel, respectfully submits this motion for leave to manually file a DVD that contains certain exhibits to Mr. Lawrence's *Motion to Vacate, Set Aside or Correct the Sentence Pursuant to 28 U.S.C. § 2255* ("§ 2255 Motion"). These exhibits are video files and cannot be submitted in PDF format. In support of this Motion, Mr. Lawrence states as follows:

1.      Section 2.0(A)(9) of the Electronic Filing Policies and Procedures Manual requires that attachments and exhibits to a motion be filed electronically. The rule further specifies that such attachments and exhibits must be submitted as PDF files with a file size limit of 10 megabytes per file.

2.      While nearly all of the exhibits that Mr. Lawrence intends to file as attachments to his § 2255 Motion comport with the aforementioned rule, there are several exhibits which are video files. These video files cannot be converted to PDF format. Therefore, they must be filed manually on a DVD in their original format.

3.    Per Section 2.0(A)(9)(b) of the Electronic Filing Policies and Procedures Manual, Mr. Lawrence seeks leave of the Court to manually file a DVD of these video file exhibits with the Clerk's Office.

4.    These exhibits, which are attached, are relevant to the § 2255 Motion, provide factual support for claims raised therein, and are necessary for a proper evaluation of the facts and issues pleaded in the § 2255 Motion pursuant to Rule 2 of the *Rules Governing Section 2255 Proceedings in the District Courts.*

WHEREFORE, Mr. Lawrence respectfully moves this Honorable Court to grant him leave to manually file the attached DVD with the Clerk's Office that contains exhibits in the form of video files. A proposed order is hereto attached as Exhibit A.

Dated: December 7, 2015                         Respectfully submitted,

Miriam Gohara (NY2903243)
Federal Capital Habeas Project
Federal Public Defender
265 Church St., Suite 702
New Haven, CT 06510
301.344.2337 (phone)
301.344.0019 (fax)
E-mail: Miriam_Gohara@fd.org

*Counsel for Movant Daryl Lawrence*

2

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing was sent on December 7, 2015 through the Court's ECF system, as well as a hardcopy with attached DVD through the United States mail or third party carrier, postage prepaid, to:

David DeVillers, Esq.
United States Attorney's Office
303 Marconi Blvd, Suite 200
Columbus, Ohio 43215
Email: dave.devillers@usdoj.gov

Miriam Gohara (NY2903243)
Federal Capital Habeas Project
Federal Public Defender, District of
        Maryland CT Office
265 Church St., Suite 702
New Haven, CT 06510
301.344.2337 (phone)
301.344.0019 (fax)
E-mail: Miriam_Gohara@fd.org

3