IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA   )
        Plaintiff         )
                        )
v.                      )      Case Number 2:05-CR-00011
                        )
                        )      JUDGE GREGORY L. FROST
DARYL LAWRENCE        )
        Defendant     )

## ORDER

Counsel, on behalf of Defendant, Daryl Lawrence, has moved for leave to file a DVD manually with the Clerk's Office that contains video file exhibits not presented in PDF format, as these exhibits cannot be reduced in size and converted into PDF documents and thus filed electronically. After due consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that counsel be permitted to file a DVD manually with this Clerk's Office that contains video file exhibits not presented in PDF format.

Dated:

_____
United States District Judge

2