**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

United States of America,

    vs.                                              **NOTICE**

Daryl Lawrence,                              CASE NUMBER: 2-05-CR-11
                                                          2-15-CV-3060
                               JUDGE FROST
                               Magistrate Judge Kemp

[ x ]    **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:        United States District Court    **ROOM NUMBER 172**
               85 Marconi Boulevard
               Columbus OH  43215          **January 11, 2016 at 10:00 AM**

Type of Proceeding:      **STATUS CONFERENCE**

**PLEASE NOTE**: The status conference may be conducted by telephone if any party elects to initiate the conference call.  All parties must consent to the telephone conference, and all must participate by telephone. Personal attendance of any counsel at a telephone status conference is strongly discouraged.  The Deputy Clerk must be informed prior to the scheduled date and time if the conference will be by telephone.

                                   TERENCE P. KEMP
                                   UNITED STATES MAGISTRATE JUDGE

Date:        December 8, 2015        */s/ Spencer D. Harris*
                                    (BY)Spencer D. Harris, Deputy Clerk
                                    (614) 719-3027
                                    spencer_harris@ohsd.uscourts.gov