**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | : | Criminal No. 2:05-cr-011 |
| | : | |
| | : | |
| v. | : | |
| | : | Judge Gregory L. Frost |
| | : | |
| Daryl Lawrence, | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Mary Beth Young, Assistant United States Attorney, will appear as counsel for the United States of America in this matter, substituting for Michael John Burns and Peter K. Glenn-Applegate.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Mary Beth Young
MARY BETH YOUNG (#0073451)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614)469-5715
Mary.beth.young@usdoj.gov

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appearance was served this 21st day of December, 2015, electronically on all parties of record.

s/Mary Beth Young
MARY BETH YOUNG (#0073451)
Assistant United States Attorney