IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number 2:05-CR-00011 |
| v. | ) | |
| | ) | JUDGE GREGORY L. FROST |
| DARYL LAWRENCE | ) | |
| | ) | |
| Defendant. | ) | |

## **ENTRY OF APPEARANCE**

Amy Gershenfeld Donnella, an attorney with the Federal Public Defender for the

District of Maryland, Federal Capital Habeas Project, hereby gives notice to the Court and the

Government that she is entering her appearance as co-counsel for Daryl Lawrence in the above-

captioned case.  Accordingly, she asks that copies of all papers filed in this action be served upon

her by ECF at Amy_Donnella@fd.org, or at the following address:

> Amy Gershenfeld Donnella, Attorney
> Federal Capital Habeas Project
> Federal Public Defender, District of Maryland
> 6411 Ivy Lane, Suite 710
> Greenbelt, Maryland 20770

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella, Attorney
Federal Capital Habeas Project
Federal Public Defender, District of Maryland
 6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Amy_Donnella@fd.org
(301) 641-6103 (phone)
(301) 344-0019 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was served this 7th day

of January, 2016, through the Court's ECF system on all parties.


/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella, Attorney
Federal Capital Habeas Project
Federal Public Defender, District of Maryland
 6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Amy_Donnella@fd.org
(301) 641-6103 (phone)
(301) 344-0019 (fax)