**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATE OF AMERICA,**

**v.**

**Case No. 2:15-cv-3060**
**Criminal No.  2:05-CR-011**
**JUDGE GREGORY L. FROST**
**Magistrate Judge Terence P. Kemp**

**DARYL LAWRENCE.**

**SCHEDULING ORDER**

Petitioner Daryl Lawrence, an inmate sentenced to death in this case, has filed a Motion

for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial, pursuant to

28 U.S.C. § 2255.  The Court held a scheduling conference on January 11, 2016.  As a result of

the discussions held at the conference, the Court issues the following order:

• Petitioner shall file any initial motion for discovery within ninety (90) days from the
date of this Order;

• Respondent shall have ninety (90) days from the date Petitioner files his initial motion
for discovery to file any response;

• Petitioner shall have forty-five (45) days from the date Respondent files its response to
file any reply; and

• The parties shall make a good faith effort to reach any informal agreement(s) they can
concerning Lawrence's execution of a waiver of attorney-client privilege, the conduct of
discovery, and other exchanges of information, but may contact the Undersigned to resolve any
disputes that arise.

The United States' response to the §2255 motion will be scheduled at a later date.

**IT IS SO ORDERED.**

**/s/ Terence P. Kemp**
**United States Magistrate Judge**

1