IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number 2:05-CR-00011 |
| v. | ) | |
| | ) | JUDGE GREGORY L. FROST |
| DARYL LAWRENCE | ) | |
| | ) | Magistrate Judge Terence P. Kemp |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED REQUEST FOR ADDITIONAL TIME TO FILE
INITIAL DISCOVERY REQUESTS

On January 11, 2016, this Court ordered Petitioner, Daryl Lawrence, to file his initial

motions for discovery within ninety days, *i.e.*, by April 11, 2016. (ECF No. 341.) For reasons

explained in the accompanying memorandum, counsel, on behalf of Mr. Lawrence, respectfully

requests that this Court grant Mr. Lawrence sixty additional days, or until June 10, 2016, to file

his initial discovery requests.  The Government does not oppose this request.

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

Dated: March 28, 2016

1

### MEMORANDUM

Counsel for Mr. Lawrence and for the Government appeared before The Honorable Terrence P. Kemp on January 11, 2016, to determine a schedule by which discovery should proceed in this case.  In the order that resulted from that conference, this Court set out a preliminary discovery schedule, indicating that Mr. Lawrence should file his initial motions for discovery by April 11, 2016, and noted that "the parties shall make a good faith effort to reach any informal agreement(s) they can concerning … the conduct of discovery, and other exchanges of information, but may contact the Undersigned [Magistrate Judge Terence P. Kemp] to resolve any disputes that arise."  (Doc. No. 341.)

Since the time of that conference, Mr. Lawrence and the Government have continued ongoing efforts to conduct discovery without the involvement of the Court.  For example, prior to filing his § 2255 Motion in December, 2014, the Government agreed to provide Mr. Lawrence with a complete copy of the pretrial discovery that had been provided to trial counsel, including both paper and multi-media materials.  While the Government did provide Mr. Lawrence the opportunity pre-filing to review documentary evidence that had been provided in pretrial discovery, the Government did not at that time provide Mr. Lawrence with audio, video and other materials that had been supplied to trial counsel on discs.  After more recent discussions between the parties, on March  8, 2016, the Government provided Mr. Lawrence with 28 discs, which contain the audio, video and other materials the Government had provided pre-trial to defense counsel.

Mr. Lawrence is currently in the process of reviewing the materials contained on these discs.  To date, some materials on the discs remain inaccessible because of software issues, but the Government has continued working with Mr. Lawrence to ensure he has the necessary

2

software to open and examine everything contained on them.  It is important that Mr. Lawrence review these materials before submitting his discovery requests because they may identify additional areas that require discovery and obviate the need for other requests.

Additionally, now that Mr. Lawrence has filed his § 2255 Motion, the Government has indicated it is willing to consider engaging in additional informal discovery it believed was premature to discuss pre-filing.  In order to do this, the Government needs time to familiarize itself with the § 2255 pleadings and supporting documents in Mr. Lawrence's appendix, with the trial transcripts, and with the investigation conducted at the time of trial.

Accordingly, the Government has indicated that it does not oppose Mr. Lawrence's request for an additional sixty (60) days to file his discovery requests.  As before, the parties agree that they will use this time productively to try to reach all informal agreements possible and thereby reduce the number of formal discovery requests they will need to bring before the Court for resolution.

For the foregoing reasons, Mr. Lawrence respectfully requests that this Court enter an Order providing him sixty (60) additional days from the current filing deadline of April 11, 2016, or until June 10, 2016, to file his initial requests for discovery in this case.

Respectfully submitted,
/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )        Case Number 2:05-CR-00011
v.                                  )
                                    )        JUDGE GREGORY L. FROST
DARYL LAWRENCE                      )
                                    )        Magistrate Judge Terence P. Kemp
                    Defendant.      )

<u>PROPOSED ORDER</u>

Counsel, on behalf of Defendant, Daryl Lawrence, has requested a sixty (60) day

extension from the current due date of April 11, 2016, or until June 10, 2016, within which to file

his initial discovery requests in the above-referenced case.  After due consideration, this request

is **GRANTED**.

It is, therefore, **ORDERED**, that Mr. Lawrence has until June 10, 2016, to file his initial

discovery requests.

Dated:

_____
Magistrate Judge Terence P. Kemp

4

## CERTIFICATE OF SERVICE

I, Amy Gershenfeld Donnella, hereby certify that an exact copy of the foregoing

Defendant's Unopposed Request for Additional Time to File Initial Discovery Requests and

accompanying Proposed Order were served on the Government through the Court's ECF system

to:

Mary Beth Young, Esq.
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Email:  mary.beth.young@usdoj.gov

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

Dated:  March 28, 2016