IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiff,           )
                                    )        Case Number 2:05-CR-00011
v.                                  )
                                    )        JUDGE GREGORY L. FROST
DARYL LAWRENCE                      )
                                    )        Magistrate Judge Terence P. Kemp
                Defendant.           )

PROPOSED ORDER

Counsel, on behalf of Defendant, Daryl Lawrence, has requested a sixty (60) day extension from the current due date of April 11, 2016, or until June 10, 2016, within which to file his initial discovery requests in the above-referenced case.  After due consideration, this request is **GRANTED**.

It is, therefore, **ORDERED**, that Mr. Lawrence has until June 10, 2016, to file his initial discovery requests.

Dated: March 29, 2016

/s/ Terence P. Kemp
Magistrate Judge Terence P. Kemp