IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE:     Reassignment of Cases from the Docket of
District Judge Gregory L. Frost

ORDER

The attached cases previously assigned to the Honorable Gregory L. Frost are hereby

reassigned to the docket of the Honorable Michael H. Watson.

IT IS SO ORDERED.

_____  4-19-2016
Honorable Edmund A. Sargus, Jr.
Chief Judge United States District Court

2:05-cr-00011-GLF-TPK    USA v. Lawrence
2:09-cr-00209-GLF         USA v. Gomez-Gomez et al
2:12-cr-00168-GLF         USA v. Rodriguez-Solano et al
2:14-cr-00219-GLF         USA v. Salazar-Carasco et al
2:15-cr-00214-MHW-EPD   USA v. Chavis et al