IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number 2:05-CR-00011 |
| v. | ) | |
| | ) | JUDGE MICHAEL H. WATSON |
| DARYL LAWRENCE | ) | |
| | ) | Magistrate Judge Terence P. Kemp |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED REQUEST FOR ADDITIONAL TIME TO FILE INITIAL DISCOVERY REQUESTS

Discovery requests from Petitioner, Daryl Lawrence, are currently due on June 10, 2016. (ECF No. 343). Mr. Lawrence and the Government have been engaged in ongoing and fruitful discussions to accomplish as much informal discovery as possible without the involvement of the Court. For the sake of efficiency and for reasons explained more fully in the accompanying memorandum, counsel, on behalf of Mr. Lawrence, respectfully requests that this Court grant Mr. Lawrence forty-five additional days, or until July 25, 2016, to file his initial discovery requests. The Government joins in this request.

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

Dated: May 25, 2016

1

**MEMORANDUM**

Counsel for Mr. Lawrence and for the Government appeared before The Honorable Terrence P. Kemp on January 11, 2016, to determine a schedule by which discovery should proceed in this case.  In the order that resulted from that conference, this Court set out a preliminary discovery schedule, indicating that Mr. Lawrence should file his initial motions for discovery by April 11, 2016, and noted that "the parties shall make a good faith effort to reach any informal agreement(s) they can concerning … the conduct of discovery, and other exchanges of information, but may contact the Undersigned [Magistrate Judge Terence P. Kemp] to resolve any disputes that arise."  (Doc. No. 341.)  Because of the parties' efforts to reach informal agreements on discovery, in late March, 2016, they sought sixty additional days from the Court to continue this process. (Doc. No. 342). This Court granted their request, giving them until June 10, 2016, to submit initial discovery requests. (Doc. No. 343).

Since the time of the initial status conference, Mr. Lawrence and the Government have engaged in fruitful discussions and reached several agreements that have resulted in the Government providing certain discovery materials to Mr. Lawrence. For example, on March  8, 2016, the Government provided Mr. Lawrence with 28 discs, which contain the audio, video and other materials the Government had provided pre-trial to defense counsel.

Mr. Lawrence has now finished reviewing the materials contained on these discs, a process which took some time both because of the number of discs involved and because some materials on the discs were inaccessible until recently because of software issues.

After a series of further discussions, on May 23, 2016, the Government agreed in theory to provide other materials responsive to certain categories of requests Mr. Lawrence has made, should such materials in fact exist.  The Government has already identified some audio and video

2

files that fit within these categories and sent them to Mr. Lawrence on May 24, 2016.  The Government has indicated, however, that counsel will still require several weeks to comb their extensive case files to determine whether there are additional documents or other materials that fall within the agreed-upon categories.

Informal discovery efforts are making steady and efficient progress. Both parties believe it makes sense, therefore, to allow this process to continue by giving the Government sufficient time to produce any such materials it has already agreed to provide before requiring Mr. Lawrence to lodge formal discovery requests with this Court.

Accordingly, the Government has indicated that it does not oppose Mr. Lawrence's request for an additional forty-five (45) days to file his discovery requests.  As before, the parties agree that they will use this time productively to try to reach all informal agreements possible and thereby reduce the number of formal discovery requests Mr. Lawrence will need to bring before the Court for resolution.

For the foregoing reasons, Mr. Lawrence respectfully requests that this Court enter an Order providing him forty-five (45) additional days from the current filing deadline of June 10, 2016, or until July 22, 2016, to file his initial formal requests for discovery in this case.

Respectfully submitted,
/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number 2:05-CR-00011 |
| v. | ) | |
| | ) | JUDGE MICHAEL H. WATSON |
| DARYL LAWRENCE | ) | |
| | ) | Magistrate Judge Terence P. Kemp |
| Defendant. | ) | |

PROPOSED ORDER

Counsel, on behalf of Defendant, Daryl Lawrence, has requested a forty-five (45) day extension from the current due date of June 10, 2016, or until July 22, 2016, within which to file his initial discovery requests in the above-referenced case. After due consideration, this request is **GRANTED**.

It is, therefore, **ORDERED**, that Mr. Lawrence has until July 22, 2016, to file his initial discovery requests.

Dated:

_____
Magistrate Judge Terence P. Kemp

4

## CERTIFICATE OF SERVICE

I, Amy Gershenfeld Donnella, hereby certify that an exact copy of the foregoing

Defendant's Unopposed Request for Additional Time to File Initial Discovery Requests and

accompanying Proposed Order were served on the Government through the Court's ECF system

to:

Mary Beth Young, Esq.
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Email:  mary.beth.young@usdoj.gov

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

Dated:  May 25, 2016

5