IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )        Case Number 2:05-CR-00011
v.                                           )
                                             )        JUDGE MICHAEL H. WATSON
DARYL LAWRENCE                               )
                                             )        Magistrate Judge Terence P. Kemp
                    Defendant.               )

## ~~PROPOSED~~ ORDER

Counsel, on behalf of Defendant, Daryl Lawrence, has requested a forty-five (45) day extension from the current due date of June 10, 2016, or until July 22, 2016, within which to file his initial discovery requests in the above-referenced case.  After due consideration, this request is **GRANTED**.

It is, therefore, **ORDERED**, that Mr. Lawrence has until July 22, 2016, to file his initial discovery requests.

Dated: May 27, 2016

                                        /s/ Terence P. Kemp
                                        ~~Magistrate Judge Terence P. Kemp~~
                                        United States Magistrate Judge

4