IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number 2:05-CR-00011 |
| v. | ) | |
| | ) | JUDGE MICHAEL H. WATSON |
| DARYL LAWRENCE | ) | |
| | ) | Magistrate Judge Terence P. Kemp |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED REQUEST FOR ADDITIONAL TIME TO FILE
INITIAL DISCOVERY REQUESTS

Discovery requests from Petitioner, Daryl Lawrence, are currently due on July 22, 2016. (ECF No. 346). Mr. Lawrence and the Government have continued to engage in ongoing and productive discussions to accomplish as much informal discovery as possible without the involvement of the Court. For the sake of efficiency and for reasons explained more fully in the accompanying memorandum, counsel, on behalf of Mr. Lawrence, respectfully requests that this Court grant Mr. Lawrence thirty additional days, or until August 22, 2016, to file his initial discovery requests. The Government joins in this request.

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

Dated: July 13, 2016

1

**MEMORANDUM**

Counsel for Mr. Lawrence and for the Government appeared before the Honorable Terrence P. Kemp on January 11, 2016, to determine a schedule by which discovery should proceed in this case. In the order that resulted from that conference, this Court set out a preliminary discovery schedule, indicating that Mr. Lawrence should file his initial motions for discovery by April 11, 2016, and noted that "the parties shall make a good faith effort to reach any informal agreement(s) they can concerning … the conduct of discovery, and other exchanges of information, but may contact the Undersigned [Magistrate Judge Terence P. Kemp] to resolve any disputes that arise." (Doc. No. 341.) Because of the parties' efforts to reach informal agreements on discovery, in late March, 2016, they sought sixty additional days from the Court to continue this process. (Doc. No. 342). This Court granted their request, giving them until June 10, 2016, to submit initial discovery requests. (Doc. No. 343). The parties sought an additional 45 days to continue this process (Doc. No. 345), which this Court granted. (Doc. No. 346). The deadline to submit initial discovery requests is currently July 22, 2016. *Id.*

Since the time of the initial status conference, and continuing to the present date, Mr. Lawrence and the Government have engaged in a series of fruitful discussions regarding informal resolution of Mr. Lawrence's discovery requests. As a result of these discussions, the Government agreed in theory to provide materials responsive to certain categories of requests Mr. Lawrence has made, should such materials in fact exist. In accordance with that agreement, the Government began a process of reviewing its file and has periodically provided Mr. Lawrence with relevant materials that fit within the agreed-upon categories. These include the following:

2

• On March 8, 2016, the Government provided Mr. Lawrence with 28 discs, which included the audio, video and other materials the Government had provided pre-trial to defense counsel.

• On May 25, 2016, the Government provided Mr. Lawrence with five VHS tapes and one CD, containing interviews with 18 different individuals, as well as news coverage of the case.

• On June 23, 2016, the Government provided Mr. Lawrence with nine sets of color photographs (totaling approximately 387 individual photographs), related to various crime scenes and evidence collected in this case.

• On June 29, 2016, the Government provided Mr. Lawrence with additional discovery materials, including audio files, video files and other materials concerning witness interviews, forensic evidence, 911 calls, and pages that had been missing from or illegible in previously shared police reports.

• On July 13, 2016, the Government provided Mr. Lawrence with four additional discs, which the undersigned is in the process of reviewing and appear to include such materials as audio files, digital images and other materials concerning witness interviews and crime scene evidence.

The parties' informal discovery efforts continue to make steady and efficient progress. The Government has indicated, however, that counsel will still require several weeks to continue to comb their extensive case files to determine whether there are additional documents or other materials that fall within the agreed-upon categories. Both parties believe it would be beneficial, therefore, to allow this process to continue by giving the Government sufficient time to produce

3

any such materials it has already agreed to provide before requiring Mr. Lawrence to lodge formal discovery requests with this Court.

Accordingly, the parties agree there is a need and Mr. Lawrence moves for an additional thirty (30) days to file his discovery requests. As before, the parties agree that they will use this time productively to try to reach all informal agreements possible and thereby reduce the number of formal discovery requests Mr. Lawrence will need to bring before the Court for resolution.

For the foregoing reasons, Mr. Lawrence respectfully requests that this Court enter an Order providing him thirty (30) additional days from the current filing deadline of July 22, 2016, or until August 22, 2016, to file his initial formal requests for discovery in this case.

Respectfully submitted,
/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Miriam Gohara (NY2903243)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )        Case Number 2:05-CR-00011
v.                                  )
                                    )        JUDGE MICHAEL H. WATSON
DARYL LAWRENCE                      )
                                    )        Magistrate Judge Terence P. Kemp
                    Defendant.      )

PROPOSED ORDER

Counsel, on behalf of Defendant, Daryl Lawrence, has requested a thirty (30) day extension from the current due date of July 22, 2016, or until August 22, 2016, within which to file his initial discovery requests in the above-referenced case.  After due consideration, this request is **GRANTED**.

It is, therefore, **ORDERED**, that Mr. Lawrence has until August 22, 2016, to file his initial discovery requests.

Dated:

_____
Magistrate Judge Terence P. Kemp

5

## CERTIFICATE OF SERVICE

I, Amy Gershenfeld Donnella, hereby certify that an exact copy of the foregoing

Defendant's Unopposed Request for Additional Time to File Initial Discovery Requests and

accompanying Proposed Order were served on the Government through the Court's ECF system

to:

Mary Beth Young, Esq.
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Email: mary.beth.young@usdoj.gov

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail: Amy_Donnella@fd.org

Dated: July 13, 2016