IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number 2:05-CR-00011 |
| v. | ) | |
| | ) | JUDGE MICHAEL H. WATSON |
| DARYL LAWRENCE | ) | |
| | ) | Magistrate Judge Terence P. Kemp |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED REQUEST FOR ADDITIONAL TIME TO FILE
INITIAL DISCOVERY REQUESTS

Discovery requests from Petitioner, Daryl Lawrence, are currently due on August 22, 2016.  (ECF No. 348). Mr. Lawrence and the Government have continued to engage in ongoing and productive discussions to accomplish as much informal discovery as possible without the involvement of the Court. For the sake of efficiency and for reasons explained more fully in the accompanying memorandum, counsel, on behalf of Mr. Lawrence, respectfully requests that this Court grant Mr. Lawrence an extension of forty-five additional days, or until October 6, 2016, to file his initial discovery requests. The Government joins in this request.  Barring unforeseen circumstances, the parties anticipate this will be the last such extension they will need.

Respectfully submitted,
/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

Dated: August 15, 2016

1

**MEMORANDUM**

Counsel for Mr. Lawrence and for the Government appeared before the Honorable Terrence P. Kemp on January 11, 2016, to determine a schedule by which discovery should proceed in this case. In the order that resulted from that conference, this Court set out a preliminary discovery schedule, indicating that Mr. Lawrence should file his initial motions for discovery by April 11, 2016, and noted that "the parties shall make a good faith effort to reach any informal agreement(s) they can concerning … the conduct of discovery, and other exchanges of information, but may contact the Undersigned [Magistrate Judge Terence P. Kemp] to resolve any disputes that arise." (Doc. No. 341.) Because of the parties' ongoing efforts to reach informal agreements on discovery, they have sought, and this Court has granted, several extensions in order to allow this process to go forward. The current deadline to submit initial discovery requests is August 22, 2016. *Id*.

Following  the initial status conference, , Mr. Lawrence and the Government engaged in a series of fruitful discussions regarding informal resolution of Mr. Lawrence's discovery requests. As a result of these discussions, which continue through the present, the Government has been providing materials responsive to certain categories of requests Mr. Lawrence has identified, as the Government has continued to review its file.  This review has resulted in the Government providing Mr. Lawrence with the following:

• On March 8, 2016, the Government provided Mr. Lawrence with 28 discs, which included the audio, video and other materials the Government had provided pre-trial to defense counsel.

2

• On May 25, 2016, the Government provided Mr. Lawrence with five VHS tapes and one CD, containing interviews with 18 different individuals, as well as news coverage of the case.

• On June 23, 2016, the Government provided Mr. Lawrence with nine sets of color photographs (totaling approximately 387 individual photographs), related to various crime scenes and evidence collected in this case.

• On June 29, 2016, the Government provided Mr. Lawrence with additional discovery materials, including audio files, video files and other materials concerning witness interviews, forensic evidence, 911 calls, and pages that had been missing from or illegible in previously shared police reports.

• On July 13, 2016, the Government provided Mr. Lawrence with four additional discs, which included such materials as audio files, digital images and other materials concerning witness interviews and crime scene evidence.

The parties' informal discovery efforts continue to make steady and efficient progress. The Government has indicated, however, that it will be providing at least one more set of discovery documents that fall within the agreed-upon categories. The parties anticipate that this set of materials will be provided during the week of August 15th, and Mr. Lawrence will require some time to review the disclosed materials to determine their significance with respect to any formal discovery requests he files. Additionally, the parties are currently addressing some technological issues that have arisen with respect to portions of the previously provided discovery materials. (For example, some of the most recently provided digital files are encoded in a format that neither the undersigned, nor the undersigned's IT personnel, can open.) The parties are working diligently to resolve these technical issues with the digital files. Both parties

3

believe it would be beneficial, therefore, to allow this process to continue before requiring Mr. Lawrence to lodge formal discovery requests with this Court.

Accordingly, the parties agree there is a need and Mr. Lawrence moves for an additional forty-five (45) days to file his discovery requests. As before, the parties agree that they will use this time productively to try to reach all informal agreements possible and thereby reduce the number of formal discovery requests Mr. Lawrence will need to bring before the Court for resolution. The parties believe in good faith that this is the final extension that will be needed in order to complete the informal discovery process.

For the foregoing reasons, Mr. Lawrence respectfully requests that this Court enter an Order providing him forty-five (45) additional days from the current filing deadline of August 22, 2016, or until October 6, 2016, to file his initial formal requests for discovery in this case.

<div style="margin-left: 50%;">

Respectfully submitted,
/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Miriam Gohara (NY2903243)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

</div>

4

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
                  Plaintiff,         )
                                     )       Case Number 2:05-CR-00011
v.                                   )
                                     )       JUDGE MICHAEL H. WATSON
DARYL LAWRENCE                       )
                                     )       Magistrate Judge Terence P. Kemp
                  Defendant.         )

PROPOSED ORDER

Counsel, on behalf of Defendant, Daryl Lawrence, has requested a forty-five (45) day extension from the current due date of August 22, 2016, or until October 6, 2016, within which to file his initial discovery requests in the above-referenced case. After due consideration, this request is **GRANTED**.

It is, therefore, **ORDERED**, that Mr. Lawrence has until October 6, 2016, to file his initial discovery requests.

Dated:

_____
Magistrate Judge Terence P. Kemp

5

## CERTIFICATE OF SERVICE

I, Amy Gershenfeld Donnella, hereby certify that an exact copy of the foregoing

Defendant's Unopposed Request for Additional Time to File Initial Discovery Requests and

accompanying Proposed Order were served on the Government through the Court's ECF system

to:


Mary Beth Young, Esq.
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Email:  mary.beth.young@usdoj.gov


/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org


Dated:  August 15, 2016

6