IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,          :

       Plaintiff,               :

    v.                             :          Case No. 2:05-cr-11

                           :          JUDGE MICHAEL H. WATSON
Daryl Lawrence,                             Magistrate Judge Kemp

       Defendant.               :


ORDER

    Defendant has moved for an extension of time to file initial discovery requests.  The motion sets forth good cause for an extension and the motion (Doc. 349) is therefore granted.  The new date to file is October 6, 2016.


/s/ Terence P. Kemp
United States Magistrate Judge