IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number 2:05-CR-00011 |
| v. | ) | |
| | ) | JUDGE MICHAEL H. WATSON |
| DARYL LAWRENCE | ) | |
| | ) | Magistrate Judge Terence P. Kemp |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
TO FILE DISCOVERY MOTION UNDER SEAL

Movant, Daryl Lawrence, by and through undersigned counsel, respectfully submits this motion for leave to file under seal his forthcoming motion for leave to conduct discovery, together with an unsealed, redacted version of the motion, pursuant to Local Rule 5.2.1. The Government does not oppose this request. In support of this motion, Mr. Lawrence states the following:

1.     This Court previously allowed Mr. Lawrence to file portions of his §2255 Motion under seal because certain claims referenced: 1) names of and information about juror and alternate jurors who participated in Mr. Lawrence's trial proceedings; 2) prior sealed proceedings and documents; and 3) sensitive information concerning juvenile cases. *See* ECF Doc. Nos. 332 & 337 (orders granting leave to file claims and exhibits under seal).

2.     In his forthcoming motion for leave to conduct discovery, which is due on October 6, 2016, Mr. Lawrence intends to seek discovery on matters that pertain to a number of the claims raised in his § 2255 Motion, including those claims that are under seal.

1

3. In the interest of consistency with prior proceedings, Mr. Lawrence respectfully requests leave to file under seal a complete version of his forthcoming discovery motion, along with an unsealed version of the motion in which those requests related to matters in his § 2255 Motion currently under seal are redacted.

4. The undersigned has consulted with the Government, and it has indicated that it does not oppose Mr. Lawrence's request.

WHEREFORE, Mr. Lawrence respectfully moves this Court to grant him leave to file under seal a complete version of his forthcoming discovery motion, along with an unsealed, redacted version of the motion as described above. A proposed order is attached to this motion.

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

Dated: September 29, 2016

2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,                    )
                                             )
                    Plaintiff,               )
                                             )        Case Number 2:05-CR-00011
v.                                           )
                                             )        JUDGE MICHAEL H. WATSON
DARYL LAWRENCE                               )
                                             )        Magistrate Judge Terence P. Kemp
                    Defendant.               )

PROPOSED ORDER

Counsel, on behalf of Defendant, Daryl Lawrence, has moved for leave to file his

forthcoming discovery motion under seal, along with an unsealed version of the motion in which

those portions of it that reference matters in his § 2255 motion that are currently under seal are

redacted. After due consideration, this request is **GRANTED**.

SO ORDERED this ___ day of October, 2016.

                                             _____
                                             Magistrate Judge Terence P. Kemp

3

## <u>CERTIFICATE OF SERVICE</u>

I, Amy Gershenfeld Donnella, hereby certify that an exact copy of the foregoing

Defendant's Unopposed Motion for Leave to File Portions of Discovery Motion Under Seal and

accompanying Proposed Order were served on the Government through the Court's ECF system

to:

> Mary Beth Young, Esq.
> Assistant United States Attorney
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215
> Email:  mary.beth.young@usdoj.gov

> /s/Amy Gershenfeld Donnella
> Amy Gershenfeld Donnella (PA85194)
> Federal Capital Habeas Project, PA Office
> Federal Public Defender, District of
> Maryland
> 6411 Ivy Lane, Suite 710
> Greenbelt, MD 20770
> (301) 641-6103 (phone)
> (301) 344-0019 (fax)
> E-mail:  Amy_Donnella@fd.org

Dated:  September 29, 2016