IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case Number 2:05-CR-00011 |
| v. | ) | |
| | ) | JUDGE MICHAEL H. WATSON |
| DARYL LAWRENCE | ) | |
| | ) | Magistrate Judge Terence P. Kemp |
| Defendant. | ) | |

### ~~PROPOSED~~ ~~XXXXXXXX~~ ORDER

Counsel, on behalf of Defendant, Daryl Lawrence, has moved for leave to file his forthcoming discovery motion under seal, along with an unsealed version of the motion in which those portions of it that reference matters in his § 2255 motion that are currently under seal are redacted. After due consideration, this request is **GRANTED**.

SO ORDERED this  5th day of October, 2016.

/s/ Terence P. Kemp
~~Magistrate Judge Terence P. Kemp~~
~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~
United States Magistrate Judge

3