IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Case Number 2:05-CR-00011 |
| | ) | |
| v. | ) | JUDGE MICHAEL H. WATSON |
| | ) | |
| | ) | Magistrate Judge Terence P. Kemp |
| DARYL LAWRENCE | ) | |
| Defendant | ) | THIS IS A CAPITAL CASE |

**NOTICE OF EXHIBITS TO BE ATTACHED TO MR. LAWRENCE'S FIRST MOTION
FOR DISCOVERY- REDACTED VERSION (Docket # 354)**

The attachments hereto are redacted exhibits to the redacted version of Defendant Daryl

Lawrence's First Motion for Discovery, filed as Docket # 354.

Respectfully submitted,

/s/ Miriam Gohara                          /s/Amy Gershenfeld Donnella
Miriam Gohara (NY2903243)                  Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project             Federal Capital Habeas Project
Federal Public Defender,                   Federal Public Defender, District of Maryland
District of Maryland                       6411 Ivy Lane, Suite 710
265 Church St., Suite 702                  Greenbelt, MD 20770
New Haven, CT 06510                        (301) 641-6103 (phone)
(301) 344-2337 (phone)                     (301) 344-0019 (fax)
(301) 344-0019 (fax)                       E-mail:  Amy_Donnella@fd.org
E-mail:  Miriam_Gohara@fd.org