# Exhibit 15

Declaration of Donald Sowards

1. My name is Donald Sowards. I reside in Bexley, Ohio. I am a former homicide detective with the Columbus Division of Police. I retired in January 2016 after over 40 years of service.

2. On August 4 and August 5, 2016, I met with James Szell and Rick Gorski at my home. They identified themselves as investigators working on behalf of the defense team that represents Mr. Daryl Lawrence in his current postconviction case. I agreed to speak with them and provided them with the following information.

3. On January 6, 2005, I responded to the shooting incident at Fifth Third Bank involving Officer Bryan Hurst. Among my responsibilities that day, I was assigned to canvass the area surrounding the bank.  I also interviewed some of the eyewitnesses who were inside the bank at the time of the incident. I do not specifically recall which witnesses I interviewed.

4. As per Columbus Police Department protocol, any witnesses who were present during the incident that day would have been interviewed, and all such witness interviews would have been documented. Even if a witness did not have any significant information to report, that witness would still have been interviewed by an officer and that interview would have been documented.

5. When interviewing witnesses, some officers used an audio-recorder and some took handwritten notes. If an interview was recorded using handwritten notes, the practice among officers was to give the notes to a typist who would then prepare a typed informational summary of the interview based on those notes. Some officers would attach their handwritten notes to the typed informational summary; others would shred their notes after the typed summary was complete.  This practice varied according to the officer.

6. I used to take handwritten notes if I was canvassing an area and interviewed a witness, but if I interviewed a witness in my police vehicle, I would typically use an audio recorder. When I took handwritten notes, my practice was to attach those notes to the typed informational summary of the witness interview once it was completed. ~~The typed informational summary and attached handwritten notes would then be given the correct file number assigned to the case and then put in the file room with the case file.~~ The typed informational summary would be given the correct file number assigned to the case, and would then be put in the file room with the case file. DS RG

7. During the course of an investigation, each unit is responsible for delivering any information or evidence that it obtains to the lead detective in charge of the case. It is that detective's responsibility to maintain the main case file. The lead detective also creates a table of contents that identifies the items contained in the case file. That table of contents is supposed to list all the information and evidence gathered in connection with the investigation into that case.

8. The crime scene unit was responsible for maintaining a separate file with evidence it collected at the crime scene. Eventually, the crime scene file would also be incorporated into the main case file.

9. In addition, some officers keep a "side file" or "desk file." These are working files that officers may keep by their desk so they can maintain their in-progress work product, such as interview notes, without having to go to the main case file in the file room every time they want to work on that case. The practice of keeping desk files also varied by officer. It was not my personal practice to keep a desk file during an investigation. I always kept my files and notes in the main case file in the file room at the police department where I worked.

10. It was not uncommon for us to interview a witness more than once in the course of an investigation. Often, we would re-interview a witness either because we needed to corroborate some other information or we wanted to ask about new information we'd learned since the first interview.

11. Each unit or division within the Columbus Division of Police has its own Standard Operating Procedures, which we call "S.O.P.s" for short. The SOPs are like procedural rules that explain how a particular unit is supposed to carry out certain tasks; for example, the proper protocol for collecting evidence or interviewing witnesses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection.

_____
Donald Sowards

Executed on: 10/4/2016 , 2016

# Exhibit 16

Declaration of Sandra Ladley

1. My name is Sandra Ladley. I live in Columbus, Ohio. I am a former homicide detective with the Columbus Division of Police. I have been retired for over 10 years.

2. I spoke with James Szell and Rick Gorski on August 5, 2016. They told me that they had been hired by the defense lawyers who represent Mr. Daryl Lawrence and were working on behalf of Mr. Lawrence to investigate his case. During my conversation with them, I told them the following information about my recollections of my involvement in the Lawrence case and about the general protocols of the Columbus Division of Police.

3. On January 6, 2005, I responded to the shooting incident at Fifth Third Bank involving Officer Bryan Hurst. Some of the other officers who responded to the scene that day were Detectives McCann, Sowards, and McCoskey. Det. McCann is deceased.

4. I was assigned to interview some of the eyewitnesses to the incident. My recollection is that these witnesses were moved to a medical building adjacent to the bank, and that that's where we interviewed them. I don't remember the names of the specific witnesses that I interviewed, although I recall that one of the witnesses was a bank employee who said she was under her desk at the time of the shooting incident.

5. I don't recall whether any witnesses were re-interviewed in this particular case, but it was a common practice to conduct additional interviews with a witness in the course of an investigation. Those follow-up interviews weren't always done by the same officer who conducted the original interview.

6. Typically, witness interviews were either memorialized using an audio-recorder or with handwritten notes. Sometimes an officer would do both. My preference was to use an audio-recorder, but I don't recall what method I used while interviewing witnesses in this particular case.

7. When I did take handwritten notes of an interview, I would give ,an audio summary of [*RGA, SL*] my notes to a typist. The typist would type them up into an informational summary, and would then return the typed summary to me to proofread. I would attach my handwritten notes to the typed summary, and then turn the whole thing over to the lead detective who maintained the main case file. Not all officers would attach their handwritten notes to the summary, though.

8. The lead detective was also responsible for keeping a log of all interviews that were conducted in the course of an investigation, and of which officers conducted the interviews.

9. The crime scene unit kept its own case file, but once its work was complete, it would attach that file to the main case file kept by the lead detective.

10. Each department within the Columbus Division of Police has its own Standard Operating Procedures ("SOPs"). The SOPs detail how the officers in the department are supposed to carry out their duties and perform their jobs.

I declare under penalty of perjury that the foregoing is true and correct to the best of my recollection.

Sandra Ladley

Executed on: 10/4 , 2016