IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case Number 2:05-cr-00011-MHW-TPK-01 |
| | ) | |
| | ) | JUDGE MICHAEL H. WATSON |
| DARYL LAWRENCE | ) | |
| Defendant | ) | |

## ATTORNEY MIRIAM GOHARA'S NOTICE OF CHANGE OF ADDRESS

Undersigned attorney, Miriam Gohara, counsel for Daryl Lawrence, notices the Court and all parties of a change in her office address. As of December 1, 2016, Ms. Gohara's new office address is:

Miriam Gohara
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800 (phone)
(203) 432-1426 (fax)
miriam.gohara@yale.edu

Respectfully submitted,

/s/ Miriam Gohara
Miriam Gohara (NY2903243)
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800 (phone)
(203) 432-1426 (fax)
miriam.gohara@yale.edu

1

### *CERTIFICATE OF SERVICE*

I hereby certify that an exact copy of the foregoing was sent on November 29, 2016 through the Court's ECF system to:

Mary Beth Young, Esq.
United States Attorney's Office
303 Marconi Blvd, Suite 200
Columbus, Ohio 43215
Email: mary.beth.young@usdoj.gov

/s/ Miriam Gohara
Miriam Gohara (NY2903243)
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800 (phone)
(203) 432-1426 (fax)
miriam.gohara@yale.edu
