# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Daryl Lawrence, | : | Criminal No. 2:05-cr-011 |
| *Petitioner,* | : | Civil No. 2:15-cv-3060 |
| | : | |
| v. | : | |
| | : | Judge Watson |
| | : | Magistrate Judge Kemp |
| United States of America, | : | |
| *Respondent.* | : | |

---

## Motion for Extension of Time

---

The United States' responses to Petitioner's First Motion for Discovery [354] and Motion for Release of Brady Materials [355], are currently due by January 5, 2017.  For the reasons explained in the accompanying memorandum, the United States respectfully requests an additional sixty additional days, or until March 6, 2017, to respond. Petitioner Lawrence does not oppose this request.


Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/Mary Beth Young
MARY BETH YOUNG (0073451)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Mary.Beth.Young@usdoj.gov

**<u>Memorandum</u>**

Daryl Lawrence was sentenced to death in 2006 for an attempted bank robbery that resulted in the death of a Columbus police officer.  (Doc. 235.) His conviction and sentence became final following direct appeal when his petition for certiorari was denied on December 8, 2014.  (Doc. 299.) Pursuant to 28 U.S.C. § 2255, Lawrence filed a Motion for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial on December 7, 2015.  (Doc. 328.)  The § 2255 motion spanned 280 pages, raised 30 numbered arguments, and was accompanied by 114 exhibits.

In a conference on January 11, 2016, this Court established a preliminary discovery schedule providing that Petitioner would have 90 days to file its initial motion for discovery, and that Respondent would then have 90 days to respond. (Doc. 341.)  The Court indicated at that time that "the parties shall make a good faith effort to reach any informal agreement(s) they can concerning . . . the conduct of discovery." (*Id*.)  Consistent with that, the United States and Petitioner engaged in informal discovery efforts resulting in the United States' sharing a significant amount of information with Petitioner.  While productive informal discovery was ongoing, Petitioner requested and obtained, with the United States' concurrence, several extensions of time to file its initial discovery motion.  (Doc. 346, 348, 350.)

Petitioner's Initial Motion for Discovery was ultimately filed on October 7, 2016 (Doc. 354).  A Motion for Release of Brady Materials (Doc. 355) was filed the same day.  The Motion for Discovery itself spans 72 pages and requests discovery pertaining to 17 of Petitioner's 30 claims.  The requested discovery includes materials from the United States Attorney's Office in 88 categories (Doc. 356 (Exh. 1)), materials from the Clerk's Office of this Court in 5 categories (Doc. 356 (Exh. 2)); materials from court personnel in 6 numbered categories (Doc. 356 (Exh. 3)); and a total of 36 subpoenas to 19 other entities requesting materials in 253 categories (Doc. 356 (Exhs. 4- 15)).

This case is being handled for Respondent by counsel from the United States Attorney's Office for the Southern District of Ohio, who have a variety of simultaneous duties in other matters.  Given the "good cause" standard applicable to discovery in § 2255 actions, *see Bracy v. Gramley*, 520 U.S. 899, 908-09 (1997), responding to Petitioner's discovery requests requires the United States to make an initial assessment of the seventeen substantive arguments on which Petitioner requests discovery.  Moreover, the United States must consider the appropriateness of the 362 total categories of discovery requested by Petitioner from various parties. In light of the scope and complexity of Petitioner's Motion for Discovery, the United States requires an additional period of sixty days to respond.  The undersigned has consulted with counsel for Petitioner Lawrence, who does not oppose this request.

For the foregoing reasons, the United States respectfully requests that this Court extend the deadline by sixty days, until March 6, 2017, for the United States

to file its responses to Petitioner's First Motion for Discovery (Doc. 354) and Motion

for Release of Brady Materials (Doc. 355).  A proposed order is attached.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/Mary Beth Young
MARY BETH YOUNG (0073451)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Mary.Beth.Young@usdoj.gov

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Daryl Lawrence, | : | Criminal No. 2:05-cr-011 |
| *Petitioner*, | : | Civil No. 2:15-cv-3060 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| United States of America, | : | |
| *Respondent.* | : | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

For good cause shown, the Government's Motion for Extension of Time to respond Petitioner's First Motion for Discovery [354] and Motion for Release of Brady Materials [355] is hereby **GRANTED**.  The Government's response is now due March 6, 2017.

IT IS SO ORDERED.

_____
Date

_____
Terence P. Kemp
United States Magistrate Judge

## Certificate of Service

I hereby certify that a copy of the foregoing Motion to Extend Time was served this 21st day of December, 2016, electronically on all parties of record.

s/Mary Beth Young
MARY BETH YOUNG (0073451)
Assistant United States Attorney