# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Daryl Lawrence, | : | Criminal No. 2:05-cr-011 |
| *Petitioner*, | : | Civil No. 2:15-cv-3060 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| United States of America, | : | |
| *Respondent.* | : | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

For good cause shown, the Government's Motion for Extension of Time to respond Petitioner's First Motion for Discovery [354] and Motion for Release of Brady Materials [355] is hereby **GRANTED**. The Government's response is now due March 6, 2017.

IT IS SO ORDERED.

 December 21, 2016                    /s/ Terence P. Kemp
Date                                 Terence P. Kemp
                                     United States Magistrate Judge