# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Daryl Lawrence, | : | Criminal No. 2:05-cr-011 |
| *Petitioner*, | : | Civil No. 2:15-cv-3060 |
| | : | |
| v. | : | |
| | : | Judge Watson |
| | : | Magistrate Judge Kemp |
| United States of America, | : | |
| *Respondent.* | : | |

---

### Second Motion for Extension of Time

---

The United States' responses to Petitioner's First Motion for Discovery [354] and Motion for Release of Brady Materials [355], are currently due by March 6, 2017.  For the reasons explained in the accompanying memorandum, the United States respectfully requests an additional thirty additional days, until April 5, to respond. Petitioner Lawrence does not oppose this request.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Mary Beth Young
MARY BETH YOUNG (0073451)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Mary.Beth.Young@usdoj.gov

## Memorandum

Daryl Lawrence was sentenced to death in 2006 for an attempted bank robbery that resulted in the death of a Columbus police officer.  (Doc. 235.) His conviction and sentence became final following direct appeal when his petition for certiorari was denied on December 8, 2014.  (Doc. 299.) Pursuant to 28 U.S.C. § 2255, Lawrence filed a Motion for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial on December 7, 2015.  (Doc. 328.)  The § 2255 motion spanned 280 pages, raised 30 numbered arguments, and was accompanied by 114 exhibits.

This Court established a preliminary discovery schedule, indicating that "the parties shall make a good faith effort to reach any informal agreement(s) they can concerning . . . the conduct of discovery."  (Doc. 341.)  Consistent with that, the United States and Petitioner engaged in informal discovery efforts for several months, resulting in the United States' sharing a significant amount of information with Petitioner.  While productive informal discovery was ongoing, Petitioner requested and obtained, with the United States' concurrence, several extensions of time to file its initial discovery motion.  (Doc. 346, 348, 350.)

Petitioner has now filed his Initial Motion for Discovery (Doc. 354) as well as a Motion for Release of Brady Materials (Doc. 355).  The Motion for Discovery itself

spans 72 pages and requests discovery pertaining to 17 of Petitioner's 30 claims. The requested discovery includes materials from the United States Attorney's Office in 88 categories (Doc. 356 (Exh. 1)), materials from the Clerk's Office of this Court in 5 categories (Doc. 356 (Exh. 2)); materials from court personnel in 6 numbered categories (Doc. 356 (Exh. 3)); and a total of 36 subpoenas to 19 other entities requesting materials in 253 categories (Doc. 356 (Exhs. 4- 15)).

Given the "good cause" standard applicable to discovery in § 2255 actions, *see Bracy v. Gramley*, 520 U.S. 899, 908-09 (1997), responding to Petitioner's discovery requests requires the United States to make an initial assessment of the seventeen substantive arguments on which Petitioner requests discovery. Moreover, the United States must consider the appropriateness of the 362 total categories of discovery requested by Petitioner from various parties. In light of the scope and complexity of Petitioner's Motion for Discovery, the United States previously requested and was granted a sixty-day extension. (Doc. 359.) While substantial progress has been made in drafting the response, an additional thirty-day extension is needed to complete the response and to allow for necessary review. The undersigned has consulted with counsel for Petitioner Lawrence, who does not oppose this request.

For the foregoing reasons, the United States respectfully requests that this Court extend the deadline by thirty days for the United States to file its responses

to Petitioner's First Motion for Discovery (Doc. 354) and Motion for Release of Brady

Materials (Doc. 355).  A proposed order is attached.

> Respectfully submitted,
>
> BENJAMIN C. GLASSMAN
> United States Attorney
>
>
> s/Mary Beth Young
> MARY BETH YOUNG (0073451)
> Assistant United States Attorney
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215
> Office: (614) 469-5715
> Fax: (614) 469-5653
> Mary.Beth.Young@usdoj.gov

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Daryl Lawrence, | : | Criminal No. 2:05-cr-011 |
| *Petitioner*, | : | Civil No. 2:15-cv-3060 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| United States of America, | : | |
| *Respondent.* | : | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

For good cause shown, the Government's Second Motion for Extension of Time to respond Petitioner's First Motion for Discovery [354] and Motion for Release of Brady Materials [355] is hereby **GRANTED**.  The Government's response is now due April 5, 2017.

IT IS SO ORDERED.

_____
Date

_____
Terence P. Kemp
United States Magistrate Judge

## <u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Motion to Extend Time was

served this 3rd day of March, 2017, electronically on all parties of record.


s/Mary Beth Young
MARY BETH YOUNG (0073451)
Assistant United States Attorney