## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Daryl Lawrence, | : | Criminal No. 2:05-cr-011 |
| *Petitioner*, | : | Civil No. 2:15-cv-3060 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| United States of America, | : | |
| *Respondent.* | : | |

## <u>ORDER GRANTING MOTION FOR EXTENSION OF TIME</u>

For good cause shown, the Government's Second Motion for Extension of Time to respond Petitioner's First Motion for Discovery [354] and Motion for Release of Brady Materials [355] is hereby **GRANTED**.  The Government's response is now due April 5, 2017.

IT IS SO ORDERED.

 March 6, 2017                        /s/ Terence P . Kemp
Date                                       Terence P. Kemp
                                            United States Magistrate Judge