# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Daryl Lawrence, | : | Criminal No. 2:05-cr-011 |
| *Petitioner*, | : | Civil No. 2:15-cv-3060 |
| | : | |
| v. | : | |
| | : | Judge Watson |
| | : | Magistrate Judge Kemp |
| United States of America, | : | |
| *Respondent.* | : | |

---

## United States' Unopposed Motion for Leave to File Response to Discovery Motion under Seal

---

The United States respectfully requests leave of the Court to file its response to Lawrence's initial motion for discovery under seal pursuant to Local Rule 5.2.1, while also filing a public redacted version.

In support of this motion, the United States submits that Petitioner sought and received permission to file his § 2255 motion (Doc. 328) as well as his Initial Motion for Discovery (Doc. 354) under seal, as portions of both documents reference juror information, information relating to Petitioner's juvenile record, and prior sealed documents. The United States' response to Petitioner's Motion for Discovery will address that same information. Counsel for Petitioner Lawrence has been contacted, and does not object to this motion.

For these reasons, the United States asks the Court to grant this motion and allow the United States' response to Petitioner's Initial Motion for Discovery to be

filed under seal, along with a publicly filed redacted version.  A proposed order is

attached.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/Mary Beth Young
MARY BETH YOUNG (0073451)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
Mary.Beth.Young@usdoj.gov

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Daryl Lawrence, | : | Criminal No. 2:05-cr-011 |
| *Petitioner*, | : | Civil No. 2:15-cv-3060 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| United States of America, | : | |
| *Respondent.* | : | |

### ORDER GRANTING LEAVE TO FILE RESPONSE TO
### DISCOVERY MOTION UNDER SEAL

For good cause shown, the Government's Unopposed Motion for Leave to File

Response to Discovery Motion under Seal is hereby **GRANTED**.


IT IS SO ORDERED.


_____                    _____
Date                                               Terence P. Kemp
                                                       United States Magistrate Judge

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing motion was served this 4th day of

April, 2017, electronically on all parties of record.

s/Mary Beth Young
MARY BETH YOUNG (0073451)
Assistant United States Attorney
