## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Daryl Lawrence, | : | Criminal No. 2:05-cr-011 |
| *Petitioner*, | : | Civil No. 2:15-cv-3060 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| United States of America, | : | |
| *Respondent.* | : | |

## ORDER GRANTING LEAVE TO FILE RESPONSE TO
## DISCOVERY MOTION UNDER SEAL

For good cause shown, the Government's Unopposed Motion for Leave to File

Response to Discovery Motion under Seal is hereby **GRANTED**.

IT IS SO ORDERED.

April 4, 2017                                            /s/ Terence P. Kemp
_____                                 _____
Date                                                       Terence P. Kemp
                                                               United States Magistrate Judge