IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,                              )
                                             )
                    Petitioner,              )
                                             )        Case Number 2:05-CR-00011
v.                                           )
                                             )        JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,                    )
                                             )        Magistrate Judge Terence P. Kemp
                    Respondent.              )

DEFENDANT'S UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE
REPLY TO DISCOVERY REQUESTS

Pursuant to this Court's Scheduling Order, dated January 11, 2016, Petitioner Daryl Lawrence has forty-five (45) days from the date Respondent filed its responses to discovery to file any replies to the Government. (ECF No. 341). The Government filed its Response to Lawrence's Motion for Exculpatory and Impeachment Information on April 4, 2017 (ECF No. 363), making Mr. Lawrence's reply due on May 19, 2017.  The Government filed its Response to Movant Daryl Lawrence's Initial Motion to Conduct Discovery on April 5, 2017 (ECF No. 365), making Mr. Lawrence's reply due on May 22, 2017.

For reasons explained in the accompanying memorandum, Mr. Lawrence respectfully requests that this Court grant him until July 20, 2017,  to file both replies to the Government's responses to his discovery requests. The Government does not oppose this request.

1

Respectfully submitted,

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

Dated: May 8, 2017

**MEMORANDUM**

Mr. Lawrence requests a 60-day extension of time within which to file his replies to the Responses to Discovery, (ECF Nos. 363 & 365), filed by the Government on April 4 and 5, 2017. In support of his request, Mr. Lawrence submits the following:

1. Petitioner Daryl Lawrence was sentenced to death in 2006 pursuant to 18 U.S.C. § 924(j), for using or carrying a firearm during and in relation to a "crime of violence," where use of the firearm during that crime of violence resulted in death and constituted murder as defined under 18 U.S.C. § 1111.

2. On December 7, 2015, pursuant to 28 U.S.C. § 2255, Mr. Lawrence filed a Motion for Collateral Relief, to Vacate, Set Aside, or Correct Sentence, and for a New Trial. (ECF No. 328).

3. Following a status conference with the parties on January 11, 2016, this Court established a preliminary discovery schedule. (ECF No. 341).

4. During the course of discovery, both parties have requested and been granted extensions to the time periods for discovery set out in that schedule. (ECF Nos. 346, 348, 350, 359, 361). The grant of these extensions has enabled the parties to engage in productive informal discovery, and to produce pleadings that reflect the thought and serious arguments that should attend capital proceedings, and that will ultimately aid the Court in its analysis of Mr. Lawrence's requests.

5. On October 7, 2016, Mr. Lawrence filed a 75-page Initial Motion for Leave to Conduct Discovery and Incorporated Memorandum (ECF No. 354) and a 23-page Motion for Exculpatory and Impeachment Information and Incorporated Memorandum. (ECF No. 355). The requested discovery pertains to 17 of the 30 claims raised in the §2255 motion, and includes materials from

3

the Unites States Attorney's Office in 88 categories; materials from the Clerk's Office of this Court in 5 categories; materials from court personnel in 6 catoegories; and a total of 36 subpoenas to 19 other entitities requesting materials in 253 categories. In the memoranda accompanying these two motions, Mr. Lawrence explained the legal standards governing his requests, identified with particularity the discovery sought, and made a fact-specific showing of good cause for each discovery request – i.e., "specific allegations … [that] show reason to believe that the petitioner may, if the facts are fully developed, be able to demonstrate that he is entitled to relief." *Bracy v.* Gramley, 520 U.S. 899, 908-09 (1997).

6. After being granted one sixty-day extension and one thirty-day extension, the Government responded to Mr. Lawrence's Motion for Exculpatory and Impeachment Information in an 8-page Response dated April 4, 2017 (ECF No. 363), and to his Initial Motion to Conduct Discovery in a 79-page Response dated April 5, 2017.  (ECF No. 365).

7. In these Responses, the Government has contested the legal standards Petitioner set forth in his motions and has made specific arguments disputing Petitioner's assertions of good cause for his discovery requests.  Moreover, in its challenges to most of Petitioner's requests, the Government has asserted procedural defenses and made broad-based arguments that Mr. Lawrence is not entitled to the requested discovery because he has failed altogether to make out *prima facie* claims for relief.

8. Because of conflicting time constraints, and in light of the scope and complexity of the factual and legal matters at issue in the discovery requests, counsel for Mr. Lawrence will be unable to adequately prepare an appropriately-researched, thoughtful set of replies to the Government's two responses by May 19 or May 22, 2017.

