IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,              )
                  )
           Petitioner,      )
                  )      Case Number 2:05-CR-00011
v.                        )
                  )      JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA      )
                  )      Magistrate Judge Terence P. Kemp
           Respondent.     )

## ~~PROPOSED~~ ORDER

Petitioner has moved for an extension of time to file replies to the Government's responses (ECF Nos. 363 & 365) to his discovery requests. The motion sets forth good cause for an extension and the motion is hereby **GRANTED**. Petitioner's replies are now due July 20, 2017.

IT IS SO ORDERED.

Dated:    May 9, 2017

/s/ Terence P. Kemp
_____
Terence P. Kemp
United States Magistrate Judge

8