IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE:  Reassignment of Criminal Cases from the Docket of
Magistrate Judge Terence P. Kemp

ORDER

The attached cases that are currently referred to the Honorable Terence P. Kemp are

hereby referred to the Honorable Chelsey M. Vascura.

IT IS SO ORDERED.

_____  6-30-17
Honorable Edmund A. Sargus, Jr.
Chief Judge United States District Court

| | |
|---|---|
| 2:95-cr-00020-JLG-TPK-1 | Jones v. USA |
| 2:04-cr-00119-ALM-TPK-1 | Watkins v. USA |
| 2:05-cr-00011-MHW-TPK-1 | Lawrence v. USA |
| 2:09-cr-00297-EAS-TPK-1 | Matsa v. USA |
| 2:14-cr-00217-MHW-TPK-2 | Hamilton v. USA |
| 2:15-cr-00183-JLG-TPK-1 | Sanchez-Palacios v. USA |
| 2:15-cr-00192-GCS-TPK-1 | Drone v. USA |
| 2:15-cr-00061-EAS-TPK-2 | Ortega-Amaya v. USA |
| 2:16-cr-00005-ALM-TPK-1 | Christian v. USA |