# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DARYL LAWRENCE,**

      **Petitioner,**

                                     **Civil Action 2:05-cr-00011**
                                     **Judge Michael H. Watson**
  **v.**                             **Magistrate Judge Chelsey M. Vascura**

**UNITED STATES OF AMERICA,**

      **Respondent.**

## ORDER

This matter is before the Court for consideration of Petitioner's Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of Freedom of Information Litigation.  (ECF No. 370.)  The Court **GRANTS** the unopposed motion for good cause shown. It is therefore **ORDERED** that this proceeding is **STAYED** pending resolution of the Freedom of Information Act lawsuit in the United States District Court for the District of Columbia.  The Court **DIRECTS** the parties to file a joint written status report **WITHIN FOURTEEN DAYS** following the resolution of the FOIA lawsuit, which includes exhaustion of all appeals or expiration of the deadline for filing an appeal.

      **IT IS SO ORDERED**.

                                   /s/ *Chelsey M. Vascura*
                                   CHELSEY M. VASCURA
                                   UNITED STATES MAGISTRATE JUDGE