IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,                          )
                                         )
                    Petitioner,          )
                                         )         Case Number 2:05-CR-00011
v.                                       )
                                         )         JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,                )
                                         )         Magistrate Judge Chelsey M. Vascura
                    Respondent.          )

PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay

the Pending Discovery Litigation Pending the Outcome of Freedom of Information

Litigation until Petitioner has exhausted all appeals or the deadline for filing an

appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of June

7, 2019, s*ee* ECF No. 372, the parties respectfully submit this Joint Status Report

to apprise the Court of the current status of the FOIA litigation.

The FOIA lawsuit, captioned *Jonathan Kagan-Kans v. United States*

*Department of Justice, et al.,* Civil Action No. 1:17-cv-01380-EGS (D. D.C.)[1], was

_____

[1] Mr. Kagan-Kans, the paralegal who initially requested the records at issue in the litigation on behalf of Mr. Lawrence, is the named plaintiff in the case; the principal defendant in the case is the Federal Bureau of Investigation (FBI), the central repository of these documents. To avoid confusion, the parties will be referred to hereafter as "Mr. Lawrence" and "the Government."

filed on July 14, 2017, and is currently pending in the United States District Court for the District of Columbia, the Honorable Emmet J. Sullivan presiding. As is typical in FOIA lawsuits, the Government is seeking resolution of this litigation in summary judgment proceedings. Mr. Lawrence has filed a cross motion for summary judgment. The parties anticipate that, once the summary judgment briefing is completed, the FOIA court will be in a position to issue its ruling.

During the course of this FOIA litigation the Government[2] has continued to voluntarily conduct additional reviews of withheld material and has disclosed additional information on several occasions. For example, on February 12, 2018, when the Government first filed its Motion for Summary Judgment, it released 42 pages it had previously withheld in full. (FOIA ECF No. 9-1 at ¶ 4 n.1.) In September 2018, as a result of another review of its records, the Government released approximately 200 more pages of records, some with fewer redactions than had previously been made, and some which had previously been withheld in full. (FOIA ECF No. 17-1 at ¶ 15.) In this way, the scope of the contested issues has been narrowed. The release of these additional documents has also significantly furthered the interests of the § 2255 litigation.

---

[2] For purposes of the FOIA litigation, the Government is being represented not by the undersigned Office of the United States Attorney for the Southern District of Ohio but rather by attorneys from the Office of the United States Attorney for the District of Columbia and the Civil Division at Main Justice. These offices routinely handle FOIA cases for the FBI.

The parties recognize that this litigation may be taking longer than originally anticipated. There are two principal reasons for this.

First, the Government requested and was granted seven extensions of time, totaling approximately 290 days. (FOIA ECF Nos. 6, 7, 8, 14, 15, 20, and 25.) The Government explained that these extensions were necessary due to the time-consuming review of approximately 1600 pages of responsive records and the subsequent preparation of a *Vaughn* index identifying and coding each one.[3] (FOIA ECF Nos. 6, 7, and 8.) The Government has also noted the complexity of the record and various scheduling concerns. (FOIA ECF Nos. 14, 15, 20, and 25.) Mr. Lawrence requested and was granted one three-week extension. (FOIA ECF No. 22.)

Second, because the Government reconsidered its asserted exemptions and subsequently disclosed significant additional information to Mr. Lawrence, the D.C. district court, *sua sponte,* vacated the pending summary judgment briefing in October of 2018 and ordered new pleadings "in light of the government's change in position." (FOIA ECF Minute Order of October 8, 2018.) The Government filed

---

[3] A *Vaughn* index is a document prepared by agencies that are opposing the disclosure of information under FOIA. The index must describe each document (or portion of each document) that has been withheld, state the statutory exemption claimed, and provide a detailed justification of the agency's grounds for non-disclosure. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973). *Vaughn* indices are intended to permit a court "to make a rational decision [about] whether the withheld material must be produced without actually viewing the documents themselves." *King v. Dep't of Justice*, 830 F.2d 210, 219 (D.C. Cir. 1987)

its revised motion for summary judgment on December 21, 2018; Mr. Lawrence

responded and filed his cross-motion on March 12, 2019. The FOIA court's

briefing schedule requires the Government to respond by 12, 2019; Mr.

Lawrence's reply is due on August 26, 2019.


    Respectfully submitted,


For the Petitioner:

/s/ Amy Gershenfeld Donnella
AMY GERSHENFLED DONNELLA (PA85194)
Federal Capital Habeas Project, PA Office
Federal Public Defender,
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 641-6103
Fax: (301) 344-0019
Amy_Donnella@fd.org

For the Respondent:

/s/ Mary Beth Young
MARY BETH YOUNG (OH 0073451)
Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 649-5653
Mary.Beth.Young@usdoj.gov


Dated: June 21, 2019