IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,                         )
                                        )
                    Petitioner,         )
                                        )        Case Number 2:05-CR-00011
v.                                      )
                                        )        JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,               )
                                        )        Magistrate Judge Chelsey M. Vascura
                    Respondent.         )

PETITIONER'S STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, this Court granted Petitioner's Unopposed Request to Stay

the Pending Discovery Litigation Pending the Outcome of Freedom of Information

Litigation until Petitioner has exhausted all appeals or the deadline for filing an

appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to this Court's telephonic

request of May 15, 2020, Mr. Lawrence respectfully submits this Status Report to

apprise the Court of the current status of his FOIA lawsuit.[1]

On March 2, 2020, Defendants in the FOIA litigation moved to revise the

pending summary judgment schedule because the FBI determined it had newly-

identified materials responsive to Mr. Lawrence's FOIA requests which it needed

---

[1] This litigation is captioned *Jonathan Kagan-Kans v. U.S. Dept. of Justice, et al.,* Civil Action No. 1:17-cv-01380-EGS (D. D.C.). (Hereafter, "FOIA lawsuit" or "FOIA litigation").  Mr. Kagan-Kans, the paralegal who initially requested the records at issue in the litigation on behalf of Mr. Lawrence, is the named plaintiff in the case. The principal defendant in the case is the Federal Bureau of Investigation (FBI).  To avoid confusion, the parties will be referred to hereafter as "Mr. Lawrence" and "the Government" or "Defendants."

1

to evaluate for possible release.  Before the FBI could assess the extent of these materials, its FOIA office was shuttered due to the coronavirus pandemic.  As a result, the Government suggested that the parties file a Joint Status Report requesting additional time to arrive at a proposed summary judgment briefing schedule. Accordingly, the FOIA district court ordered the parties to submit their proposed briefing schedule by June 5, 2020.

The undersigned immediately conveyed this information to Mary Beth Young, Assistant United States Attorney, counsel for Respondent.

Respectfully submitted,

/s/ Amy Gershenfeld Donnella
AMY GERSHENFELD DONNELLA
     (PA85194)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 641-6103
Facsimile: (301) 344-0019
Amy_Donnella@fd.org

Counsel for Daryl Lawrence

Dated:  May 18, 2020

2