**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DARYL LAWRENCE,**

      **Petitioner,**

                                      **Criminal Action 2:05-cr-11**
                                        **Judge Michael H. Watson**
   **v.**                              **Magistrate Judge Chelsey M. Vascura**

**UNITED STATES OF AMERICA,**

      **Respondent.**

## ORDER

On July 14, 2017, the Court stayed this action pursuant to Petitioner's Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of the Freedom of Information Act Litigation ("FOIA Litigation").   (ECF Nos. 370, 371.)   The Court directed the parties to file a joint written status report within fourteen days following the resolution of the FOIA Litigation, which includes exhaustion of all appeals or the expiration of the deadline for filing an appeal.   (ECF No. 371.)   According to Petitioner's most recent status report on May 19, 2020, the FOIA litigation remained ongoing and had been delayed by the COVID-19 pandemic. As more than seven months have passed since Petitioner's last status report, the Court **ORDERS** the parties to file a joint written status report **WITHIN FOURTEEN DAYS OF THE DATE OF THIS ORDER**, setting forth the status of the FOIA litigation.

      **IT IS SO ORDERED**.

                                            /s/ *Chelsey M. Vascura*
                                           CHELSEY M. VASCURA
                                           UNITED STATES MAGISTRATE JUDGE