IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,    )
          )
     Petitioner, )
          )  Case Number 2:05-CR-00011
v.         )
          )  JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA, )
          )  Magistrate Judge Chelsey M. Vascura
     Respondent. )

PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of Freedom of Information Litigation until Petitioner has exhausted all appeals or the deadline for filing an appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of December 28, 2020, s*ee* ECF No. 375, the parties respectfully submit this Joint Status Report to apprise the Court of the current status of the FOIA litigation.

As of the parties' last Status Report submitted on May 19, 2020, *see* ECF No. 374, the summary judgment briefing schedule in the FOIA litigation had been stayed because the FBI's Record/Information Dissemination Section ("RIDS") had been closed due to the COVID-19 pandemic, and the parties had been ordered to file a proposed summary judgment briefing schedule by June 5, 2020. On that date, the FBI, defendants in the FOIA litigation, requested that the current stay remain in

place because the pandemic continued to limit the operations of RIDS, and Defendants "require additional time to consult with RIDS personnel to determine the most efficient path forward for further summary judgment briefing[.]" FOIA ECF No. 33 at 2. The district court agreed to the request and asked that the parties submit a joint status report by July 2, 2020.

On July 2, 2020, Defendants apprised the court that RIDS had returned to full operations, and Defendants believed that the FBI would "be able to complete their re-review of any searches and exemptions and produce any additional materials over the course of the next two to three months." FOIA ECF No. 34 at 2. The parties proposed to provide the court with another status report on September 1, 2020, "by which time Defendants will have a better sense of what their re-review of searches and of exemptions have generated and the extent of any additional materials they may be producing." *Id*. The court agreed to the request.

On September 1, 2020, Defendants informed the court that the FBI had "completed the re-evaluation of its production," but that "[n]onetheless, the FBI requires time to modify its *Vaughn* index." FOIA ECF No. 35 at 2. The parties proposed that the FBI be given until November 2, 2020, to supply Plaintiff with a supplemental *Vaughn* index; that Plaintiff be given an opportunity to review the supplemental *Vaughn* index before conferring and proposing a briefing schedule;

2

and that the parties report back to the court on November 16, 2020. *Id.* The court agreed to the request.

On November 2, 2020, Defendants sent Plaintiff the FBI's revised *Vaughn* Index, and further advised Plaintiff that the FBI would be re-processing previously released pages and providing them to Plaintiff on or around November 9, 2020, which it did. FOIA ECF No. 36 at 2. Upon review of the revised *Vaughn* index, Plaintiff believed it had identified a number of discrepancies, and the FBI agreed to conduct a further review and supply Plaintiff with an updated *Vaughn* index as necessary and any additional records by December 16, 2020. On November 16, 2020, the parties informed the court of these development in their joint status report, and proposed that they report back to the court by January 15, 2021. *Id*. at 3. The court agreed to the request.

On December 16, 2020, Defendants informed Plaintiff by letter correspondence that several records had been re-processed and were being provided to Plaintiff.

On January 11, 2021, Defendants informed Plaintiff by email that the FBI had reviewed the revised *Vaughn* index it provided on November 2, 2020, and determined additional revisions were necessary. Defendants provided the Plaintiff with the updated *Vaughn* index in that same email.

Undersigned counsel Amy Donnella will be reviewing the revised *Vaughn* index, which was just provided today, and will meet and confer with counsel for the Defendants in the FOIA litigation about a proposed summary judgment briefing schedule so that they can report back to the court by January 15, 2021.

Respectfully submitted,


For the Petitioner:

/s/ Amy Gershenfeld Donnella
AMY GERSHENFELD DONNELLA (PA85194)
GEORGE G. KOUROS (CT 420813)
Federal Capital Habeas Project,
Federal Public Defender,
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 344-0600
Fax: (301) 344-0019
George_Kouros@fd.org

For the Respondent:

/s/ Mary Beth Young
MARY BETH YOUNG (OH 0073451)

Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 649-5653
Mary.Beth.Young@usdoj.gov


Dated: January 12, 2021