IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,                        )
                                       )
                    Petitioner,        )
                                       )       Case Number 2:05-CR-00011
v.                                     )
                                       )       JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,              )
                                       )       Magistrate Judge Chelsey M. Vascura
                    Respondent.        )

PETITIONER'S STATUS REPORT ON
FREEDOM OF INFORMATION ACT LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of Freedom of Information Litigation until Petitioner has exhausted all appeals or the deadline for filing an appeal has expired. *See* ECF Nos. 370 & 371. Petitioner respectfully submits this Status Report to apprise the Court of the current status of the FOIA litigation since the parties' last Joint Status Report submitted on January 12, 2021. S*ee* ECF No. 376. As is explained in more detail below, on February 16, 2021, the District Court for the District of Columbia vacated the previously-filed motions for summary judgment and entered a revised briefing schedule.

As the Court is aware, the summary judgment briefing schedule in the FOIA litigation was stayed for much of 2020 because the FBI's Record/Information

Dissemination Section ("RIDS") had been closed due to the COVID-19 pandemic. *See* ECF No. 376 at 1-2. On July 2, 2020, Defendants in the FOIA litigation apprised the court that RIDS had returned to full operations, that the FBI intended to re-evaluate its production of documents based on Plaintiff's summary judgment arguments, and that the re-evaluation process would take two to three months. *Id.* at 2. On September 1, 2020, Defendants informed the court that the FBI had completed its re-evaluation, but would need until November to prepare a revised *Vaughn* Index. *Id.* Defendants subsequently produced a revised *Vaughn* Index, as well as additional records, on November 9, 2020. *Id.* at 3.

Upon review of the *Vaughn* Index, Plaintiff believed it had identified a number of discrepancies, and the FBI agreed to conduct a further review and supply Plaintiff with an updated *Vaughn* Index and any additional records by December 16, 2020. *Id.* at 3. Although several records were re-processed and provided to Plaintiff in December, the FBI did not produce the revised *Vaughn* Index until January 11, 2021. *Id.*

Upon review of the second revised *Vaughn* Index, Plaintiff apprised the FBI's counsel that previously-identified discrepancies had yet to be addressed, and may necessitate additional reprocessing of records. Plaintiff provided the FBI's counsel with a detailed list of these errors to review; the FBI believes that RIDS will be able to address the issues by March 5, 2021. *See Kagan-Kans v. DOJ*, No.

2

17-1380(EGS) (D.D.C.), ECF No. 38 at 3. Given material changes to the record, including substantial changes to the *Vaughn* Index and the reprocessing of various records, the parties concluded that the previous summary judgment briefing had been rendered obsolete and that a new briefing schedule should be entered. *Id.* The court agreed, and on February 16, 2021, it vacated the previously-filed motions for summary judgment and entered the following revised briefing schedule: Defendants' motion for summary judgment by June 4, 2021;[1] Plaintiff's opposition and cross-motion for summary judgment by August 3, 2021; Defendants' reply and opposition by September 17, 2021; and Plaintiff's reply by November 1, 2021.

                    Respectfully submitted,

                    /s/ Amy Gershenfeld Donnella
                    AMY GERSHENFELD DONNELLA (PA85194)[2]
                    Attorney at Law
                    114 Fitzwater Street
                    Philadelphia, PA 19147
                    (610) 659-5120
                    amyzoegd@gmail.com


Dated: March 1, 2021

---

[1] During the meet and confer process, counsel for the FBI informed Plaintiff that due to his caseload and scheduling conflicts, he would not be able to resume summary judgment briefing in this matter until June.

[2] The undersigned is currently in private practice and no longer with the Federal Capital Habeas Project. Appearances by John Nidiry and George Kouros, staff attorneys for the Project, will be forthcoming as soon as they have received their respective ECF filing credentials for this Court.

Certificate of Service

I hereby certify that a copy of the foregoing Petitioner's Status Report on Freedom of Information Act Litigation was served this 1st day of March, 2021, electronically on all parties of record.

/s/ Amy Gershenfeld Donnella
AMY GERSHENFLED DONNELLA (PA85194)

4