IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,         )
         )
     Petitioner,   )
         )     Case Number 2:05-CR-00011
v.         )
         )     JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,  )
         )     Magistrate Judge Chelsey M. Vascura
     Respondent. )

## NOTICE OF APPEARANCE OF COUNSEL

George G. Kouros, an attorney with the Federal Public Defender for the

District of Maryland, Federal Capital Habeas Project, hereby gives notice to the

Court and the Government that he is entering his appearance as co-counsel for

Daryl Lawrence in the above-captioned case.

Respectfully submitted,

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender,
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 821-0855
Fax: (301) 344-0019
George_Kouros@fd.org

Dated: March 9, 2021

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appearance of Counsel was served this 9th day of March, 2021, through the Court's ECF system on all parties of record.

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)

2