# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

DARYL LAWRENCE,         )
         )
        Petitioner,   )
         )     Case Number 2:05-CR-00011
v.         )
         )     JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,   )
         )     Magistrate Judge Chelsey M. Vascura
        Respondent. )

## NOTICE OF APPEARANCE OF COUNSEL

John Nidiry, an attorney with the Federal Public Defender for the District of

Maryland, Federal Capital Habeas Project, hereby gives notice to the Court and the

Government that he is entering his appearance as co-counsel for Daryl Lawrence in

the above-captioned case.

Respectfully submitted,

/s/ John Nidiry
JOHN NIDIRY (MA666591)
Federal Capital Habeas Project
Federal Public Defender,
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 807-1267
Fax: (301) 344-0019
John_Nidiry@fd.org

Dated: March 15, 2021

<u>Certificate of Service</u>

I hereby certify that a copy of the foregoing Entry of Appearance was served this 15th day of March, 2021, through the Court's ECF system on all parties of record.

<u>/s/ John Nidiry</u>
JOHN NIDIRY (MA666591)