**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Daryl Lawrence,

        Petitioner,                  **Case No. 2:05-cr-11**

        v.                           **Judge Michael H. Watson**

United States of America,         **Magistrate Judge Vascura**

        Respondent.

## ORDER

In March 2021, Petitioner informed the Court that summary judgment briefing in the related Freedom of Information Act ("FOIA") litigation will be completed in November 2021.  ECF No. 377.  The parties are **ORDERED** to submit a joint report outlining the status of the FOIA litigation on **APRIL 1, 2022,** and **EVERY 180 DAYS** thereafter.

    **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT