IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,             )
                                      )
            Petitioner,   )
                                        )      Case Number 2:05-CR-00011
v.                             )
                                        )      JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,   )
                                        )      Magistrate Judge Chelsey M. Vascura
            Respondent. )

PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of Freedom of Information Litigation until Petitioner has exhausted all appeals or the deadline for filing an appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of October 12, 2021, s*ee* ECF No. 380, the parties respectfully submit this Joint Status Report to apprise the Court of the current status of the FOIA litigation.

As of the parties' last Status Report submitted on March 1, 2021, *see* ECF No. 377, the United States District Court for the District of Columbia had entered a revised summary judgment briefing schedule in the FOIA litigation requiring that all briefing be completed by November 1, 2021. *See Kagan-Kans v. DOJ*, No. 17-1380(EGS) (D.D.C.) (Minute Order Re-setting Deadlines) (Feb. 17, 2021). Defendants in the FOIA litigation (the Federal Bureau of Investigation)

subsequently sought and received several extensions,[1] during which time it released additional documents and the parties "worked cooperatively … to narrow areas in dispute[.]"[2] All summary judgment briefing in that matter will now be completed next month on May 9th, and the parties will then await a ruling by the District Court.

Respectfully submitted,

For the Petitioner:

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender,
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 821-0855
Fax: (301) 344-0019
George_Kouros@fd.org

For the Respondent:

/s/ Mary Beth Young
MARY BETH YOUNG (OH 0073451)
Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 649-5653
Mary.Beth.Young@usdoj.gov

Dated: April 1, 2022

---

[1] Defendants requested the additional time due to scheduling conflicts and in order for the FBI to re-process and release additional FOIA documents, and to revise its index of withholdings and agency declaration. *See Kagan-Kans*, ECF No. 39; ECF No. 40; ECF No. 44; ECF No. 45.

[2] *See Kagan-Kans*, ECF No. 39 at ¶1.

2