IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE, )
)
)
Petitioner, )
) Case Number 2:05-CR-00011
v. )
) JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA, )
) Magistrate Judge Chelsey M. Vascura
Respondent. )

PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay

the Pending Discovery Litigation Pending the Outcome of Freedom of Information

Litigation until Petitioner has exhausted all appeals or the deadline for filing an

appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of

October 12, 2021, s*ee* ECF No. 380, the parties respectfully submit this Joint

Status Report to apprise the Court of the current status of the FOIA litigation.

Since the parties' last Status Report submitted on April 1, 2022, *see* ECF

No. 381, the summary judgment briefing in the FOIA litigation was completed, as

anticipated, on May 9, 2022. *See Kagan-Kans v. DOJ*, No. 17-1380 (EGS)

(D.D.C.). The parties are currently awaiting a ruling by the District Court.

Respectfully submitted,

For the Petitioner:

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender,
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 821-0855
Fax: (301) 344-0019
George_Kouros@fd.org

Dated: September 28, 2022

For the Respondent:

/s/ Mary Beth Young
MARY BETH YOUNG (OH 0073451)
Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 649-5653
Mary.Beth.Young@usdoj.gov

2