IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,    )
             )
     Movant,  )
             )  Case Number 2:05-CR-00011
v.           )
             )  JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA, )
             )  Magistrate Judge Chelsey M. Vascura
     Respondent. )

PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of Freedom of Information Litigation until Petitioner has exhausted all appeals or the deadline for filing an appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of October 12, 2021, s*ee* ECF No. 380, the parties respectfully submit this Joint Status Report to apprise the Court of the current status of the FOIA litigation.

There has been no change since the parties' last Status Report submitted on September 28, 2022. *See* ECF No. 382. The summary judgment briefing in the FOIA litigation is complete and the parties are awaiting a ruling by the District Court. *See Kagan-Kans v. DOJ*, No. 17-cv-1380 (ACR) (D.D.C.).

Respectfully submitted,

For the Movant:[1]                        For the Respondent:

/s/ George G. Kouros                      /s/ Mary Beth Young
GEORGE G. KOUROS (CT420813)               MARY BETH YOUNG (OH 0073451)
Federal Capital Habeas Project            Assistant United States Attorney
Federal Public Defender                   U.S. Attorney's Office
6411 Ivy Lane, Suite 710                  303 Marconi Boulevard, Suite 200
Greenbelt, MD 20770                       Columbus, Ohio 43215
Office: (301) 821-0855                     Office: (614) 469-5715
Fax: (301) 344-0019                        Fax: (614) 649-5653
George_Kouros@fd.org                       Mary.Beth.Young@usdoj.gov

Dated: March 27, 2023

---

[1] John Nidiry, who previously filed an appearance in this case, is no longer with the Federal Capital Habeas Project. An appearance by Kimberly Newberry, a staff attorney for the Project, will be filed concurrently with this status report.

2