IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,            )
                                   )
               Movant,     )
                                    )       Case Number 2:05-CR-00011
v.                                 )
                                    )       JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,    )
                                    )       Magistrate Judge Chelsey M. Vascura
               Respondent. )

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Kimberly Paige Newberry, an attorney with the Federal Public Defender for the District of Maryland, Federal Capital Habeas Project, hereby gives notice to the Court and the Government that she is entering her appearance as co-counsel for Daryl Lawrence in the above-captioned case.

Respectfully submitted,

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender,
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 310-9399
Fax: (301) 344-0019
Kimberly_Newberry@fd.org

Dated: March 27, 2023

1

2

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Appearance of Counsel was served this 27th day of March, 2023, through the Court's ECF system on all parties of record.

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)