IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,            )
                                  )
          Movant,      )
                                  )       Case Number 2:05-CR-00011
v.                              )
                                  )       JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,   )
                                  )       Magistrate Judge Chelsey M. Vascura
          Respondent. )

PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of Freedom of Information Litigation until Petitioner has exhausted all appeals or the deadline for filing an appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of October 12, 2021, s*ee* ECF No. 380, the parties respectfully submit this Joint Status Report to apprise the Court of the current status of the FOIA litigation.

Since the parties' last Status Report submitted on March 27, 2023, *see* ECF No. 383, the District Court in the FOIA litigation denied without prejudice the respective cross-motions for summary judgment, and ordered the parties to meet and confer to resolve or narrow the disputes between them, as well as to propose a process for the Court's review of challenged redactions *in camera*. *See Kagan-Kans v. DOJ*, No. 17-cv-1380 (ACR) (D.D.C.). Pursuant to the Court's order, the

parties in the FOIA litigation have engaged in the meet-and-confer process and will be filing a joint status report regarding the remaining disputes and the agreed-upon *in camera* review procedure, after which they will await further direction from the Court.

Respectfully submitted,

For the Movant:

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 821-0855
Fax: (301) 344-0019
George_Kouros@fd.org

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 310-9399
Fax: (301) 344-0019
Kimberly_Newberry@fd.org

For the Respondent:

/s/ Mary Beth Young
MARY BETH YOUNG (OH 0073451)
Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 649-5653
Mary.Beth.Young@usdoj.gov

Dated: September 25, 2023