IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,                )
                               )
                    Movant,    )
                               )     Case Number 2:05-CR-00011
v.                             )
                               )     JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,      )
                               )     Magistrate Judge Chelsey M. Vascura
                    Respondent. )

PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay

the Pending Discovery Litigation Pending the Outcome of Freedom of Information

Litigation until Petitioner has exhausted all appeals or the deadline for filing an

appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of

October 12, 2021, s*ee* ECF No. 380, the parties respectfully submit this Joint

Status Report to apprise the Court of the current status of the FOIA litigation. *See*

*Kagan-Kans v. DOJ*, No. 17-cv-1380 (ACR) (D.D.C.).

Since the parties' last Status Report submitted on September 25, 2023, *see*

ECF No. 389, the parties in the FOIA litigation have continued to engage in the

court-ordered meet-and-confer process and have narrowed some of the outstanding

disputes. Counsel for the Federal Bureau of Investigation (FBI) has represented

that the agency has completed its review of the remaining contested documents to

determine whether further narrowing is possible, and is now reviewing Plaintiff's (i.e., counsel for Mr. Lawrence) proposal for an *in camera* review process of specified withheld documents. The parties in the FOIA litigation anticipate there will be an additional meet-and-confer meeting to discuss the remaining outstanding issues, after which they will apprise the presiding court of the results of the FOIA settlement negotiations and await further direction.

Respectfully submitted,

For the Movant:

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 821-0855
Fax: (301) 344-0019
George_Kouros@fd.org

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 310-9399
Fax: (301) 344-0019
Kimberly_Newberry@fd.org

For the Respondent:

/s/ Mary Beth Young
MARY BETH YOUNG (OH 0073451)
Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 649-5653
Mary.Beth.Young@usdoj.gov

Dated: March 25, 2024

2