IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DARYL LAWRENCE, ) <br> ) <br> Movant, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | Case Number 2:05-CR-00011 <br><br> JUDGE MICHAEL H. WATSON <br><br> Magistrate Judge Chelsey M. Vascura |

## PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of Freedom of Information Litigation until Petitioner has exhausted all appeals or the deadline for filing an appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of October 12, 2021, s*ee* ECF No. 380, the parties respectfully submit this Joint Status Report to apprise the Court of the current status of the FOIA litigation. *See Kagan-Kans v. DOJ*, No. 17-cv-1380 (ACR) (D.D.C.).

Since the parties' last Status Report submitted on March 25, 2024, *see* ECF No. 390, the parties in the FOIA litigation have continued to engage in the meet-and-confer process and have narrowed some of the outstanding disputes. Counsel for the Federal Bureau of Investigation (FBI) has represented that the agency is nearing the conclusion of its review of the remaining contested documents and

anticipates making a supplemental release of records. The parties in the FOIA litigation will be filing a joint status report to apprise the District Court for the District of Columbia regarding the status of the settlement negotiations on October 16, 2024, after which they will await further direction from the court.

Respectfully submitted,

For the Movant:

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 821-0855
Fax: (301) 344-0019
George_Kouros@fd.org

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 310-9399
Fax: (301) 344-0019
Kimberly_Newberry@fd.org

For the Respondent:

/s/ Mary Beth Young
MARY BETH YOUNG (OH 0073451)
Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 649-5653
Mary.Beth.Young@usdoj.gov

Dated: September 23, 2024