**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Daryl Lawrence,**

    **Petitioner,**

    **v.**

**United States of America,**

    **Respondent.**

**Case No. 2:05-cr-11**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

Petitioner Daryl Lawrence is a federal inmate who has filed a Motion to Vacate pursuant to 28 U.S.C. § 2255. This matter is before the Court upon Petitioner's (Sealed) Initial Motion for Leave to Conduct Discovery, ECF No. 353; Petitioner's Initial Motion for Leave to Conduct Discovery, ECF No. 354; and Petitioner's Motion for Exculpatory and Impeachment Information, ECF No. 355 ("discovery motions").

These proceedings are on hold pending the resolution of a Freedom of Information Act ("FOIA") lawsuit that Petitioner has been litigating in the United States District Court for the District of Columbia since 2015. ECF Nos. 370 and 371. According to recent joint status reports, the parties in the FOIA litigation have been engaged in a court-ordered meet-and-confer process since 2023. ECF Nos. 389, 390, 391. And on December 26, 2024, Petitioner's death sentence was commuted to life imprisonment without the possibility of parole. ECF No. 392. In view of the foregoing, Petitioner's discovery motions are

essentially non-justiciable.  Accordingly, Petitioner's discovery motions—ECF

Nos. 353, 354, 355--are **DENIED without prejudice**, subject to renewal upon the

conclusion of Petitioner's FOIA lawsuit.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT