IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE, )
)
Movant, )
) Case Number 2:05-CR-00011
v. )
) JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA, )
) Magistrate Judge Chelsey M. Vascura
Respondent. )

PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of Freedom of Information Litigation until Petitioner has exhausted all appeals or the deadline for filing an appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of October 12, 2021, s*ee* ECF No. 380, the parties respectfully submit this Joint Status Report to apprise the Court of the current status of the FOIA litigation. *See Kagan-Kans v. DOJ*, No. 17-cv-1380 (ACR) (D.D.C.).[1]

---

[1] President Biden commuted Mr. Lawrence's death sentence to life imprisonment without parole on December 23, 2024. ECF No. 392. On January 31, 2025, this Court entered an order denying Petitioner's then-pending discovery motions without prejudice, subject to renewal upon the conclusion of Petitioner's FOIA lawsuit. ECF No. 393. Consistent with that order, Petitioner will renew his discovery requests at that time as to claims in his § 2255 motion that were not resolved by the commutation of his death sentence.

Since the parties' last Status Report submitted on September 23, 2024, *see* ECF No. 391, counsel for the Federal Bureau of Investigation (FBI) voluntarily produced additional records as part of the meet-and-confer process, and the parties in the FOIA litigation narrowed some of the outstanding disputes. Counsel for the FBI also represented that it has completed its review of the remaining contested documents, and produced additional information to counsel for Mr. Lawrence on January 14, 2025. The parties are in the process of scheduling an additional meet-and-confer meeting to discuss the remaining contested issues. The parties in the FOIA litigation will be filing a joint status report to apprise the FOIA court regarding the status of the settlement negotiations on April 14, 2025, after which they will await further direction from the court.

Respectfully submitted,

For the Movant:                               For the Respondent:

/s/ George G. Kouros                          /s/ Mary Beth Young
GEORGE G. KOUROS (CT420813)                   MARY BETH YOUNG (OH 0073451)
Federal Capital Habeas Project                Assistant United States Attorney
Federal Public Defender                       U.S. Attorney's Office
6411 Ivy Lane, Suite 710                       303 Marconi Boulevard, Suite 200
Greenbelt, MD 20770                           Columbus, Ohio 43215
Office: (301) 821-0855                         Office: (614) 469-5715
Fax: (301) 344-0019                           Fax: (614) 649-5653
George_Kouros@fd.org                          Mary.Beth.Young@usdoj.gov


/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 310-9399
Fax: (301) 344-0019
Kimberly_Newberry@fd.org


Dated: March 24, 2025

3