IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,                     )
                                    )
                        Movant,     )
                                    )     Case Number 2:05-CR-00011
v.                                  )
                                    )     JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,           )
                                    )     Magistrate Judge Chelsey M. Vascura
                     Respondent.    )

PARTIES' JOINT STATUS REPORT ON FREEDOM OF INFORMATION ACT
LITIGATION

On July 14, 2017, the Court granted Petitioner's Unopposed Request to Stay

the Pending Discovery Litigation Pending the Outcome of Freedom of Information

Litigation until Petitioner has exhausted all appeals or the deadline for filing an

appeal has expired. *See* ECF Nos. 370 & 371. Pursuant to the Court's order of

October 12, 2021, s*ee* ECF No. 380, the parties respectfully submit this Joint

Status Report to apprise the Court of the current status of the FOIA litigation. *See*

*Kagan-Kans v. DOJ*, No. 17-cv-1380 (ACR) (D.D.C.).[1]

---

[1] President Biden commuted Mr. Lawrence's death sentence to life imprisonment without parole on December 23, 2024. ECF No. 392. On January 31, 2025, this Court entered an order denying Petitioner's then-pending discovery motions without prejudice, subject to renewal upon the conclusion of Petitioner's FOIA lawsuit. ECF No. 393. Consistent with that order, Petitioner will renew his discovery requests at that time as to claims in his § 2255 motion that were not resolved by the commutation of his death sentence.

Since the parties' last Status Report submitted on March 24, 2025, *see* ECF No. 394, the parties in the FOIA litigation have continued to narrow the issues for litigation. Counsel for the Federal Bureau of Investigation (FBI) and counsel for Mr. Lawrence had two additional meet-and-confer meetings—on April 11, 2025, and August 5, 2025—and the FBI voluntarily produced additional information on May 27, 2025, and July 24, 2025. At the recent August 5th meeting, counsel for the FBI represented that the agency is finalizing its review of the remaining contested issues, after which time the parties in the FOIA litigation will confer again. The parties will file a joint status report to apprise the FOIA court regarding the status of the settlement negotiations on October 9, 2025, and will then await further direction from the court.

Respectfully submitted,

For the Movant:

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 821-0855
Fax: (301) 344-0019
George_Kouros@fd.org

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Office: (301) 310-9399
Fax: (301) 344-0019
Kimberly_Newberry@fd.org

Dated: September 22, 2025

For the Respondent:

/s/ Mary Beth Young
MARY BETH YOUNG (OH 0073451)
Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 649-5653
Mary.Beth.Young@usdoj.gov

3