IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,            )
                                    )
          Movant,   )
                                    )      Case Number 2:05-CR-00011
v.                            )
                                    )      JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,   )
                                    )      Magistrate Judge Chelsey M. Vascura
          Respondent. )

MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Movant Daryl Lawrence requests that Attorney Miriam Gohara be permitted to withdraw as attorney of record in this case pursuant to Local Crim. Rule 83.4(a). Ms. Gohara has transitioned from her work with the Federal Capital Habeas Project and is no longer an employee of the Federal Public Defender's Office. Ms. Gohara's departure will not leave Mr. Lawrence unrepresented; undersigned counsel George G. Kouros and Kimberly Paige Newberry, who are both very familiar with this case and Mr. Lawrence, will remain as attorneys of record. Ms. Gohara has provided written notice to Mr. Lawrence and Respondent's counsel, Mary Beth Young, as required by Local Crim. Rule 83.4(a).

Wherefore, Mr. Lawrence requests that this Court permit Attorney Miriam Gohara to withdraw as attorney of record in this case.

Respectfully submitted,

/s/ Miriam Gohara
MIRIAM GOHARA (NY2903243)
Criminal Justice Advocacy Clinic
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800 (phone)
(203) 432-1426 (fax)
miriam.gohara@yale.edu

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
Office: (301) 821-0855
Fax: (301) 344-0019
George_Kouros@fd.org

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY
(LA35937)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
Office: (301) 310-9399
Fax: (301) 344-0019
Kimberly_Newberry@fd.org

*Counsel for Movant Daryl Lawrence*

Dated: December 1, 2025

2