IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,    )
            )
      Movant, )
            )  Case Number 2:05-CR-00011
v.           )
            )  JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA, )
            )  Magistrate Judge Chelsey M. Vascura
      Respondent. )

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Movant Daryl Lawrence requests that Attorney Amy Gershenfeld Donnella be permitted to withdraw as attorney of record in this case pursuant to Local Crim. Rule 83.4(a). Ms. Donnella has transitioned from her work with the Federal Capital Habeas Project and is no longer an employee of the Federal Public Defender's Office. Ms. Donnella's departure will not leave Mr. Lawrence unrepresented; undersigned counsel George G. Kouros and Kimberly Paige Newberry, who are both very familiar with this case and Mr. Lawrence, will remain as attorneys of record. Ms. Donnella has provided written notice to Mr. Lawrence and Respondent's counsel, Mary Beth Young, as required by Local Crim. Rule 83.4(a).

Wherefore, Mr. Lawrence requests that this Court permit Attorney Amy Gershenfeld Donnella to withdraw as attorney of record in this case.

Respectfully submitted,

/s/ Amy Gershenfeld Donnella
AMY GERSHENFELD DONNELLA
(PA85194)
Attorney at Law
114 Fitzwater Street
Philadelphia, PA 19147
(610) 659-5120
amyzoegd@gmail.com

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
Office: (301) 821-0855
Fax: (301) 344-0019
George_Kouros@fd.org

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY
(LA35937)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
Office: (301) 310-9399
Fax: (301) 344-0019
Kimberly_Newberry@fd.org

*Counsel for Movant Daryl Lawrence*

Dated: December 1, 2025

2