## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Daryl Lawrence,

     Petitioner,

     v.

United States of America,

     Respondent.

Case No. 2:05-cr-11

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

Petitioner Daryl Lawrence requests that Attorneys Miriam Gohara, Amy Gershenfeld Donnella, and John Nidiry be permitted to withdraw as counsel of record in this case pursuant to S.D. Ohio Civ. R. 83.4(a). ECF Nos. 396, 397, 398.

All three attorneys state that they have transitioned from their work with the Federal Capital Habeas Project and are no longer employees of the Federal Public Defender's Office. They state that their withdrawal will not leave Lawrence unrepresented, as he continues to be represented by Attorneys George G. Kouros and Kimberly Paige Newberry, who are both familiar with this case and with Lawrence and will remain as attorneys of record. All three attorneys state that they have provided notice to Lawrence and to Respondent's counsel, Mary Beth Young.

For good cause shown, because Lawrence remains represented by

counsel, and because no delay will result, the motions of Attorneys Miriam Gohara, Amy Gershenfeld Donnella, and John Nidiry to withdraw—ECF Nos. 396, 397, and 398—are **GRANTED**.

The Clerk is **DIRECTED** to **TERMINATE** Miriam Gohara, Amy Gershenfeld Donnella, and John Nidiry as counsel for Lawrence in this matter.  The record should continue to reflect that George Kouros is designated as lead attorney and that Kimberly Paige Newberry is designated as co-counsel for Lawrence in this matter.  The Clerk shall terminate ECF Nos. 396, 397, and 398 as pending motions.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**