**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Daryl Lawrence,

      Petitioner,

      v.

United States of America,

      Respondent.

Case No. 2:05-cr-11

Judge Michael H. Watson

Magistrate Judge Vascura

**ORDER**

Petitioner Daryl Lawrence has pending before this Court a Motion to Vacate pursuant to 28 U.S.C. § 2255. ECF No. 328. Pursuant to a case status conference that took place on December 16, 2025, the Court **ORDERS** the following:

(1) Counsel for Petitioner and the Government are **DIRECTED** to confer and **SUBMIT** a joint status report, on or before January 23, 2026, indicating which claims in the Motion to Vacate will be withdrawn (or should otherwise be dismissed as moot) as a result of Petitioner's death sentence having been vacated by an order of executive clemency, ECF No. 392.

(2) Counsel for Petitioner is **DIRECTED** to **promptly notify** the Court of any dispositive developments in his ongoing FOIA litigation.

(3) Counsel for Petitioner is **DIRECTED** to **promptly notify** the Court of any developments in the Bureau of Prison's announced intent to transfer

federal inmates, like Petitioner herein, from USP Terre Haute to USP Florence in Colorado or to any other federal correctional facility.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT