IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,             )
                           )
               Movant,     )
                           )        Case Number 2:05-CR-00011
v.                         )
                           )        JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,   )
                           )        Magistrate Judge Chelsey M. Vascura
             Respondent.   )

MOVANT'S NOTICE REGARDING
POTENTIAL TRANSFER TO ANOTHER FACILITY

Movant, Daryl Lawrence, has pending before this Court a Motion to Vacate

pursuant to 28 U.S.C. § 2255. ECF No. 328. Following a December 16, 2025 status

conference, the Court ordered counsel for Mr. Lawrence "to promptly notify the court of

any developments in the Bureau of Prison's announced intent to transfer federal inmates,

like Petitioner herein, from USP Terre Haute to USP Florence in Colorado or to any other

federal correctional facility." ECF No. 400. Pursuant to that order, the undersigned states

as follows:

1.  On April 15, 2025, Mr. Lawrence and twenty other commuted individuals filed a

federal lawsuit challenging their potential transfer to USP Administrative Maximum

Facility ("ADX"), the Bureau of Prison's "supermax" prison in Florence, Colorado. *See*

*Taylor et al v. Trump et al*, No. 1:25-cv-01161-TJK (D.D.C.), ECF No. 1 ("*Taylor I*"). In

connection with that action, the plaintiffs filed a motion for a temporary restraining order.

*Id*., ECF No. 2.

2.  Following a hearing, the Court denied the motion on the grounds that the plaintiffs had not yet exhausted their administrative remedies within the BOP's Administrative Remedy Program. *Id.*, ECF No. 50. As the Court noted, however, the BOP agreed not to transfer the plaintiffs before their administrative appeals had concluded. *Id.*

3.  After Mr. Lawrence completed his administrative appeals, he (along with sixteen other plaintiffs who had similarly completed their appeals) voluntarily dismissed the initial suit and commenced a new suit. *See Taylor et al v. Trump et al*, No. 1:25-cv-3742-TJK (D.D.C.), ECF No. 1 ("*Taylor II*"). As before, the plaintiffs filed a motion for a temporary restraining order. *Id.*, ECF No. 4.

4.  Following an October 28, 2025 hearing on that motion, the Court ordered the Government "to provide 48 hours written notice on the record of any transfer of Plaintiffs to ADX." *Id.*, Minute Entry, Oct. 28, 2025. A decision on the motion for temporary restraining order is otherwise still pending.

5.  On December 19, 2025, two of the original *Taylor I* plaintiffs notified the Court that they had completed their administrative appeals and moved to intervene in *Taylor II*. *Id.*, ECF Nos. 40-44.

6.  On December 22, 2025, the Court issued the following Minute Order:

> Two of the *Taylor I* plaintiffs have moved to intervene in this case, ECF Nos. 40-44, and Defendants' oppositions are due on January 2, 2026. In light of those motions and the intervening holidays, it is hereby ORDERED that Defendants shall file a status report by tomorrow, December 23, 2025, indicating whether they have any plan or intention to begin physically transferring any Plaintiff to ADX Florence by January 4, 2026. This status report may be filed *ex parte* and under seal, if necessary.

7. On December 23, 2025, the undersigned received two email notices of docket activity in *Taylor I* and *Taylor II*. Apparently, the Government filed an *ex parte* status report in *Taylor I* (*see* attached Exhibit A), and a sealed document in *Taylor II* (*see* attached Exhibit B). These actions do not appear on the public dockets available on PACER.

8. Undersigned counsel does not have access to these filings and therefore cannot confirm their substance. However, their timing suggests they relate to the Government's plans for transfer.

9. No public notice of transfer has appeared on either docket and undersigned counsel has not received any direct communication from the BOP regarding Mr. Lawrence's transfer.

10. Counsel will continue monitoring both dockets and promptly advise the Court of any further developments.

Respectfully submitted,

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(301) 821-0855
George_Kouros@fd.org

Dated: December 23, 2025

3