## EXHIBIT A

## George Kouros

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Tuesday, December 23, 2025 12:48 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-01161-TJK TAYLOR et al v. TRUMP et al Ex Parte |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 12/23/2025 at 1:47 PM EDT and filed on 12/23/2025

**Case Name:**     TAYLOR et al v. TRUMP et al
**Case Number:**    1:25-cv-01161-TJK
**Filer:**
**Document Number:** 69(No document attached)

**Docket Text:**
**Ex Parte, STATUS REPORT. (zjm)**

**1:25-cv-01161-TJK Notice has been electronically mailed to:**

Laura Rovner    lrovner@law.du.edu

David C. Fathi    dfathi@aclu.org

Joseph Margulies    jm347@cornell.edu

Lisa Zeidner Marcus    lisa.marcus@usdoj.gov, fedprog.ecf@usdoj.gov, lisazmarcus@gmail.com

Jennifer A. Wedekind    jwedekind@aclu.org

Christopher D. Edelman (Terminated)    christopher.edelman@usdoj.gov

1

Brian Stull    bstull@aclu.org, kjeng@aclu.org

Maria Morris    mmorris@aclu.org, jcarns@aclu.org, sam-weaver-0722@ecf.pacerpro.com, sweaver@aclu.org

Carmen Iguina Gonzalez    ciguinagonzalez@aclu.org, adxlitigation@heckerfink.com, docketing@heckerfink.com

Kevin Bell    kevin.k.bell@usdoj.gov

Caitlin Sandley    csandley@ccrjustice.org, cdailey@ccrjustice.org, pkebriaei@ccrjustice.org

Marianne F. Kies    marianne.f.kies@usdoj.gov

Corene Thaedra Kendrick    ckendrick@aclu.org, jcarns@aclu.org, sweaver@aclu.org

Nicole Brianne Godfrey    nicole.godfrey@du.edu

David Patton    dpatton@heckerfink.com

Ian Robertson    irobertson@heckerfink.com, docketing@heckerfink.com, kkilinski@heckerfink.com, mdeluca@heckerfink.com

Krysta Kilinski    kkilinski@heckerfink.com

Korbin Felder    kfelder@ccrjustice.org

Sara L. Norman    sara@saranormanlaw.com

**1:25-cv-01161-TJK Notice will be delivered by other means to::**