IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,           )
                                   )
                Movant,    )
                                   )      Case Number 2:05-CR-00011
v.                               )
                                 )      JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,   )
                                 )      Magistrate Judge Chelsey M. Vascura
              Respondent.  )

JOINT STATUS REPORT REGARDING
CLAIMS MOOTED BY EXECUTIVE CLEMENCY

Movant, Daryl Lawrence, has pending before this Court a Motion to Vacate pursuant to 28 U.S.C. § 2255. ECF No. 328. Following a December 16, 2025 status conference, the Court ordered the parties to submit a joint status report "indicating which claims in the Motion to Vacate will be withdrawn (or should be otherwise dismissed as moot) as a result of Petitioner's death sentence having been vacated by an order of executive clemency." ECF No. 400.

Pursuant to that order, the parties jointly submit that Mr. Lawrence will withdraw the following ten (10) claims:[1]

- Claim 6: THE DEVELOPMENT AND PRESENTATION OF EVIDENCE FOR THE PUNISHMENT PHASE OF MR. LAWRENCE'S TRIAL FELL SHORT OF CONSTITUTIONAL STANDARDS, IN VIOLATION OF THE FIFTH, SIXTH, AND EIGHTH AMENDMENTS.

---

[1] The United States reserves the right to argue in subsequent stages of the case that additional claims are moot in light of the grant of executive clemency.

- Claim 7: TRIAL COUNSEL WERE INEFFECTIVE FOR FAILING TO OBJECT TO IMPROPER INSTRUCTIONS AND AN IMPROPER VERDICT FORM AT THE ELIGIBILITY PHASE OF THE PROCEEDINGS, IN VIOLATION OF THE FIFTH, SIXTH, AND EIGHTH AMENDMENTS.

- Claim 16: TRIAL COUNSEL FAILED TO INVESTIGATE AND PROPERLY CHALLENGE AGGRAVATING EVIDENCE IN VIOLATION OF THE FIFTH, SIXTH, AND EIGHTH AMENDMENTS.

- Claim 17: THE PRESENTATIONS TO THE DEPARTMENT OF JUSTICE IN OPPOSITION TO AUTHORIZATION OF A CAPITAL PROSECUTION WERE LACKING IN MEANINGFUL ADVOCACY, IN VIOLATION OF THE FIFTH, SIXTH, AND EIGHTH AMENDMENTS.

- Claim 24: THE GOVERNMENT COMMITTED REVERSIBLE ERROR BY INFORMING THE JURY OF FALSE SCIENCE DURING CLOSING ARGUMENT IN VIOLATION OF THE FIFTH, SIXTH, AND EIGHTH AMENDMENTS.

- Claim 26: THE ARBITRARY NATURE OF THE DECISION TO CHARGE AND SEEK THE DEATH PENALTY IN FEDERAL COURT AGAINST MR. LAWRENCE VIOLATED THE FIFTH, SIXTH, AND EIGHTH AMENDMENTS.

- Claim 27: MR. LAWRENCE'S DEATH SENTENCE IS UNCONSTITUTIONAL BECAUSE IT WAS IMPERMISSIBLY BASED ON HIS RACE, *MCCLESKY V. KEMP*, 481 U.S. 279 (1987), IN VIOLATION OF THE FIFTH, SIXTH, AND EIGHTH AMENDMENTS.

- Claim 28: THE IMPOSITION OF THE DEATH PENALTY ON DARYL LAWRENCE WAS BASED ON RACE AND GEOGRAPHY, TWO CONSTITUTIONALLY IMPERMISSIBLE SENTENCING FACTORS, IN VIOLATION OF HIS FIFTH, SIXTH, AND EIGHTH AMENDMENT RIGHTS.

- Claim 29: THE FEDERAL DEATH PENALTY ACT IS UNCONSTITUTIONAL BECAUSE IT FAILS TO PROVIDE A SINGLE TRIBUNAL TO REVIEW DEATH SENTENCES, RESULTING IN ARBITRARY AND INCONSISTENT RESULTS NATIONWIDE, IN VIOLATION OF THE FIFTH, SIXTH AND EIGHTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

- Claim 30: EXECUTING SOMEONE WITH BRAIN DAMAGE AND THE IMPAIRMENTS FROM WHICH MR. LAWRENCE SUFFERS WOULD VIOLATE THE EIGHTH AMENDMENT.

Respectfully submitted,

For the Movant:

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
Office: (301) 821-0855
George_Kouros@fd.org


/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
Office: (301) 310-9399
Kimberly_Newberry@fd.org


Dated: January 23, 2026

For the Respondent:

/s/ Mary Beth Young
MARY BETH YOUNG (OH 0073451)
Assistant United States Attorney
U.S. Attorney's Office
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 649-5653
Mary.Beth.Young@usdoj.gov

3