IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,                    )
                                   )
                    Movant,        )
                                   )        Case Number 2:05-CR-00011
v.                                 )
                                   )        JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,          )
                                   )        Magistrate Judge Chelsey M. Vascura
                  Respondent.  )

MOVANT'S NOTICE REGARDING
POTENTIAL TRANSFER TO ANOTHER FACILITY

Movant, Daryl Lawrence, has pending before this Court a Motion to Vacate pursuant to 28 U.S.C. § 2255. ECF No. 328. Following a December 16, 2025 status conference, the Court ordered counsel for Mr. Lawrence "to promptly notify the court of any developments in the Bureau of Prison's announced intent to transfer federal inmates, like Petitioner herein, from USP Terre Haute to USP Florence in Colorado or to any other federal correctional facility." ECF No. 400. Pursuant to that order, the undersigned states as follows:

1. Mr. Lawrence and twenty other commuted individuals are plaintiffs in a federal lawsuit challenging their potential transfer to USP Administrative Maximum Facility ("ADX"), the Bureau of Prison's "supermax" prison in Florence, Colorado. *See Taylor et*

*al v. Trump et al*, No. 1:25-cv-01161-TJK (D.D.C.), ECF No. 1 ("*Taylor I*"); *Taylor et al v. Trump et al*, No. 1:25-cv-3742-TJK (D.D.C.), ECF No. 1 ("*Taylor II*").[1]

2.   In connection with that action, the plaintiffs filed a motion for a temporary restraining order. *Taylor II*, ECF No. 4.

3.   Following an October 28, 2025 hearing on that motion, the Court ordered the Government "to provide 48 hours written notice on the record of any transfer of Plaintiffs to ADX." *Id.*, Minute Entry, Oct. 28, 2025. A decision on the motion for temporary restraining order is still pending.

4.   On February 4, 2026, the Government filed a notice regarding the transfer of the plaintiffs. *Id.*, ECF No. 63. It states:

> [BOP] plans to transfer almost all the Plaintiffs in *Taylor I* and *Taylor II* who remain at the Special Confinement Unit at U.S. Penitentiary Terre Haute to the U.S. Penitentiary, Administrative Maximum Facility (ADX) within the next several weeks, though no sooner than 10 days from the date of this filing. Defendants cannot provide detailed information about the planned transfer on the public docket without compromising the safety and security of the transfer and BOP facilities and personnel, but are able to provide further details *ex parte* if the Court would like additional information.

*Id.*

5.    Counsel will continue monitoring the dockets and promptly advise the Court of any further developments.

---

[1] After Mr. Lawrence completed his administrative appeals, he (along with sixteen other plaintiffs who had similarly completed their appeals) voluntarily dismissed the initial suit (*Taylor I*) and commenced a new suit (*Taylor II*).

2

Respectfully submitted,

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(301) 821-0855
George_Kouros@fd.org

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
Office: (301) 310-9399
Kimberly_Newberry@fd.org

Dated: February 4, 2026

3