IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,                          )
                                         )
                    Movant,              )
                                         )        Case Number 2:05-CR-00011
v.                                       )
                                         )        JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,                )
                                         )        Magistrate Judge Chelsey M. Vascura
                    Respondent.  )

MOVANT'S SUPPLEMENTAL NOTICE REGARDING
POTENTIAL TRANSFER TO ANOTHER FACILITY

Movant, Daryl Lawrence, has pending before this Court a Motion to Vacate

pursuant to 28 U.S.C. § 2255. ECF No. 328. Following a December 16, 2025 status

conference, the Court ordered counsel for Mr. Lawrence "to promptly notify the court of

any developments in the Bureau of Prison's announced intent to transfer federal inmates,

like Petitioner herein, from USP Terre Haute to USP Florence in Colorado or to any other

federal correctional facility." ECF No. 400. Pursuant to that order, the undersigned states

as follows:

1.  Mr. Lawrence and twenty other commuted individuals are plaintiffs in a federal

lawsuit challenging their potential transfer to USP Administrative Maximum Facility

("ADX"), the Bureau of Prison's "supermax" prison in Florence, Colorado. *See Taylor et*

*al v. Trump et al*, No. 1:25-cv-01161-TJK (D.D.C.), ECF No. 1 ("*Taylor I*"); *Taylor et al v. Trump et al*, No. 1:25-cv-3742-TJK (D.D.C.), ECF No. 1 ("*Taylor II*").[1]

2.   In connection with that action, the plaintiffs filed a motion for a temporary restraining order. *Taylor II*, ECF No. 4.

3.   On the evening of February 11, 2026, the district court issued an order converting the motion for temporary restraining order into a motion for preliminary injunction and granted it. *Id.*, ECF No. 70. The order further states that "Defendants (except for President Trump) and their agents, representatives, and all persons or entities acting in concert with them are ENJOINED from transferring any Plaintiff or Plaintiff-Intervenor to ADX Florence while this suit proceeds." *Id.* The order was accompanied by a memorandum opinion further explaining the court's order. *Id.*, ECF No. 71. Copies of both documents are attached.

4.   The Government has not yet indicated whether it will appeal. Counsel will continue monitoring the dockets and will promptly inform this Court of any appeal and its disposition.

---

[1] After Mr. Lawrence completed his administrative appeals, he (along with sixteen other plaintiffs who had similarly completed their appeals) voluntarily dismissed the initial suit (*Taylor I*) and commenced a new suit (*Taylor II*).

Respectfully submitted,

/s/ George G. Kouros
GEORGE G. KOUROS (CT420813)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(301) 821-0855
George_Kouros@fd.org

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
Office: (301) 310-9399
Kimberly_Newberry@fd.org

Dated: February 12, 2026

3