IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARYL LAWRENCE,     )
             )
      Movant,  )
             )  Case Number 2:05-CR-00011
v.            )
             )  JUDGE MICHAEL H. WATSON
UNITED STATES OF AMERICA,  )
             )  Magistrate Judge Chelsey M. Vascura
      Respondent. )

PARTIES' JOINT STATUS REPORT ON
FREEDOM OF INFORMATION ACT LITIGATION

On July 14, 2017, the Court granted Petitioner's *Unopposed Request to Stay the Pending Discovery Litigation Pending the Outcome of Freedom of Information Litigation* until Petitioner has exhausted all appeals or the deadline for filing an appeal has expired. *See* ECF Nos. 370 & 371.[1] Pursuant to the Court's order of October 12, 2021, s*ee* ECF No. 380, the parties respectfully submit this Joint Status Report to apprise the Court of the current status of the FOIA litigation. *See Kagan-Kans v. DOJ*, No. 17-cv-1380 (ACR) (D.D.C.).

Since the parties' last Status Report, filed on September 22, 2025, *see* ECF No. 395, the parties in the FOIA litigation have completed their meet-and-confer obligations

---

[1] President Biden commuted Mr. Lawrence's death sentence to life imprisonment without parole on December 23, 2024. ECF No. 392. On January 31, 2025, this Court entered an order denying Petitioner's then-pending discovery motions without prejudice, subject to renewal upon the conclusion of Petitioner's FOIA lawsuit. ECF No. 393.

and, pursuant to the FOIA court's standing order in civil cases,[2] have submitted motions requesting a pre-summary judgment conference. *See Kagan-Kans,* ECF Nos. 76 & 78. The FOIA court has scheduled that conference for May 5, 2026. Following the conference, counsel for Mr. Lawrence anticipate the FOIA court will issue a briefing schedule governing the parties' summary judgment motions.

                                                     Respectfully submitted,

For the Movant:                                      For the Respondent:

/s/ George G. Kouros                                 /s/ Mary Beth Young
GEORGE G. KOUROS (CT420813)                          MARY BETH YOUNG (OH 0073451)
Federal Capital Habeas Project                       Assistant United States Attorney
Federal Public Defender                              U.S. Attorney's Office
150 Fayetteville Street, Suite 450                   303 Marconi Boulevard, Suite 200
Raleigh, NC 27601                                    Columbus, Ohio 43215
Office: (301) 821-0855                               Office: (614) 469-5715
Fax: (301) 344-0019                                  Fax: (614) 649-5653
George_Kouros@fd.org                                 Mary.Beth.Young@usdoj.gov

/s/ Kimberly Paige Newberry
KIMBERLY PAIGE NEWBERRY (LA35937)
Federal Capital Habeas Project
Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
Office: (301) 310-9399
Fax: (301) 344-0019
Kimberly_Newberry@fd.org

Dated: March 23, 2026

---

[2] *See Standing Order in Civil Cases (Hon. Ana C. Reyes)* (rev. Mar. 4, 2026) at 4, available at: https://www.dcd.uscourts.gov/sites/dcd/files/2026.03.04%20FINAL%20CIVIL%20STANDING%20ORDER%20%28ACR%29.pdf