4

9. The Federal Capital Habeas Project provides a three-day training program each year to lawyers from around the country who represent federally death-sentenced prisoners. The dates for this year's conference, which were chosen by the Administrative Office of the Courts more than six months ago, are May 18 to 20, 2017, the same time Mr. Lawrence's replies are due.

10. Project attorneys, including the undersigned, Amy Donella, are responsible for every aspect of this program including planning the agenda; recruiting faculty; serving as faculty; arranging the logistics at the program itself; and arranging travel and funding for people attending the conference. During the final weeks leading up to it and the three days of the conference itself, all members of the Project, including the undersigned, Amy Donnella, must commit most of their time to its preparation.

11. Thereafter, Ms. Donnella has a family vacation scheduled from Monday, June 5 through Monday, June 26, 2017.

12. Attorney Miriam Gohara has travel scheduled for two capital cases throughout May and June, a family trip planned for mid-June, and a hearing for a non-capital case in Connecticut in late June, 2017.

13. Mr. Lawrence has much to address in his replies to the Government's responses. Given the high stakes attached to the eventual outcome of this discovery litigation, and the uniquely fact-specific nature of these pleadings, Mr. Lawrence needs the time he is requesting so that counsel may carefully research, assess, and answer each point made by the Government in its responsive pleadings in order to be able to most effectively aid the Court in determining both the appropriate legal standards governing discovery in federal capital postconviction litigation under § 2255, and whether Mr. Lawrence has met them for each request he has made.

14. Finally, Mr. Lawrence notes that counsel has actively continued its efforts to obtain documents from other sources, while awaiting the Government's responses to discovery. For the past several months, including this past month, counsel have been administratively litigating Freedom of Information Act (FOIA) requests made to the Federal Bureau of Investigation (FBI). Pursuant to these requests, the FBI identified 1,573 responsive documents. Over the course of six interim releases, including a final release made on April 4, 2017, the FBI disclosed to counsel 841 pages of documents, the vast majority of which contain redactions. Counsel's administrative appeal to the Department of Justice's Office of Information Policy (OIP) -- to obtain the 732 pages that were withheld, as well as unredacted versions of the previously disclosed pages – were concluded on April 13, 2017. Although the OIP remanded the case to the FBI for consideration of the release of 20 additional pages of records, all other decisions by the FBI to withhold documents in their entirety and redact the documents that were released were affirmed.

15. Having now exhausted the administrative FOIA process, Mr. Lawrence intends to file a civil lawsuit shortly in federal district court to challenge the results of his FOIA administrative appeal. Thus, despite the extension Mr. Lawrence has requested in this Court, he will continue diligently pursuing records from other sources while he prepares his replies.[1]

16. Counsel has conferred with counsel for the Government about this request and they have indicated that they do not oppose the extension.

For the foregoing reasons, Mr. Lawrence respectfully requests that this Court enter an Order providing him until July 20, 2017, to file his replies to the Government's discovery responses in this case.

---

[1] If the Court so desires, Mr. Lawrence will be happy to provide periodic updates about the status of the FOIA litigation and notes that favorable resolution of the FOIA litigation may affect the instant discovery litigation.

6

Respectfully submitted,
/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Miriam Gohara (NY2903243)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,                          )
                                         )
                    Petitioner,          )
                                         )       Case Number 2:05-CR-00011
v.                                       )
                                         )       JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA                 )
                                         )       Magistrate Judge Terence P. Kemp
                    Respondent.          )

PROPOSED ORDER

Petitioner has moved for an extension of time to file replies to the Government's

responses (ECF Nos. 363 & 365) to his discovery requests. The motion sets forth good cause for

an extension and the motion is hereby **GRANTED**. Petitioner's replies are now due July 20,

2017.

IT IS SO ORDERED.

Dated:

_____
Terence P. Kemp
United States Magistrate Judge

8

## <u>CERTIFICATE OF SERVICE</u>

I, Amy Gershenfeld Donnella, hereby certify that an exact copy of the foregoing

Defendant's Unopposed Motion for Extension of Time to File Reply to Discovery Requests and

accompanying Proposed Order were served on the Government through the Court's ECF system

to:

Mary Beth Young, Esq.
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Email:  mary.beth.young@usdoj.gov

/s/Amy Gershenfeld Donnella
Amy Gershenfeld Donnella (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender, District of
Maryland
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 641-6103 (phone)
(301) 344-0019 (fax)
E-mail:  Amy_Donnella@fd.org

Dated:  May 8, 2017